# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>      Defendant. | Case No. 11cv07972<br><br>Honorable Robert W. Gettleman |

## NOTICE OF MOTION TO DISMISS OF DEFENDANT TARGET CORPORATION

To: All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on Thursday, February 9, 2012 at 9:15 am or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Robert W. Gettleman, in courtroom 1703, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present its Motion to Dismiss, a copy of which is attached hereto.

Dated: January 26, 2012

/s/ Bradley J. Andreozzi
Bradley J. Andreozzi (ARDC No. 6257334)
bradley.andreozzi@dbr.com
Justin O. Kay (ARDC No.6286557)
justin.kay@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:    (312) 569-1000
Fax:   (312) 569-3000

Kara L. McCall (ARDC No. 6272681)

- 2 -

kmccall@sidley.com
Shelby Feuerbach (ARDC No. 6296364)
sfeuerbach@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Counsel for Defendant Target Corporation*