# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>　　　　Defendant. | Case No.:　11 CV 07972<br><br>CLASS ACTION<br><br>**Judge James B. Zagel** |

## NOTICE OF CHANGE OF FIRM

　　Please take notice that Stewart M. Weltman has changed firms from Futterman Howard Ashley & Weltman P.C. to Levin Fishbein Sedran & Berman as Of Counsel. Mr. Weltman's new contact information is:


Stewart M. Weltman
LEVIN FISHBEIN SEDRAN & BERMAN
122 S. Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel: 312-427-3600
sweltman@weltmanlawfirm.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 14th day of June, 2012, a copy of the foregoing Notice of Change of Firm was filed with the Clerk of Court using the CMM/ECF system which will send notification of such filing to the following:

>David B. Sudzus
>Bradley J. Andreozzi
>Benjamin Todd Vinson
>Justin O'Neill Kay
>Drinker Biddle & Reath LLP
>191 N. Wacker Drive, Suite 3700
>Chicago, IL 60606

s/Stewart M. Weltman