# EXHIBIT B

# triple strength glucosamine chondroitin plus MSM
## dietary supplement

Compare to Osteo Bi-Flex® Triple Strength**

- supports renewal of cartilage*
- helps maintain the structural integrity of joints*
- supports mobility and flexibility*

up&up™

120 COATED CAPLETS

120 COATED CAPLETS

---

**TRIPLE STRENGTH GLUCOSAMINE CHONDROITIN PLUS MSM** combines the top ingredients found in popular joint products. Glucosamine is a major building block of joint cartilage, which helps to maintain the structural integrity of joints and connective tissue.* This triple strength product provides you with joint support in just two caplets per day.*

**Directions:** For adults, take two (2) caplets daily, preferably with a meal. As a reminder, discuss the supplements and medications you take with your health care providers.

No yeast, wheat, gluten, milk or milk derivatives, lactose, sugar, preservatives, soy, artificial flavor.

**WARNING:** If you are pregnant, nursing or taking any medications, consult your doctor before use. Discontinue use and consult your doctor if any adverse reactions occur. Not intended for use by persons under the age of 18.

**KEEP OUT OF REACH OF CHILDREN. STORE IN A DRY PLACE AND AVOID EXCESSIVE HEAT. TAMPER RESISTANT: DO NOT USE IF SEAL UNDER CAP IS BROKEN OR MISSING.**

Laboratory tested to meet strict quality control standards for potency, purity and disintegration.

PROD. NO. 18636
B31728      03D

---

# triple strength glucosamine chondroitin plus MSM
## dietary supplement

Compare to Osteo Bi-Flex® Triple Strength**

- supports renewal of cartilage*
- helps maintain the structural integrity of joints*
- supports mobility and flexibility*

up&up™

120 COATED CAPLETS

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

120 COATED CAPLETS

---

## Supplement Facts

Serving Size 2 Caplets
Servings Per Container 60

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Vitamin C (as Ascorbic Acid) | 60 mg | 100% |
| Manganese (as Manganese Sulfate) | 2 mg | 100% |
| Sodium | 45 mg | 2% |
| Glucosamine HCl | 1,500 mg (1.5 g) | *** |
| Proprietary Blend | 1,350 mg (1.35 g) | *** |
| Chondroitin/MSM Complex | 1,250 mg (1.25 g) | *** |
| (Chondroitin Sulfate, Methylsulfonylmethane (MSM), Collagen (Hydrolyzed Gelatin), *Boswellia serrata* (resin), Vitamin C, Manganese, Hyaluronic Acid) | | |
| *Boswellia serrata* Extract (resin) | 100 mg | *** |
| Boron (as Sodium Borate) | 3 mg | *** |

***Daily Value not established.

**Other Ingredients:** Cellulose (Plant Origin), Crospovidone.
**Contains <2% of:** Caramel Color, Cellulose Coating, Silica, Titanium Dioxide Color, Vegetable Magnesium Stearate.
Contains shellfish (shrimp, crab, lobster, crayfish) ingredients.


**We Promise** to make good products at good prices for good people. Enjoy!


**Thank You** Target gives 5% of its income to the community to support education, the arts, social services and volunteerism.


We welcome any questions you may have at Target.com/comments or 1-800-910-6874.

094 02 0244  ID201455
Distributed by Target Corporation
Minneapolis, MN 55403
**Made in U.S.A.**
® & © 2011 Target Brands, Inc.
All Rights Reserved.  Shop Target.com
**Osteo Bi-Flex® is a registered trademark of Rexall Sundown, Inc.

# triple strength glucosamine chondroitin plus MSM
## dietary supplement

Compare to Osteo Bi-Flex® Triple Strength**

- supports renewal of cartilage*
- helps maintain the structural integrity of joints*
- supports mobility and flexibility*



**up&up**™

**200 COATED CAPLETS**

200 COATED CAPLETS

---

**TRIPLE STRENGTH GLUCOSAMINE CHONDROITIN PLUS MSM** combines the top ingredients found in popular joint products. Glucosamine is a major building block of joint cartilage, which helps to maintain the structural integrity of joints and connective tissue.* This triple strength product provides you with joint support in just two caplets per day.*

**Directions:** For adults, take two (2) caplets daily, preferably with a meal. As a reminder, discuss the supplements and medications you take with your health care providers.

No yeast, wheat, gluten, milk or milk derivatives, lactose, sugar, preservatives, soy, artificial flavor.

**WARNING:** If you are pregnant, nursing or taking any medications, consult your doctor before use. Discontinue use and consult your doctor if any adverse reactions occur. Not intended for use by persons under the age of 18.

**KEEP OUT OF REACH OF CHILDREN. STORE IN A DRY PLACE AND AVOID EXCESSIVE HEAT. TAMPER RESISTANT: DO NOT USE IF SEAL UNDER CAP IS BROKEN OR MISSING.**

Laboratory tested to meet strict quality control standards for potency, purity and disintegration.

PROD. NO. 18893
B31728      03D

---

# triple strength glucosamine chondroitin plus MSM
## dietary supplement

Compare to Osteo Bi-Flex® Triple Strength**

- supports renewal of cartilage*
- helps maintain the structural integrity of joints*
- supports mobility and flexibility*



**up&up**™

**200 COATED CAPLETS**

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

200 COATED CAPLETS

---

## Supplement Facts

Serving Size 2 Caplets
Servings Per Container 100

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Vitamin C (as Ascorbic Acid) | 60 mg | 100% |
| Manganese (as Manganese Sulfate) | 2 mg | 100% |
| Sodium | 45 mg | 2% |
| Glucosamine HCl | 1,500 mg (1.5 g) | *** |
| Proprietary Blend | 1,350 mg (1.35 g) | *** |
| Chondroitin/MSM Complex | 1,250 mg (1.25 g) | *** |
| (Chondroitin Sulfate, Methylsulfonylmethane (MSM), Collagen (Hydrolyzed Gelatin), *Boswellia serrata* (resin), Vitamin C, Manganese, Hyaluronic Acid) | | |
| *Boswellia serrata* Extract (resin) | 100 mg | *** |
| Boron (as Sodium Borate) | 3 mg | *** |

***Daily Value not established.

**Other Ingredients:** Cellulose (Plant Origin), Crospovidone.
**Contains <2% of:** Caramel Color, Cellulose Coating, Silica, Titanium Dioxide Color, Vegetable Magnesium Stearate.
Contains shellfish (shrimp, crab, lobster, crayfish) ingredients.

 **We Promise** to make good products at good prices for good people. Enjoy!

 **Thank You** Target gives 5% of its income to the community to support education, the arts, social services and volunteerism.

 We welcome any questions you may have at Target.com/comments or 1-800-910-6874.

094 02 0797  ID201455
Distributed by Target Corporation
Minneapolis, MN 55403
**Made in U.S.A.**
® & © 2011 Target Brands, Inc.
All Rights Reserved. Shop Target.com
**Osteo Bi-Flex® is a registered trademark of Rexall Sundown, Inc.

