# EXHIBIT C

DO NOT USE IF PRINTED SEAL UNDER CAP IS BROKEN OR MISSING

**Suggested Use:** Adults, take three (3) tablets together with a meal **once** a day. If taking other dietary supplements, it is best to take this product at a different time of day than those supplements. As a reminder, discuss the supplements and medications you take with your healthcare provider.

## Supplement Facts

Serving Size Three (3) Tablets
Servings Per Container 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calories 15 | |
| Total Carbohydrate 4 g | 1%* |
| Sodium 25 mg | 1% |
| Glucosamine Hydrochloride 1.5 g (1500 mg) | † |
| MSM (methylsulfonylmethane) 1.5 g (1500 mg) | † |
| Chondroitin Sulfate Sodium 200 mg | † |
| Antioxidant Proprietary Extract 250 mg<br>Chinese Skullcap (root) (*Scutellaria baicalensis*)<br>Black Catechu (wood) (*Acacia catechu*) | † |
| Hyaluronic Acid 3.3 mg | † |

*Percent Daily Values are based on a 2,000 calorie diet.
†Daily Value not established.

**OTHER INGREDIENTS:** Microcrystalline Cellulose, Hypromellose, Croscarmellose Sodium, Crospovidone, Titanium Dioxide, Magnesium Stearate, Silicon Dioxide, Polyethylene Glycol, Polysorbate 80. **CONTAINS: SHRIMP, CRAB, CRAYFISH**

Gluten free

**CAUTION:** If you are pregnant or nursing, or if you take any medication (including OTC medication), or if you have ANY MEDICAL CONDITION or are planning any medical procedure, consult your doctor before use. **Avoid this product if you have allergies to shellfish or sulfur.** Discontinue use and consult your doctor if any adverse reactions occur. NOT INTENDED FOR USE BY PERSONS UNDER THE AGE OF 18.

**Keep out of reach of children.**

Store in a cool, dry place, tightly closed.

***Questions?* Call 1-800-910-6874**

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 ID099439

Distributed by Target Corporation, Minneapolis, MN 55403

© 2009 Target Brands, Inc.
All Rights Reserved Shop Target.com

SIGLINE

## breakthrough ingredients

**Antioxidant proprietary extract**
A dual antioxidant system that helps protect joints from harmful oxidants**

**Glucosamine and chondroitin**
Helps rebuild joints**

**Hyaluronic acid**
A key tissue and joint component

**Antioxidant extract**
Free radical protection**

**Methylsulfonylmethane (MSM)**
Provides sulfur which is important for the structural integrity of joint cartilage and connective tissue.**

**NO: LACTOSE, YEAST, WHEAT, GLUTEN OR MILK.**

**NO ARTIFICIAL COLORS OR FLAVORS**

*This product is not manufactured or distributed by Schiff Nutrition Group, Inc., distributor of Move Free® Advanced.

****These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

THE CONTAINER INSIDE IS FILLED BY COUNT, NOT WEIGHT.

## advanced glucosamine chondroitin complex dietary supplement

plus 1500 mg MSM per serving

**Compare to Move Free® Advanced***

smaller, easier-to-swallow tablets
glucosamine and chondroitin help rebuild cartilage and lubricate joints**
hyaluronic acid is a natural component of body tissue and joints
3 tablets per day




90
TABLETS

****This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

90 TABLETS SHOWN ACTUAL SIZE ABOVE

## advanced glucosamine chondroitin complex dietary supplement

plus 1500 mg MSM per serving

**Compare to Move Free® Advanced***

smaller, easier-to-swallow tablets
glucosamine and chondroitin help rebuild cartilage and lubricate joints**
hyaluronic acid is a natural component of body tissue and joints
3 tablets per day



up&up
TM

90
TABLETS

****This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.**

90 TABLETS SHOWN ACTUAL SIZE ABOVE