# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>   Defendant. | Case No.: 11 CV 07972<br><br>CLASS ACTION<br><br>**Judge James B. Zagel** |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

  Plaintiff, through his counsel, hereby moves this Court for an extension of time to respond to Defendant, Target Corporation's, Motion to Dismiss, and in support thereof states:

  1. Plaintiff's response to Defendant's Motion to Dismiss is currently due August 24, 2012.

  2. Counsel for Plaintiff has been scheduled to continue a bench trial before Judge Robert Gettleman from August 21 – August 23, 2012.

  3. Given that counsel for Plaintiff will be engaged in trial preparation and trial from now until August 23, 2012, counsel for Plaintiff requests an additional seven days, up to August 31, 2012, to file Plaintiff's response to Defendant's motion to dismiss.

  4. Defendant does not oppose this motion as long it is granted a corresponding seven day extension in which to file its reply brief on September 21, 2012.

Wherefore, Plaintiff requests that the Court grant Plaintiff leave to file his response to Defendant's Motion to Dismiss on or before August 31, 2012 and that Defendant be given a corresponding seven day extension to file its reply brief on or before September 21, 2012.

Respectfully submitted,

By:  s/Stewart M. Weltman

STEWART M. WELTMAN
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: 312-427-3600
(Of Counsel Levin, Fishbein, Sedran & Berman)

Of Counsel:

LEVIN, FISHBEIN, SEDRAN & BERMAN
HOWARD J. SEDRAN (*Admitted Pro Hac Vice*)
CHARLES SWEEDLER (*Admitted Pro Hac Vice*)
510 Walnut Street
Philadelphia, Pennsylvania 19106
Telephone: 215-592-1500

ELAINE A. RYAN
PATRICIA N. SYVERSON
LINDSEY M. GOMEZ GRAY
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602-274-1100

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
TODD D. CARPENTER
600 West Broadway, Suite 900
San Diego, California 92101
Telephone:    (619) 756-6978

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 10th day of August, 2012, a copy of the foregoing Plaintiff's Unopposed Motion For An Extension of Time To Respond To Defendant's Motion To Dismiss was filed with the Clerk of Court using the CMM/ECF system which will send notification of such filing to the following:

> David B. Sudzus
> Bradley J. Andreozzi
> Benjamin Todd Vinson
> Justin O'Neill Kay
> DRINKER BIDDLE & REATH LLP
> 191 N. Wacker Drive, Suite 3700
> Chicago, IL 60606
>
> Kara L. McCall
> Shelby K. Feuerbach
> **SIDLEY AUSTIN LLP**
> One South Dearborn Street
> Chicago, IL 60603
> Tel: (312) 853-7000
> Fax: (312) 853-7036
>
> *Counsel for Defendant Target Corporation*

s/Stewart M. Weltman