**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>　　　　Defendant. | Case No. 11cv07972<br><br>Honorable James B. Zagel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF DEFENDANT TARGET CORPORATION'S UNOPPOSED MOTION
FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF FIFTEEN PAGES**

　　To: All Parties and Their Attorneys of Record:

　　PLEASE TAKE NOTICE that on Thursday, October 25, 2012 at 10:15 am or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable James B. Zagel, in courtroom 2503, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present its Unopposed Motion For Leave To File A Reply Brief In Excess Of Fifteen Pages, a copy of which is attached hereto.

| | |
|---|---|
| Dated: October 18, 2012 | /s/ Bradley J. Andreozzi<br>Bradley J. Andreozzi (ARDC No. 6257334)<br>bradley.andreozzi@dbr.com<br>Justin O. Kay (ARDC No. 6286557)<br>justin.kay@dbr.com<br>**DRINKER BIDDLE & REATH LLP**<br>191 North Wacker Drive, Suite 3700<br>Chicago, IL 60606-1698<br>Tel:　(312) 569-1000<br>Fax:　(312) 569-3000<br><br>Kara L. McCall (ARDC No. 6272681) |

- 2 -

kmccall@sidley.com
Shelby K. Feuerbach (ARDC No. 6296364)
sfeuerbach@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Tel:   (312) 853-7000
Fax:   (312) 853-7036

*Counsel for Defendant Target Corporation*