

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: STEWART M. WELTMAN

FIRM: LEVIN FISHBEIN SEDRAN + BERMAN

STREET ADDRESS: 53 W. JACKSON - Suite 364

CITY/STATE/ZIP: CHICAGO, IL 60604

PHONE NUMBER: 312-588-5033

E-MAIL ADDRESS: SWELTMAN @ WELTMANLAWFIRM.COM

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 3122196

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-CV-08704 | BOHN V. BOIRON | THOMAS M. DURKIN |
| 1:11-CV-07686 | PADILLA V. COSTCO | JOHN W. DARRAH |
| 1:11-CV-08914 | PEARSON V. SCHIFF | SUZANNE B. CONLON |
| 1:11-CV-07763 | GUILIN V. WALGREENS | James B. Zagel |
| 1:11-CV-01810 | GABLE V. CVS PHARMACY | RUBEN CASTILLO |
| 1:11-CV-07972 | PEARSON V. TARGET | JAMES B. Zagel |

_____          2/6/13
Attorney's Signature                        Date