# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; and TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.: 11 CV 07972<br><br><u>CLASS ACTION</u><br><br>**Judge James B. Zagel** |

## DESIGNATION OF LOCAL COUNSEL

Jeffrey I. Carton and Peter N. Freiberg, appearing herein as counsel for Plaintiff Richard Jennings *pro hac vice*, hereby designate the following member of the Bar of this Court as local counsel pursuant to Local Rule 83.15(a), upon whom service of papers may be made:

    Carol V. Gilden
    Cohen Milstein Sellers & Toll PLLC
    190 South LaSalle Street, Suite 1705
    Chicago, Illinois 60603
    (312) 357-0370

DATED: May 2, 2013

                      BY:  /s/ Peter N. Freiberg_____
                            Peter N. Freiberg (admitted *pro hac vice*)
                            Jeffrey I. Carton (admitted *pro hac vice*)
                            DENLEA & CARTON LLP
                            One North Broadway, Suite 509
                            White Plains, New York 10601
                            Telephone:   (914) 920-7400

                            Attorneys for Plaintiff Richard Jennings