**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; and TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.:   11 CV 07972<br><br><u>CLASS ACTION</u><br><br>**Judge James B. Zagel** |

MOTION FOR PRELIMINARY
<u>APPROVAL OF SETTLEMENT</u>

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Augustina Blanco, Abel Gonzalez, Cecilia Linares, Francisco Padilla, and Nick Pearson, by their counsel Bonnett, Fairbourn, Friedman & Balint, P.C., Stewart M. Weltman LLC (Of Counsel Levin Fishbein Sedran & Berman), and Levin Fishbein Sedran & Berman, and Plaintiff Richard Jennings, by his counsel Denlea & Carton LLP, respectfully move the Court for preliminary approval of the class settlement, more fully set forth and described in detail in the accompanying Memorandum in Support of Preliminary Approval of Class Settlement, and the entry of an order: (1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate; (2) approving the Notice Plan attached to the Settlement Agreement; (3) setting the date and time of the Fairness Hearing; (4)

provisionally certifying the Class under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only ("Settlement Class"); (5) provisionally appointing Plaintiffs as representatives of the Settlement Class; and (6) provisionally appointing, Stewart M. Weltman (Stewart M. Weltman, LLC, Of Counsel Levin Fishbein Sedran & Berman), Elaine A. Ryan (Bonnett, Fairbourn, Friedman & Balint, P.C.), and Jeffrey I. Carton and Peter N. Freiberg (Denlea & Carton LLP), as Class Counsel.[1]

DATED: May 7, 2013

                                        Respectfully submitted,

                                        By:  /s/Stewart M. Weltman
                                        STEWART M. WELTMAN, LLC
                                        53 W. Jackson, Suite 364
                                        Chicago, Illinois 60604
                                        Telephone: 312-588-5033
                                        (Of Counsel: Levin Fishbein Sedran & Berman)

                                        Of Counsel:
                                        Elaine A. Ryan
                                        Patricia N. Syverson
                                        Lindsey M. Gomez-Gray
                                        BONNETT, FAIRBOURN, FRIEDMAN &
                                        BALINT, P.C.
                                        2325 E. Camelback Rd., Suite 300
                                        Phoenix, Arizona 85016
                                        Telephone: 602-274-1100

                                        Attorneys for Plaintiffs Nick Pearson, Francisco
                                        Padilla, Cecilia Linares, Augustina Blanco, and
                                        Abel Gonzalez

                                        Peter N. Freiberg (admitted pro hac vice)
                                        Jeffrey I. Carton (admitted pro hac vice)
                                        DENLEA & CARTON LLP
                                        One North Broadway, Suite 509
                                        White Plains, New York 10601
                                        Telephone: (914) 920-7400

                                        Attorneys for Plaintiff Richard Jennings

---

[1] The proposed form of order agreed to by the parties is attached as Exhibit F to the Settlement Agreement (Attached as Exhibit 1 to the Memorandum in Support of Preliminary Approval of Class Settlement).

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 7th day of May, 2013, a copy of the foregoing Motion For Preliminary Approval of Class Settlement was filed with the Clerk of Court using the CMM/ECF system which will send notification of such filing to the following:

        Kara L. McCall
        **SIDLEY AUSTIN LLP**
        One South Dearborn Street
        Chicago, IL 60603
        Tel: (312) 853-7000
        Fax: (312) 853-7036

        *Counsel for Defendant Target Corporation*


        /s/Stewart M. Weltman