## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; and TARGET CORPORATION, a Minnesota Corporation, <br><br> Defendants. | Case No.: 11 CV 07972 <br><br> CLASS ACTION <br><br> **Judge James B. Zagel** |

### NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

To: All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on Thursday May 16, 2013 at 9:30 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable James B. Zagel, in courtroom 2503, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Plaintiffsø Motion for Preliminary Approval of Class Settlement, a copy of which is attached hereto.

| | |
|---|---|
| DATED: May 7, 2013 | s/ Stewart M. Weltman <br><br> STEWART M. WELTMAN LLC <br> 53 W. Jackson Suite 364 <br> Chicago, Illinois 60604 <br> Telephone: (312) 588-5033 <br> (Of Counsel Levin Fishbein Sedran & Berman) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of May, 2013, a copy of the foregoing NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT was filed with the Clerk of Court using the CMM/ECF system which will send notification of such filing to the following:

>Kara L. Mcall
>Sidley Austin LLP
>One South Dearborn Street
>Chicago, IL 60603

*Counsel for Defendant Target Corporation*

>s/Stewart M. Weltman
>One of Plaintiff's Attorneys