**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Nick Pearson, et al.
                        Plaintiff,

v.                                               Case No.: 1:11–cv–07972
                                                    Honorable James B. Zagel

Target Corporation, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 16, 2013:

      MINUTE entry before Honorable James B. Zagel: Motion hearing held. Plaintiffs' Motion for Preliminary Approval of Settlement [74] is granted. The Court provisionally certifies the Settlement Class. Leave is granted to answer the second amended complaint. Fairness hearing set for 9/4/13 at 11:00 a.m. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.