UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation<br><br>    Defendants.<br><br>THEODORE H. FRANK,<br><br>    Objector. | Case No. 11-CV-07972<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. James B. Zagel |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Objector Theodore H. Frank and requests that all notices, orders and/or other information in this case be served upon the individuals identified below:

    Melissa A. Holyoak
    **CENTER FOR CLASS ACTION FAIRNESS**
    1718 M Street NW, No. 236
    Washington, DC 20036
    melissaholyoak@gmail.com
    (573) 823-5377

Dated: August 1, 2013            Respectfully submitted,

*/s/ Melissa A. Holyoak*
Melissa A. Holyoak (DC Bar No. 487759)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
melissaholyoak@gmail.com
(573) 823-5377

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice of Appearance via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via first class mail a copy of this Notice of Appearance upon the following:

| | |
|---|---|
| Peter N. Freiberg<br>Denlea & Carton LLP<br>One North Broadway<br>Suite 509<br>White Plains, NY 10601 | Stewart M. Weltman<br>Stewart M. Weltman, LLC<br>53 W. Jackson<br>Suite 364<br>Chicago, IL 60604 |
| Hon. James B. Zagel<br>United States District Court for the Northern District of Illinois<br>Everett McKinley Dirksen United States Courthouse<br>Chambers 2588<br>219 South Dearborn Street<br>Chicago, IL 60604 | Kara L. McCall<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 |

Dated: August 1, 2013.

/s/ Melissa A. Holyoak