July 29, 2013

PEARSON, EL AL. V. NBTY, INC, EL AL.
NO. 1:11-CV-07972

DONALD CHARLES KONEVAL
8314 MAWORFORD DR.
PARMA OHIO 44129-5309
440-842-6232

**FILED**
AUG - 1 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

I Donald Charles Koneval AM A MEMBER OF the SETTLEMENT CLASS AND that IDENTIFIES the COVERED PRODUCTS Purchased. VITAMIN WORLD A) 66443-27814; $36.99; 2 BOTTLES 27811; B) METAGENICS 55571 91244, 120 TABLETS; C) WAL MART, SPRING VALLEY 05388 69414 MARCH 2008, $68.99; 81131 92887 10/2014. The LOCATION OF THE PURCHASE IN PARMA, OHIO. (CLEVELAND) N.A. ON SPECIFIC GROUNDS; N.A. ALL DOCUMENTS, WRITING, OR TESTIMONY OF WITNESSES, I HAVE NO INTENATION TO APPEAR AT THE FAIRNES HEARING.

Donald Charles Koneval