*[Handwritten note: MA / Here is assignment #214 and #215 for the Court and all 4 Addresses]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation, <br><br> Defendants. | Case No.: 11 CV 07972 <br><br> CLASS ACTION <br><br> Judge James B. Zagel |

**FILED**
AUG 1 4 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF CLASS ACTION SETTLEMENT

**If you have purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates, you could get a payment from a class action settlement.**

(A federal court authorized this Notice. This is not a solicitation from a lawyer.)

Your legal rights are affected whether or not you act. Please read this Notice carefully.

1

# DUANEreade™
YOUR CITY. YOUR DRUGSTORE.

#14459 58 E Fordham Rd
Bronx, NY 10468
718-365-9354

209     2425    0002  01/02/2012 10:17 AM

MOVE FREE T/S PLUS MSM/D TABS 80S
FSA 02052511835                    32.99

| | |
|---|---|
| TOTAL | 32.99 |
| CASH | 40.00 |
| CHANGE | 7.01 |
| TOTAL FSA ITEMS | 32.99 |
| TOTAL RX ITEMS | 0.00 |
| TOTAL FSA AND RX ITEMS | 32.99 |
| APPROVED FSA/HRA AMOUNT | 0.00 |

RFN# 1445-9022-4253-1201-0203

FlexRewards # ********0007

PREVIOUS POINTS              = 66
REGULAR POINTS THIS PURCHASE = 66
POINTS REDEEMED              = 0
-------------------------------
CURRENT POINTS               = 132

*Excludes Prescriptions, Alcohol,
Tobacco, Tax, Lottery, Gift Cards,
Money Orders, Prepaid Phones,
Postage Stamps and Phone Cards

* Bonus Points will be added to your
account by the end of the day.
More information call 1-866 DR LOYAL

WIN $1000 FOR YOUR OPINION

Complete a five-minute survey at
www.TellDuaneReade.com
and be entered to win
$1000 in Duane Reade Gift Cards.

Visit www.TellDuaneReade.com for
complete rules and regulations.
No purchase necessary.
Must be 18 years of age or older.
Limit one survey completion
per customer every three months.

Enter this code when you
begin the survey.

24257-002459