# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>    Defendants. | Case No.: 11 CV 07972<br><br><u>CLASS ACTION</u><br><br>**Judge James B. Zagel** |

## NOTICE OF FILING

Defendants NBTY, Inc.; Rexall Sundown, Inc.; and Target Corporation (collectively, "Defendants"), hereby give notice of filing the attached Declaration of Kara L. McCall regarding compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, as required by the Court's order preliminarily approving the settlement. *See* Preliminary Approval Order ¶ 10 [D.E. 89].

Dated: August 29, 2013

            Respectfully submitted,

            NBTY, Inc.; Rexall Sundown, Inc.; Target Corporation

            By: /s/ *Kara L. McCall*

            Kara L. McCall
            SIDLEY AUSTIN LLP

One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

*Counsel for Defendants NBTY, Inc.; Rexall Sundown, Inc.; Target Corporation*

## **CERTIFICATE OF SERVICE**

    I, Kara L. McCall, one of the attorneys for Defendants Target Corporation; NBTY, Inc.; and Rexall Sundown, Inc., certify that on the 29th of August, 2013, I caused a copy of the foregoing **NOTICE OF FILING** to be filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system to all counsel of record.

                                               /s/Kara L. McCall
                                               Kara L. McCall