# EXHIBIT 3

**Exhibit 3**
Information Required by 28 USC § 1715(b)(7)(A)
Known Consumer Households for Whom State of Residence Information is Available
Prepared in Connection with Settlement

| State | Estimated Number of Known Consumer Households | Percentage of Estimated Number of Known Consumer Households |
|---|---|---|
| Alaska | 20,820 | 0.56% |
| Alabama | 19,051 | 0.51% |
| Arkansas | 4,968 | 0.13% |
| Arizona | 177,213 | 4.74% |
| California | 1,107,381 | 29.62% |
| Colorado | 102,107 | 2.73% |
| Connecticut | 32,973 | 0.88% |
| District of Columbia | 4,412 | 0.12% |
| Delaware | 5,796 | 0.16% |
| Florida | 246,246 | 6.59% |
| Georgia | 61,916 | 1.66% |
| Hawaii | 51,236 | 1.37% |
| Iowa | 12,105 | 0.32% |
| Idaho | 47,877 | 1.28% |
| Illinois | 106,357 | 2.84% |
| Indiana | 27,292 | 0.73% |
| Kansas | 19,875 | 0.53% |
| Kentucky | 10,889 | 0.29% |
| Louisiana | 5,115 | 0.14% |
| Massachusetts | 37,782 | 1.01% |
| Maryland | 44,751 | 1.20% |
| Maine | 3,022 | 0.08% |
| Michigan | 108,347 | 2.90% |
| Minnesota | 46,168 | 1.23% |
| Missouri | 35,495 | 0.95% |
| Mississippi | 4,423 | 0.12% |
| Montana | 35,586 | 0.95% |
| North Carolina | 60,876 | 1.63% |
| North Dakota | 1,751 | 0.05% |
| Nebraska | 7,629 | 0.20% |
| New Hamspshire | 5,425 | 0.15% |
| New Jersey | 79,314 | 2.12% |
| New Mexico | 32,549 | 0.87% |
| Nevada | 67,018 | 1.79% |
| New York | 131,747 | 3.52% |
| Ohio | 60,954 | 1.63% |
| Oklahoma | 5,794 | 0.15% |
| Oregon | 135,380 | 3.62% |
| Pennsylvania | 75,614 | 2.02% |
| Rhode Island | 2,707 | 0.07% |
| South Carolina | 28,096 | 0.75% |
| South Dakota | 2,856 | 0.08% |
| Tennessee | 32,784 | 0.88% |
| Texas | 163,174 | 4.36% |
| Utah | 67,172 | 1.80% |
| Virginia | 79,568 | 2.13% |
| Vermont | 9,808 | 0.26% |
| Washington | 272,995 | 7.30% |
| Wisconsin | 25,560 | 0.68% |
| West Virginia | 6,148 | 0.16% |
| Wyoming | 4,465 | 0.12% |
| Total | 3,738,587 | 100.00% |