# EXHIBIT 4

**Exhibit 4**
Reasonable Estimate Required by 28 USC § 1715(b)(7)(B)
*Prepared in Connection with Settlement*
Unknown Class Members

| State | Volume of Units Shipped Into State | Estimated Number of Households* | Estimated Percentage of Settlement Class |
|---|---|---|---|
| Alaska | 1,497 | 243 | 0.00% |
| Alabama | 1,283,108 | 208,505 | 1.66% |
| Arkansas | 1,386,274 | 225,270 | 1.79% |
| Arizona | 1,463,115 | 237,756 | 1.89% |
| California | 7,063,206 | 1,147,771 | 9.14% |
| Colorado | 1,997,795 | 324,642 | 2.59% |
| Connecticut | 293,568 | 47,705 | 0.38% |
| Delaware | 458,896 | 74,571 | 0.59% |
| District of Columbia | 5,591 | 909 | 0.01% |
| Florida | 5,902,742 | 959,196 | 7.64% |
| Georgia | 1,813,058 | 294,622 | 2.35% |
| Hawaii | 51,920 | 8,437 | 0.07% |
| Iowa | 852,803 | 138,580 | 1.10% |
| Idaho | 202,880 | 32,968 | 0.26% |
| Illinois | 2,786,457 | 452,799 | 3.61% |
| Indiana | 4,069,165 | 661,239 | 5.27% |
| Kansas | 2,660,034 | 432,256 | 3.44% |
| Kentucky | 695,418 | 113,005 | 0.90% |
| Louisiana | 497,976 | 80,921 | 0.64% |
| Massachusetts | 163,428 | 26,557 | 0.21% |
| Maryland | 1,730,325 | 281,178 | 2.24% |
| Maine | 185,054 | 30,071 | 0.24% |
| Michigan | 2,032,914 | 330,349 | 2.63% |
| Minnesota | 466,178 | 75,754 | 0.60% |
| Missouri | 929,654 | 151,069 | 1.20% |
| Mississippi | 738,162 | 119,951 | 0.96% |
| Montana | 1,277 | 208 | 0.00% |
| North Carolina | 2,061,200 | 334,945 | 2.67% |
| North Dakota | 8,554 | 1,390 | 0.01% |
| Nebraska | 281,773 | 45,788 | 0.36% |
| New Hampshire | 631,955 | 102,693 | 0.82% |
| New Jersey | 3,349,432 | 544,283 | 4.34% |
| New Mexico | 10,167 | 1,652 | 0.01% |
| Nevada | 511,262 | 83,080 | 0.66% |
| New York | 3,714,508 | 603,608 | 4.81% |
| Ohio | 2,399,663 | 389,945 | 3.11% |
| Oklahoma | 312,444 | 50,772 | 0.40% |
| Oregon | 858,095 | 139,440 | 1.11% |
| Pennsylvania | 4,440,785 | 721,628 | 5.75% |
| Rhode Island | 1,857,417 | 301,830 | 2.40% |
| South Carolina | 1,177,528 | 191,348 | 1.52% |
| South Dakota | 26,724 | 4,343 | 0.03% |
| Tennessee | 3,691,148 | 599,812 | 4.78% |
| Texas | 6,087,059 | 989,147 | 7.88% |
| Utah | 487,523 | 79,222 | 0.63% |
| Virginia | 2,101,526 | 341,498 | 2.72% |
| Vermont | 34,093 | 5,540 | 0.04% |
| Washington | 621,065 | 100,923 | 0.80% |
| Wisconsin | 2,824,761 | 459,024 | 3.66% |
| West Virginia | 25,362 | 4,121 | 0.03% |
| Wyoming | 1,746 | 284 | 0.00% |
| TOTAL | 77,246,788 | 12,552,603 | 100.00% |

* Estimated number of households is based on an average of 4 units of Covered Products purchased per household per year, and a 40% repeat purchasing rate from year-to-year (i.e., only 60% purchasers in any given year are new).