**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, on Behalf of Themselves and All Others Similarly Situated, | |
| Plaintiffs, | Case No.:    11 CV 07972 |
| | CLASS ACTION |
| v. | Judge James B. Zagel |
| NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation, | Motion for Leave To File Joint Response to Objections and Exhibits Thereto Under Seal |
| Defendants. | |

Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, Abel

Gonzalez, and Richard Jennings ("Plaintiffs"), through their counsel; and Defendants NBTY,

Inc.; Rexall Sundown, Inc.; and Target Corporation (collectively, "Defendants") (collectively

with Plaintiffs, the "Parties"), by and through their counsel, hereby move for leave to file under

seal their Joint Response to Objections and Exhibits Thereto.  In support hereof, the Parties state

as follows:

1.      The Parties have redacted portions of the Joint Response to Objections and

portions of Exhibits B, J, S, and Z thereto to preserve the confidentiality of sales data and

marketing information that belongs to Defendants and/or their business associates.  This

information is, in some cases, subject to a confidentiality agreement with a third party and, in all

1

cases, information that, if disclosed publicly, would detrimentally affect Defendants' competitive position in the market.

2.      To the extent that these documents were previously produced in litigation, they were produced pursuant to protective orders entered in the relevant cases. *See Cardenas v. NBTY, Inc.*, No. 2:11-cv-01615-TLN-CKD, Stipulation and Protective Order [D.E. 58] (E.D. Cal. Aug. 17, 2012); *Jennings v. Rexall Sundown, Inc.*, No. 1:11-cv-11488-WGY, Joint Confidentiality Stipulation and Protective Order [D.E. 37] (D. Mass. June 1, 2012).

3.      The Parties have arranged for courtesy copies of both the public-record (redacted) and the sealed (unredacted) versions of their Joint Response to Objections and Exhibits A through Z thereto to be provided to the Court immediately.

4.      The Parties will electronically file public-record (redacted) versions of their Joint Response to Objections and Exhibits A through Z thereto, and will serve the same on the Objectors or their Counsel listed in the service list attached hereto.

5.      The Parties will serve unredacted versions of their Joint Response to Objections and Exhibits B, J, S, and Z thereto on the Objectors or their counsel listed in the service list attached hereto, provided that the Objectors or their counsel comply with the Protective Order entered in a related case, *Cardenas v. NBTY, Inc.*, No. 2:11-cv-01615-TLN-CKD (E.D. Cal.), which requires persons to execute a Confidentiality Undertaking before reviewing any confidential materials subject to that Order.  A copy of the *Cardenas* Stipulation and Protective Order and the Confidentiality Undertaking will be enclosed with the public-record (redacted) version of the Parties' Joint Response to Objections served upon the Objectors or their counsel.

6.      Wherefore, pursuant to Local Rule 26.2, the Parties respectfully request an order sealing the unredacted version of their Joint Response to Objections and Exhibits B, J, S, and Z

thereto.  In the event this Motion is granted, the Parties will electronically file sealed versions of

their Joint Response to Objections and Exhibits B, J, S, and Z thereto.


Dated:  September 4, 2013                    By:  */s/Kara L. McCall*

                                             Kara L. McCall
                                             Michael W. Davis
                                             Theodore R. Scarborough, Jr.
                                             SIDLEY AUSTIN LLP
                                             One South Dearborn Street
                                             Chicago, IL 60603
                                             Telephone: (312) 853-7000
                                             *Counsel for Defendants Target Corporation; NBTY,*
                                             *Inc.; and Rexall Sundown, Inc.*

                                             Stewart M. Weltman
                                             STEWART M. WELTMAN, LLC
                                             53 W. Jackson, Suite 364
                                             Chicago, Illinois 60604
                                             Telephone:  312-588-5033
                                             (Of Counsel: Levin Fishbein Sedran & Berman)

                                             Of Counsel:
                                             Elaine A. Ryan
                                             Patricia N. Syverson
                                             Lindsey M. Gomez-Gray
                                             BONNETT, FAIRBOURN, FRIEDMAN &
                                             BALINT, P.C.
                                             2325 E. Camelback Rd., Suite 300
                                             Phoenix, Arizona 85016
                                             Telephone: 602-274-1100
                                             *Attorneys for Plaintiffs Nick Pearson, Francisco*
                                             *Padilla, Cecilia Linares, Augustina Blanco, and*
                                             *Abel Gonzalez*

                                             Peter N. Freiberg (admitted *pro hac vice*)
                                             Jeffrey I. Carton  (admitted *pro hac vice*)
                                             James R. Denlea  (admitted *pro hac vice*)
                                             DENLEA & CARTON LLP
                                             One North Broadway, Suite 509
                                             White Plains, New York 10601

Telephone:   (914) 920-7400
*Attorneys for Plaintiff Richard Jennings*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Parties' Motion for Leave To File Joint Response to Objections and Exhibits Thereto Under Seal**.

I also certify that the foregoing document is being served by U.S. Mail this day on all counsel of record or *pro se* parties identified below who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| C. Jane Radlinski<br>309 E. Church Street<br>Jacksonville, FL 32202-2725<br>(904) 633-2699<br>*Pro se* Objector | John Michael Buckley<br>370 Canyon Spring Dr.<br>Rio Vista, CA 94571<br>(707) 374-3853<br>*Pro se* Objector |
| Peggy Thomas<br>2109 N.W. 12th Avenue<br>Ft. Lauderdale, FL 33311<br>(954) 761-1589<br>*Pro se* Objector | Simone Thomas<br>2109 N.W. 12th Avenue<br>Ft. Lauderdale, FL 33311<br>(305) 903-6935<br>*Pro se* Objector |
| Rhonda L. Paulson<br>13383 E. Marie Creek Road<br>Couer d'Alene, ID 83814<br>*Pro se* Objector | Donald Charles Koneval<br>8314 Manorford Drive<br>Parma, OH 44129-5309<br>(440) 842-6232<br>*Pro se* Objector |
| Anthony Leardi<br>1813 Renwick Street<br>Bethlehem, PA 18017<br>(610) 865-7821<br>*Pro se* Objector | Joseph Darrell Palmer<br>Law Office of Darrell Palmer PC<br>603 N. Highway 101, Suite A<br>Solana Beach, CA 92075<br>(858) 792-5600<br>Attorney for Objectors Kathleen McNeal<br>and Alison Paul |

| | |
|---|---|
| Melissa A. Holyoak<br>Center for Class Action Fairness<br>1718 M Street NW, No. 236<br>Washington, DC 20036<br>(573) 823-5377<br>Attorney for Objector Ted Frank | Jonathan E. Fortman #40319<br>250 Saint Catherine Street<br>Florissant, Missouri 63031<br>(314) 522-2312<br>Attorney for Objector Pamela Easton |
| Steve A. Miller<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO  80202<br>(303) 892-9933<br>Attorney for Objector Pamela Easton | Maureen Connors<br>6625 Pearl Road<br>Parma Heights, OH 44130<br>(216) 640-9860<br>Attorney for Objector Pamela Easton |
| John C. Kress (53396MO)<br>The Kress Law Firm, LLC<br>4247 S. Grand Blvd.<br>St. Louis, MO 63111<br>(314) 631-3883<br>Attorney for Objector Pamela Easton | |