MASTER EXHIBIT LIST

(APPLIES TO JOINT RESPONSE TO OBJECTIONS,
PLAINTIFFS' RESPONSE TO OBJECTIONS AND FINAL APPROVAL BRIEF)

Exhibit A.    Affidavit of Mark D. Schey

Exhibit B.    Affidavit of Michael E. Hamer

Exhibit C.    Declaration of Dan Ross

Exhibit D.    *Stern v. AT&T Mobility Corp.*, No. 2:05-cv-08842, Order Granting
Application for Award of Attorneys' Fees and Expenses and Incentive
Award for Class Representative [D.E. 394] (C.D. Cal. Nov. 22, 2010)

Exhibit E.    *In re Motor Fuel Temp. Sales Pracs. Litig.*, No. 07-md-01840, Order [D.E.
3019] (D. Kan. Nov. 10, 2011)

Exhibit F.    *Smith v. Levine Leichtman Capital Partners, Inc.*, No. 10-00010, 2d Am.
Compl. [D.E. 98] (N.D. Cal. July 17, 2010)

Exhibit G.    *City of Greenville v. Syngenta Crop Protection, Inc.*, No. 3:10-cv-188,
Settlement Agreement (Excerpted) [D.E. 294-1] (S.D. Ill. May 24, 2012)

Exhibit H.    *In re Hydroxycut Mktg. & Sales Pracs. Litig.*, No. 3:09-cv-01088, Order
Granting in Part and Denying in Part Motion to Quash Deposition
Subpoena [D.E. 215] (S.D. Cal. Apr. 29, 2013)

Exhibit I.    *Stern v. Cingular Wireless Corp.*, No. 2:05-cv-08842, Civil Minutes –
General [D.E. 344] (C.D. Cal. Oct. 15, 2010)

Exhibit J.    Declaration of Michael Collins

Exhibit K.    *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 3:07-MD-1827,
Objections of Leveta Chesser and Johnny Kessel [D.E. 6991] (N.D. Cal.
Oct. 15, 2012)

Exhibit L.    *Ruwe v. Cellco P'ship*, No. 07-cv-03679, Objections of James J.
Poindexter, Cery Perle, and Jeffrey Palmer [D.E. 128] (N.D. Cal. Oct. 13,
2012)

Exhibit M.    *Herfert v. Crayola, LLC*, No. 2:11-cv-01301, Order [D.E. 74] (W.D. Wash.
Aug. 17, 2012)

Exhibit N.    *Arthur v. Sallie Mae*, No. 10-cv-00198, 9/14/2012 Motion Hearing Tr.
[D.E. 268] (W.D. Wash. Sept. 21, 2012)

Exhibit O.    *Saltzman v. Pella Corp.*, No. 1:06-cv-04481, Objections of Dave Thomas [D.E. 323] (N.D. Ill. Jan. 29, 2013)

Exhibit P.    *In re Toyota Motor Corp. Unintended Acceleration Mktg., Sales Pracs. & Prods. Liab. Litig.*, No. 8:10-ml-02151, Gary & Rebecca Guerriero's Objections [D.E. 3632] (C.D. Cal. May 13, 2013)

Exhibit Q.    Theodore H. Frank, Resident Fellow, American Enterprise Institute and Director, AEI Legal Center for the Public Interest, *Protecting Main Street from Lawsuit Abuse: Statement Presented to the Senate Republican Conference* (March 16, 2009), *available at* http://www.aei.org/files/2009/03/16/Frank%20testimony.pdf

Exhibit R.    Rhonda L. Paulson Objection

Exhibit S.    Report of Keith A. Reutter, Ph.D. Regarding Settlement (with exhibits)

Exhibit T.    Redacted Product Labels

Exhibit U.    Expert Report of Dr. Thomas J. Schnitzer M.D., Ph.D.

Exhibit V.    Report of Jeremiah E. Silbert, M.D.

Exhibit W.    *Pappas v. Naked Juice Co. of Glendora, Inc*., No. CV11-08276 JAK (PLAx), Order Re Motion for Prelminary Approval of Class Action Settlement [D.E. 144] (C.D. Cal. Aug. 7, 2013)

Exhibit X.    Examples of Cases in Which Darrell Palmer Has Filed Objections and Dismissed, Abandoned, or Withdrawn the Objections or Appeal Without Attaining Settlement Changes or Additional Benefits for the Class

Exhibit Y.    Selected Objections to Settlements Filed by Steve A. Miller, Jonathan E. Fortman, and/or John C. Kress

Exhibit Z.    Declaration of Jorge Granja

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, | Case No.: 11 CV 07972 |
| Plaintiffs, | CLASS ACTION |
| v. | Judge James B. Zagel |
| NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation, | |
| Defendants. | |

## AFFIDAVIT OF MARK D SCHEY

I, Mark Schey, being first duly sworn according to law, depose and say under penalty of perjury as follows:

1.     I am the CEO of Digital Settlement LLC ("DS"), a firm specializing in developing and executing targeted class action notice plans.  I submit this affidavit at the request of Counsel in regards to the settlement in the case styled Pearson et al. v. NBTY, Inc. (the "Action").

2.     I have been professionally involved in marketing and advertising for over 15 years.  During that time, I have managed millions of dollars in on-line advertising campaigns for my clients (which include various Fortune 500 and private companies).  In addition to Internet advertising, I have a strong background in television advertising where I have created award-winning commercial campaigns that have been featured in BrandWeek and AdWeek magazines.

I am also a recognized expert in the Direct Response industry, where I develop print creative and on-line marketing for products that appear in over 50,000 retail locations (including Walmart, Walgreens, and CVS). One of my core responsibilities in that regard is the targeting, using various methodologies, of groups of consumers who are most likely to see the advertisements and buy the products at retail stores.

3.     I have substantial expertise in marketing a broad range of dietary supplement products, including joint health supplements like those at issue in the Action. Over the years, several of my clients have been in the dietary supplement business, and the scope of my responsibilities for those companies has included the oversight of Print and Internet marketing campaigns that involved the expenditure of millions of dollars in costs, and resulted in tens of millions of dollars of retail sales. As a result, I have a substantial amount of experience in "locating" consumers who purchase dietary supplements (*i.e.,* the same group that should receive notice of this settlement).

4.     DS has served as a Court-approved notice provider in multiple state and federal court class actions. Furthermore, I work regularly with Heffler Claims Group, LLC ("Heffler") to support their media and notice planning.

5.     This declaration is based upon my personal knowledge, information provided by the Parties' Counsel and by Heffler, and proprietary research done by DS.

NOTICE PLAN OBJECTIVE AND DESIGN

6.     The goal of this DS plan was to create a Print and Internet-based class action notice plan that targeted consumers who purchased Rexall glucosamine products ("Products"). The plan used methodologies and components that have proven to successfully drive retail sales for consumer products (including tens of millions of dietary supplement sales) by leveraging the "assets" of Internet and Print, and, more specifically, the ability to target segmented groups of consumers. As such, the same methods, experience, and technology that drive retail sales can be used to effectively target and notify potential class members of this settlement, as those consumers were likely initially targeted for purchasing the products by utilizing some of these very methods.

7.     The plan for this Action is attached hereto as Exhibit "A," and summarized below.  Prior to creating that plan, DS first researched and defined the "target audience."  In terms of demographics, the plan targeted, generally, individuals aged 35 and older, with a further focus on dietary supplement users.  Where available, glucosamine supplement users were specifically targeted.  Based upon my experience and knowledge, these targeted groups are likely to make up the vast majority, if not the entirety, of those individuals who purchased the Products.  Using media planning tools from GfK MRI, comScore, and other companies that report marketing data, we were able to evaluate our media plan's reach to the targeted audience.

8.     A comprehensive Print notice plan was developed using the media planning tools described above.  The summary notice was published nationwide in each of the following publications as follows:

   a.  People Magazine (On sale July 5th, 2013);

   b.  Prevention (On sale July 23rd, 2013);

   c.  First For Women (On sale July 22nd, 2013);

   d.  Woman's World (On sale July 15th, 2013); and

   e.  Guideposts (On sale July 13th, 2013).

The text contained in the short-form notice was provided to DS by Heffler and all final advertisements were approved by Heffler before being submitted for publication.  Copies of the final advertisements are attached hereto as Exhibit "B."  Based on media planning research, primarily through GfK MRI, these Print publications alone had an audience reach of over 26% of the targeted class.

9.     The Internet notice plan included placements on: 1) social media (*i.e.*, Facebook), and 2) Internet sites and portal ads (*i.e.*, Google, Yahoo, AOL).  These Internet notices directed viewers to the Settlement Website during the period of June 30th- July 29th, 2013.  The Internet plan generated 182,021,440 total impressions (an impression is the display of the advertisement), and resulted in 109,679 "clicks" to the Settlement Website, segmented as follows:

   a.  Facebook (132,374,875 impressions; 41,938 clicks);

   b.  Yahoo (18,500,792 impressions; 29,388 clicks);

    c.   AOL (6,715,934 impressions; 3,985 clicks); and

    d.   Google (24,429,839 impressions; 34,368 clicks).

Based on media planning research, these Internet advertisements alone had an audience reach of approximately 36% of the targeted class.

TOTAL NOTICE REACH

10.    Using media planning tools from GfK MRI, comScore, and other companies that report Internet data, we were able to evaluate our media plan's reach for the demographics of the class members.  Heffler provided DS with detailed information about the Email and Direct Mail portions of the notice plan.   My understanding, based in part on the Declarations of Dan Ross and Mike Hamer, is that approximately 4.7 million households received direct, individual notice.  Direct notice of this type (approximately 40% of the class) is rare in a case like this one where the product involved is an over-the-counter consumer product.  When combining all the parts of the notice plans (Print, Direct Mail, Internet, and Email) and adjusting for duplication across the various mediums, the overall notice plan had a reach of over 76% of the defined class.

I declare under the penalty of perjury under the laws of the Commonwealth of Pennsylvania and the United States that the above is true and correct to the best of my knowledge.

BY: _____

        MARK D SCHEY

Sworn to and subscribed before me
this _____ day of August, 2013

_____
    Notary Public

DOROTHY PRIESTNER
A Notary Public of New Jersey
My Commission Expires 12-0_____

EXHIBIT A

## Rexall Glucosamine Notice Plan Overview

**The Audience "The Class":** The Class is defined as all persons in the United States who purchased a Rexall glucosamine product. The class size is estimated at 12 million consumers in the United States. In building the targeted media campaign, GfK MRI data[1] was used to further define the class as "supplement users aged 35 years and older." Where available, GfK MRI data was used to identify adults who used glucosamine, specifically.

**Objective of Print and Internet Notice Program:** Create, execute, and manage a Print and Internet notice program in a targeted, consumer friendly manner. The program will have extensive reach to potential Class participants. The media will be run in a timely manner that is consistent with the settlement agreement and the orders of the court.

**Rexall Glucosamine Marketing Analysis:** This media plan to inform the public of both the long form and summary notices is the result of a campaign analysis which included a thorough analysis of print publication and the potential Internet usage by consumers who may have purchased a glucosamine product, as well as industry cross-references. An analysis of the product categories in which the product falls, using proprietary historical data trends and reach indexing from over 400 Direct to Consumer products, was performed. Furthermore, industry standard information from GfK MRI was used to validate the analysis of the media's reach.

---

[1] Based upon GfK MRI Fall 2012 data. GfK MRI is the leading provider of media and consumer research in the country. They are the primary source for audience data for the magazine industry in the United States.

CH1 7883378V.2

## Part 1: Print Advertising / Magazine Ads

To develop the print notice plan, both proprietary data and GfK MRI data was used to evaluate the reach to the class. As noted earlier, the goal of the campaign is to reach a substantial portion of adults, aged 35 and older, who are also supplement users. In addition to raw data, an extensive marketing analysis was performed to ensure publications used by people with joint problems would be represented. Where available, GfK MRI data was utilized to specifically target adult glucosamine users.

The magazine selection includes:

"People Magazine" which, according to GfK MRI, has 42.5 million readers, 17.64 million of which are adults over 35 who use supplements. According to the Alliance for Audited Media, People Magazine is the ninth largest publication in the United States, based on circulation numbers. Again, using GfK MRI data, People Magazine alone reaches 18% of all adults over 35 who use supplements.

"Prevention" is the 16th most circulated magazine in the United States. Its readership represents 5,944,000 adults over 35 who use supplements or 6.2% of the defined class. Using available data (also through MRI), we can further quantify that this publication alone reaches 8.3% of adult glucosamine users. This publication has an index of 171 for the defined class, with 70.4% of its readership being in this demographic.

"First For Women" has a readership of 2,511,000 supplement users over 35. This publication also has an index of 152 for the defined class, with 62.7% of its readership being in this demographic. Using MRI data, it reaches 2.6% of all adult supplement users over 35, while specifically reaching 3.4% of all glucosamine users.

"Woman's World" reaches 4,133,000 readers who are supplement users over 35 years old. Like "First For Women", it also indexes high (151) with the demographic, with 62% of its readership in the defined class. This represents a reach of 4.3% of adults over 35 who use supplements and 5.1% of all glucosamine users.

"Guideposts" which, according to GfK MRI, reaches 3,556,000 adults over age 35 who use supplements (or 3.7% of the defined class). This publication has a strong index of 157 for the defined class.

These magazines were selected for their excellent targeting and wide reach of adults in the United States.  Combined, the magazines have a reach of 35.2% of the defined class members of 35+ supplement users and an aggregate reach of 38.5% of glucosamine users, where available[2].

Taking this a step further, we used additional GfK MRI reporting (along with Reach and Frequency calculations based upon the Metheringham Formula) to calculate the duplication of readership in the above magazines.

This additional analysis suggests that the overall magazine portion of the notice plan will reach 18.00% of glucosamine users one time, 6.22% of glucosamine users two times, and 2.69% of glucosamine users three or more times. This results in a reach of 26.91% of glucosamine users seeing the settlement notice at least one time.

(Note: Further overlap of duplicated readers across the various media categories will also be calculated and applied on the overall campaign.)

Glucosamine User Research

GfK MRI data tells us that there is a population of 95.6 million supplement users over the age of 35. The subset of actual glucosamine users is estimated at 8.19 million in the past 6 months.

Where data is available specifically for glucosamine users, the reach to this group is  larger than the broader group of adults 35+ who are supplement users. In a health-related magazine, like "Prevention", the reach increases by 33.8% (from 6.2% to 8.3%) when targeting glucosamine users. The smallest increase in reach was a more general magazine, "Women's World", where reach to actual glucosamine users increased by 18.6% (from 4.3% to 5.1%) over the more broadly defined adults over 35 who use supplements.

---

[2]   When researching this notice plan, GfK MRI Fall 2012 data was available for glucosamine users(as opposed to only supplement users) with respect to specific publications. These included "Women's World", "First For Women", and "Prevention" magazines.

CH1 7883378V.2

## Part 2: Direct Mailing To Known Customers

4.7 million unique Rexall glucosamine customers will be notified through retail and loyalty program information.

With a class size of 12 million, a direct mailing to 4.7 million unique customers represents 39.16% of the class.

## Part 3: Demographic Website Relevant & On-line Portal Ads

The Internet is an extremely powerful tool for reaching potential class members and driving them to the settlement website. Past experience with Internet Notice Plans has been used to design the most effective plan.

**Demographic Website Relevant and Information Ads:** 500 of the top on-line information websites have been analyzed, along with Affinity Indexes of pertinent demographic sites as they pertain to glucosamine users. Furthermore, marketing plans of over 100 related media campaigns have been studied in an effort to reach potential buyers in our target categories. The sites below are the top properties, which will offer the deepest reach and fastest execution time to inform the public of the class action settlement. Further refinement of targeting adults aged 35 and over will be included. These advertisements will instruct people of the class action and direct them to the settlement website to participate.

| Media Placement | Estimated Targeted Impressions |
|---|---:|
| Yahoo RMX | 18,500,792 |
| Google Content Network | 24,429,839 |
| AOL Network | 6,715,934 |
| **Subtotal** | **49,646,565** |

"Yahoo" (and its partner sites) reach 90.2% of adults over the age of 35 in the United States who use the Internet[3], with a potential target of 107 million. This notice plan will deliver an estimated 18.5 million impressions with a frequency of 1.5 or less to ensure widespread reach. Yahoo Sites are the third most popular on the United States Internet, based upon comScore (September 2012) data.

"Google" (and its partner sites) reach 87.9% of Internet-using adults over 35 in the United States. This notice plan will display an estimated 24 million impressions with a frequency cap of 1.5 to ensure a large percentage of class members are reached. According to comScore (September 2012), Google Sites are the most popular on the United States Internet. This portion of the campaign will also target specific "search terms" for the highest possible targeting of potential class members.

"AOL" (and its partner sites) have an extensive reach of Internet-using adults over 35 in the United States. This notice plan will deliver 6.7 million impressions to the 35+ adult demographic with a frequency of 1.5 or less.

Based upon the potential reach to the class and the specific number of impressions (with a frequency cap of 1.5), the online advertising portion of the notice plan will  reach an estimated 35.5% of  the class (when combined with social media in Part 4 of this notice plan).

---

[3]    Data Source: comScore, September 2012. comScore is a global leader in online business analytics,  providing industry standard Internet audience measurement and demographics.

**TARGETED DEMOGRAPHIC INTERNET IMPRESSIONS IN REXALL CAMPAIGN: 49,646,565**

### Part 4: Facebook and Social Media

**Facebook's Reach:** Facebook has a total U.S. reach of 170 million consumers on-line, making it the largest proactive social engine in the country. This media vehicle has proven over the last 24 months to be the most effective way to quickly execute and engage a targeted audience with the ability to drive them to an independent website, such as a class action settlement notice site. The ability for one class member to pass along the information to others utilizing social media can have the potential to triple the reach index. For the online media plan, the most widely used social media sites were researched

Independent data from Quantcast and comScore, two of the industry standards in Affinity and Reach analysis for consumer behaviors, were utilized. Our research indicates a total social media reach of over 140 million unique users per month in the United States.

Below is the strategy to get the proper notifications out to the public with social media via the Facebook platform:

**Facebook Creative Unit:** A banner with clear text informing the public of Rexall Settlement will be displayed with a hyper link directing consumers to the proposed website in which they will have all the necessary information related to the case.

**Facebook Targeting:** Facebook has proprietary banner advertising targeting capabilities. Ads will be segmented to target potential class members in order to more effectively target these consumers with proper notice in a timely manner.

**Facebook Settlement Page:** A dedicated settlement page will be posted and used to educate people on the class action and direct those who wish to participate to the main settlement website.

Based upon the total reach of Facebook, the number of impressions delivered, and the frequency cap of 1.5, the social networking portion of the notice plan will reach an estimated 35.5% of the class (when combined with targeted Internet advertising in part 3 of this notice plan).

**TARGETED SOCIAL MEDIA IMPRESSIONS IN REXALL CAMPAIGN: 132,374,875**

## Rexall Glucosamine Notice Summary

Media placements will be adjusted in order to maximize the number of claims filed. A reporting system will allow optimization of placements that are producing the greatest numbers of claims. Summary of the media impressions is segmented as follows:

| Media Category | Type | Targeted Impressions |
|---|---|---|
| Print Magazines | Graphic and Text | 33,783,000 |
| Direct Mail | Graphic and Text | 4,700,000 |
| Online Banners & Ads | Graphic and Text | 49,646,565 |
| Social Media/Facebook | Graphic and Text | 132,374,875 |

**Ad Units and Copy for Notices:**  All ad units and the notices that are presented will be submitted for prior approval before the online media program is to begin. All creative will be done in a straightforward manner that is consistent with all applicable laws and is consistent with the wishes of the court and the spirit of the settlement.

**Summary:** The Notice Plan designed for this settlement is based on the tools and techniques that companies use to develop marketing programs for similar products and audiences. Wherever available, data is verified using industry-standard data from GfK MRI and comScore.

This plan will provide for the execution of the notices to go out to the target audience in an efficient and timely manner, and to meet the legal requirements as set forth by the court as well as in the Class Action Settlement agreement. The plan will be specifically designed to target the settlement class and notify a substantial number of them of the settlement.

While duplication has already been calculated for magazine, direct mail, and Internet individually, this notice plan allows for a further 23.9% duplication of audience across the various notice methods. In other words, we expect 23.9% of people who see a notice in a magazine to also receive a direct mail piece.

Taking into account a 23.9% duplication and *without* factoring in spread of the message through social media and word of mouth, we estimate the campaign will reach 76.34% of the defined class.

11

EXHIBIT B



## IF YOU PURCHASED CERTAIN JOINT HEALTH DIETARY SUPPLEMENTS, YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website www. GlucosamineSettlement.com, by writing to the address at the bottom of the notice, or by calling toll-free **(888) 972-6583**.

### WHAT ARE MY LEGAL RIGHTS?

• **If you wish to remain a member of the settlement class**, you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

• **If you wish to submit a claim**, visit www. GlucosamineSettlement.com, and follow the instructions, or call toll-free **(888) 972-6583** to obtain a claim form. All claims must be submitted or postmarked by **December 3, 2013**.

• **If you do not wish to be a member of the settlement class**, you must submit a letter to the Settlement Administrator at the address below postmarked by **August 1, 2013**. If you request to be excluded from the settlement class you cannot submit a claim form.

## GLUCOSAMINE SETTLEMENT C/O CLAIMS ADMINISTRATOR P.O. BOX 170 PHILADELPHIA, PA 19105-0170 (888) 972-6583

# RODALE

**J.I. Rodale**
Founder,
1942–1971

**Robert Rodale**
Chairman of the
Board and CEO,
1971–1990

**Ardath Rodale**
CEO and Chief
Inspiration Officer,
1990–2009

**Maria Rodale**
Chairman and Chief Executive Officer

**Paul McGinley**
EVP, General Counsel, Chief Administrative Officer

**Thomas A. Pogash**
EVP, Chief Financial Officer

**Anthony Astarita**
SVP, General Manager, Digital & New Brand Development

**Chris Lambiase**
SVP, Group Publishing Director

**Robert Novick**
SVP, International

**Tracey K. Pierce**
SVP, Human Resources

**David Willey**
SVP, General Manager, Active Living Group

**Allison H. Falkenberry**
VP, Brand & Corporate Communications

We inspire and enable people to improve their lives and the world around them.

Rodale Inc., 400 S. 10th St., Emmaus, PA 18098-0099   rodale.com

**THE PREVENTION PLEDGE**
You can count on the recommendations you find in Prevention to be checked thoroughly for accuracy and supported by the opinions of leading experts and up-to-date research.

**CUSTOMER SERVICE**
Online: prevention.com/customer-service;
e-mail: pvncustserv@rodale.com; phone: (800) 813-8070;
or mail: Prevention Customer Service, PO Box 26299, Lehigh Valley, PA 18002-6299

Prevention (ISSN 0032-8006) is published monthly by Rodale Inc. Vol. 65, Number 8. Office of publication is 400 S. 10th St., Emmaus, PA 18098-0099; (800) 813-8070. Periodicals postage paid at Emmaus, PA, and at additional mailing offices. **Postmaster (US):** Send address changes to Prevention, PO Box 26299, Lehigh Valley, PA 18002-6299. **In Canada:** Postage paid at Gateway, Mississauga, Ontario. Canada Post Publication Mail Agreement Number 40063752. GST#R122988611. Return undeliverable Canadian addresses to Prevention, 2930 14th Ave., Markham, Ontario L3R 5Z8. All rights reserved. Prevention is a registered trademark of Rodale Inc. Subscribers: If the postal authorities alert us that your magazine is undeliverable, we have no further obligation unless we receive a corrected address within 18 months. **Reader Preference Service:** We occasionally make our mailing list available to other companies whose products or services might interest you. If you prefer not to be included, write to Prevention Customer Service, PO Box 26299, Lehigh Valley, PA 18002-6299. Printed in the USA. Copyright 2013 by Rodale Inc.

Prevention Magazine



# Circle of Kindness!

Have you done something kind for someone . . . or been on the receiving end of a thoughtful gesture? Share your heartwarming story here!

## "She gave us a warm welcome home!"

When my daughter was rushed to the hospital with an asthma attack, we had to stay in the pediatric unit for a week.

I was worried sick over my little girl, and because I'm a single mom, things were difficult. Staying by Grace's side meant I hadn't even had time to grocery shop! When Grace was feeling better, we came home to spoiled milk and an empty fridge. Still, though I was overwhelmed, I was grateful my daughter was okay. Just then, a friend stopped by. "I picked up a few extra things for you while I was shopping," she said. It turns out "a few extra things" were bags full of juices, muffins and all the fixings for a week's worth of meals! Tears sprang to my eyes. Her thoughtful gift made a difficult time so much better!
—*Kathy Brennan, Las Vegas*

## Big Apple kindness

Our daughter and her family recently moved to upstate New York, near the Adirondack Mountains.



So as my husband and I were driving up to visit them, we decided to go through New York City. Needless to say, we found ourselves hopelessly lost. While sitting in traffic, we saw a police officer in her car next to us. I rolled down my window and asked if she could help. "Pull out in front of me," she said, "and I'll direct you." When the light changed, she slipped in line behind us. At every intersection, she put her loudspeaker on and told us which way to go. Soon, we were back on track. Without that officer's incredible kindness, we might still be driving in circles around New York City!
—*Rachel Roberts, Apopka, FL*

## "We treated another family to dinner!"

I was out to dinner with my husband at a local pizza place for half-price night.

We had just ordered our food when we noticed a young family seated next to us. The parents had three little ones, all of whom were so well behaved! We couldn't help but smile seeing that happy family enjoy a night out together, and we wanted to do something special. We told our waitress we wanted to pay for their meal anonymously. The family was so surprised when they found out a stranger had taken care of their tab! And it turned out the kindness we'd shown came right back to us: After a long wait for our order, the manager said that there'd been a mix-up when they were making our pizzas. "Your fresh pies will be right out—on the house!" he said. We couldn't believe that we were part of our own little circle of kindness that night. What a sweet way to end the day!
—*Cindy Hoffman, Joplin, MO*

## Making lemonade out of lemons



I was shocked to discover my car had been broken into one day. The ignition was damaged, too, leaving me without transportation. And I couldn't afford my insurance deductible to get it repaired. When a co-worker saw me riding my bike to work, I told him the whole story. The next day, my co-worker gave me a card. *We know life can throw you lemons,* it read. *That's why we're throwing some cash your way!* Inside was enough money to pay my deductible! He'd secretly told my co-workers what happened, and they all chipped in to help me get my car repaired! They reminded me that there's always somebody—or many somebodies—willing to lend a hand!
—*Cassie Soukup, Isanti, MN*

Do you have an act of kindness to share? E-mail it with your name and address to: CircleofKindness@WomansWorldMag.com. Or mail it to: Circle of Kindness, Woman's World, 270 Sylvan Ave., Englewood Cliffs, NJ 07632. We'll pay you $25 if we publish your story; submissions may be edited for style.

## IF YOU PURCHASED CERTAIN JOINT HEALTH DIETARY SUPPLEMENTS, YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website www.GlucosamineSettlement.com, by writing to the address at the bottom of the notice, or by calling toll-free (888) 972-6583.

### WHAT ARE MY LEGAL RIGHTS?

• **If you wish to remain a member of the settlement class,** you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

• **If you wish to submit a claim,** visit www.GlucosamineSettlement.com, and follow the instructions, or call toll-free **(888) 972-6583** to obtain a claim form. All claims must be submitted or postmarked by **December 3, 2013.**

• **If you do not wish to be a member of the settlement class,** you must submit a letter to the Settlement Administrator at the address below postmarked by **August 1, 2013.** If you request to be excluded from the settlement class you cannot submit a claim form.

### GLUCOSAMINE SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 170
PHILADELPHIA, PA 19105-0170
(888) 972-6583

Woman's World

CH1 7883378V.2

# supper





## Creamy Mashed Cauliflower

ACTIVE TIME: **20 min.** TOTAL TIME: **30 min.** SERVES: **4**

Feta cheese makes this cauliflower mash extra creamy—plus keeps it low-fat and alkalinizing for easy slimming

- **1** **head** (1 lb.) **cauliflower,** cut into florets
- **1** small **onion,** quartered
- **1** clove **garlic,** peeled
- **¼** cup **feta cheese**
- **1** Tbs. extra virgin olive **oil**
- **2** Tbs. chopped **chives**

**❶** Place steamer basket in large pot. Add enough water to pot to reach just below the steamer basket. Arrange cauliflower florets, onion quarters and garlic in basket.

**❷** Place pot over high heat. Bring to a boil. Reduce heat to medium; cover and cook 10 min. or until cauliflower florets are tender; drain.

**❸** In food processor, combine cauliflower, onion and garlic mixture. Add feta cheese and oil. Process 30 sec. or until smooth and creamy, scraping down sides of bowl as needed.

**❹** Season mashed cauliflower with sea salt and pepper to taste. Stir in chives. Garnish as desired.

Per serving: **Cal.** 90 **Pro.** 4g **Carb.** 7g **Fiber** 3g **Sug.** 3g **Chol.** 8mg **Sod.** 122mg **Total fat:** 6g **Sat.** 2g **Trans.** 0g

## Ginger-Coconut Cream Pie

ACTIVE TIME: **30 min.** TOTAL TIME: **1½ hrs.** SERVES: **8**

This no-bake beauty owes its rich texture to a cashew cream made from pureed raw cashews and coconut milk—not dairy

- **1** cup **unsweetened shredded coconut**
- **1** cup **walnuts**
- **⅓** cup soft **dried apricots** (about 10)
- **1** cup shaken **coconut milk**
- **2** tsp. minced fresh **ginger**
- **1½** cups **cashews,** soaked in water overnight and drained
- **½** cup **coconut oil**
- **¼** cup **maple syrup**
- **8** fresh **strawberries,** sliced
- **¼** cup fresh **raspberries**

**❶** Line 7½" tart pan or 8" pie plate with parchment paper. In food processor, combine coconut, walnuts and apricots 30 sec. or until finely chopped, adding 1 tsp. water at a time if mixture seems dry; press into prepared pan.

**❷** In clean food processor, mix coconut milk and next 4 ingredients 2 min. or until smooth. Spread mixture in tart shell, smoothing top. Chill 1 hr.

**❸** Unmold tart and place on serving platter. Arrange strawberries and raspberries in center of tart.

Per serving: **Cal.** 487 **Pro.** 7g **Carb.** 24g **Fiber** 4g **Sug.** 12g **Chol.** 0mg **Sod.** 13mg **Total fat:** 44g **Sat.** 25g **Trans.** 0g

**IF YOU PURCHASED CERTAIN JOINT HEALTH DIETARY SUPPLEMENTS, YOU MAY BE PART OF A CLASS ACTION SETTLEMENT**

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website **www.GlucosamineSettlement.com,** by writing to the address at the bottom of the notice, or by calling toll-free **(888) 972-6583**.

**WHAT ARE MY LEGAL RIGHTS?**

• **If you wish to remain a member of the settlement class,** you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

• If you wish to submit a claim, visit **www.GlucosamineSettlement.com,** and follow the instructions, or call toll-free **(888) 972-6583** to obtain a claim form. All claims must be submitted or postmarked by **December 3, 2013**.

• **If you do not wish to be a member of the settlement class,** you must submit a letter to the Settlement Administrator at the address below postmarked by **August 1, 2013**. If your request to be excluded from the settlement class you cannot submit a claim form.

**GLUCOSAMINE SETTLEMENT C/O CLAIMS ADMINISTRATOR P.O. BOX 170 PHILADELPHIA, PA 19105-0170 (888) 972-6583**

## IF YOU PURCHASED CERTAIN JOINT HEALTH DIETARY SUPPLEMENTS, YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website **www.GlucosamineSettlement.com**, by writing to the address at the bottom of the notice, or by calling toll-free **(888) 972-6583**.

### WHAT ARE MY LEGAL RIGHTS?

• **If you wish to remain a member of the settlement class**, you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

• **If you wish to submit a claim**, visit **www.GlucosamineSettlement.com**, and follow the instructions, or call toll-free **(888) 972-6583** to obtain a claim form. All claims must be submitted or postmarked by **December 3, 2013**.

• **If you do not wish to be a member of the settlement class**, you must submit a letter to the Settlement Administrator at the address below postmarked by **August 1, 2013**. If you request to be excluded from the settlement class you cannot submit a claim form.

**GLUCOSAMINE SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 170
PHILADELPHIA, PA 19105-0170
(888) 972-6583**



**THE VICTIM** Lloyd (above), a friend of Hernandez's, played semipro football for the Boston Bandits.

**TROUBLED YOUTH** Despite scrapes with the law, Hernandez (at age 17) vowed to "make the right decisions" as a pro athlete.

The Patriots dumped the promising but troubled player, whose meteoric rise led him to the top ranks of the NFL and a $40 million contract. Meanwhile, disturbing questions continue to pile up around Hernandez: Was he, as police are now investigating, the one who shot two men dead last summer after a nightclub fight in Boston? Was Lloyd killed because he knew about the crime? Could it be, as laid out in a pending civil lawsuit, that Hernandez shot another friend in the face earlier this year? His attorney Michael Fee says the case against him is "at bottom, a circumstantial case." His mother, Terri, says her son will be cleared.

Hernandez grew up in the Hartford suburb where his mother still works in the office of South Side Elementary school. "He was a good friend and a kid people looked up to," said Tucker, who has known him since the fifth grade. But Hernandez's mother told *USA Today* in 2009 that the shock of his father's death led her son, only 16 at the time, to hang with the wrong crowd. "There was so much anger," she said. His reported association with gangs and guns followed him into the 2010 NFL draft and turned him from a first- to a fourth-round pick.

Fatherhood seemed to kick-start his self-awareness. After his high school sweetheart and fiancée Shayanna Jenkins, 24, gave birth to their daughter Avielle in November, Hernandez told an interviewer, "Now another one is looking up to me. I can't just be young and reckless Aaron anymore."

But Indianapolis Colts tight end Dwayne Allen thinks he never shed his reckless behavior. "One of our brothers is in trouble right now because he didn't want to be different," Allen told newbies at the NFL's rookie symposium the same day as Hernandez's arrest. "You're right, I'm different. I got a lot more money in my pocket and a lot more sense. That's the way you got to go about it." Now, denied bail and with his athletic promise cut short, Hernandez sits in a Dartmouth, Mass., jail with plenty of time to ponder what went wrong. "If the charges are true, not only is his career over, but he'll spend the rest of his life in prison," says Tucker. "Whatever happens, though, he's still my friend."

By Sandra Sobieraj Westfall. Reported by Juliet Pennington and Jeff Truesdell



**THE FIANCÉE** Shayanna Jenkins (outside court on June 26).

People Magazine

**M**y friend since the seventh grade, Betty Gibson, gave me a gift subscription to GUIDEPOSTS just last year," says **Joanna Featherstone** (*One-Woman Show,* page 56). "She was also the one who suggested I enter my story into



**FEATHERSTONE**
Lifts up her voice

the 2012 Writers Workshop contest." Joanna entered—and won. She is especially grateful for the fellowship she shared with the magazine's editors and the other writers in attendance. On the last day of the workshop, Joanna received a call saying that another longtime friend was about to go into hospice care. She returned to the group and told them the sad news. "One of the writers said, 'Let us pray.' We all bowed our heads and afterwards I sang," says Joanna. "The song was one I came up with in the moment. It expressed my gratitude for my friend's life as well as my appreciation for the spiritual rewards and support I received during the workshop."

**B**eing Pistol Pete for one whole year was a dream come true for **Jason Hynson** (page 20), who graduated from Oklahoma State University with his bachelor's

JULIE BROWN

### IF YOU PURCHASED CERTAIN JOINT HEALTH DIETARY SUPPLEMENTS, YOU MAY BE PART OF A CLASS ACTION SETTLEMENT

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. This notice is only a summary. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website **www. GlucosamineSettlement.com**, by writing to the address at the bottom of the notice, or by calling toll-free **(888) 972-6583**.

#### WHAT ARE MY LEGAL RIGHTS?

• **If you wish to remain a member of the settlement class**, you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

• **If you wish to submit a claim**, visit **www. GlucosamineSettlement.com**, and follow the instructions, or call toll-free **(888) 972-6583** to obtain a claim form. All claims must be submitted or postmarked by **December 3, 2013**.

• **If you do not wish to be a member of the settlement class**, you must submit a letter to the Settlement Administrator at the address below postmarked by **August 1, 2013**. If you request to be excluded from the settlement class you cannot submit a claim form.

**GLUCOSAMINE SETTLEMENT
C/O CLAIMS ADMINISTRATOR
P.O. BOX 170
PHILADELPHIA, PA 19105-0170
(888) 972-6583**

Guideposts