# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, | |
| Plaintiffs, | Case No.:   11 CV 07972 |
| | CLASS ACTION |
| v. | **Judge James B. Zagel** |
| NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation, | |
| Defendants. | |

**AFFIDAVIT OF MICHAEL E. HAMER**

I, Michael E. Hamer, being first duly sworn according to law, depose and say under penalty of

perjury as follows:

1.  I am a Project Manager for Heffler Claims Group, LLC ("Heffler").  Our business address is 1515

    Market Street, Suite 1700, Philadelphia, PA 19102.  Our main telephone number is (215) 665-

    8870.  I am over twenty-one years of age and am authorized to make this affidavit on behalf

    of Heffler and myself.

2.  I am the Project Manager assigned to administration of the settlement reached in this case.  I

    submit this affidavit to demonstrate Heffler's compliance with regard to the duties required of

    Settlement Administrator as required by the Settlement Agreement and General Release

("Agreement") and this Court's "Preliminarily Approval Order" dated May 24, 2013 ("Preliminary Approval Order") (Document #87).

3.  Heffler has extensive experience in class action matters, having provided notice and claims administration services in class action settlements involving antitrust, securities, employment wage and hour, and consumer class action settlements, as well as Securities & Exchange Commission and Government Enforcement actions.  We have provided notification and/or claims administration in more than 700 cases.

4.  Heffler was appointed as Settlement Administrator pursuant to paragraph 6 of the Preliminary Approval Order to perform the functions specified in the Agreement, including but not limited to: (a) confirming or updating addresses for the known Class Members eligible to participate in the Settlement; (b) preparing, printing, and mailing or e-mailing Notice to known Class Members; (c) logging and seeking new addresses for known Class Members and re-sending a Notice to them if the original notification (mail or e-mail) was undeliverable; (d) arranging for publication notice for unknown Class Members; (e) establishing a website and posting the Long Form Notice, Claim Form, and other documents and information on that website; (f) tracking written Requests for Exclusion from the Settlement; (g) responding to requests for claim forms; (h) maintaining a toll-free telephone number; (i) claims administration; and (j) such other tasks to which Counsel mutually agrees, or the Court orders or requests Heffler to perform.

5.  Heffler opened and used the post office box address of "Glucosamine Settlement, c/o Heffler Claims Group, P.O. Box 170, Philadelphia, PA 19105-0170" to receive written Requests for Exclusion, completed paper Claim Forms, undeliverable Postcard Notices, requests for paper Claim Forms, inquiries, and other communications about the Settlement.  The address of that

post office box was provided in the Long Form Notice, the Postcard Notice, the E-mail Notice, and the Claim Form.

6. Heffler received text for the Long Form Notice, the Postcard Notice, the E-mail Notice, and the Claim Form from Parties' counsel. Drafts of these documents were prepared by Heffler and approved by the Parties' counsel. The Notices provided to the Class, either through direct mailing, e-mailing, publication, and/or through the Settlement Website, provided adequate notice of the terms of the Settlement and the Class Members' rights to object or be excluded from the Settlement. Copies of the Long Form Notice, the Postcard Notice, the E-mail Notice, and the Claim Form are attached hereto as Exhibit A.

7. On or about June 15, 2013, Heffler established a website ("Settlement Website"), *www.GlucosamineSettlement.com,* that provides an explanation of the litigation, the settlement, and important dates; allows for on-line Claim Form submission; and posts copies of: (i) the Preliminary Approval Order; (ii) the Agreement; (iii) the Long Form Notice; (iv) the Postcard/E-mail Notice; and (iv) the Claim Form in .pdf format. Potential Class Members who learn of the settlement through any means were able to obtain copies of these documents through the Settlement Website, 24 hours per day, even if they had not directly received a Notice by mail or e-mail. The Settlement Website continues to be fully operational and fully functional. Printouts of the front pages of the Settlement Website are attached hereto as Exhibit B. As of August 29, 2013, the Settlement Website statistics show 246,121 visits (216,932 unique); 432,275 page views; 27,921 downloads of the Claim Form; and 26,130 downloads of the Class Notice.

8. Heffler received from Defendants' Counsel two lists of known Class Members: one of Ambassadors Club members (purchasers of Osteo-Bi-Flex who joined the loyalty club), and

one of customers who purchased Covered Products from Vitamin World's internet store, or signed up for Vitamin World's loyalty program (combined, "the Class List"). The Class List contains names and last known mailing and/or e-mail addresses of 1,734,139 Class Members, as follows: (i) a total of 1,082,385 had an e-mail address; (ii) a total of 651,754 did not have an e-mail address. An E-mail Notice was to be e-mailed to those with an e-mail address and a Postcard Notice was to be mailed to those without an e-mail address.

9. On or about June 15, 2013, Heffler set up, and continues to maintain, a toll-free telephone number (1-888-972-6583) for the purpose of allowing Class Members to access recorded, general information about the litigation and the settlement. As of August 29, 2013, the toll-free telephone system has logged a total of 30,547 calls representing a total of 112,698 minutes. The script used to record the information for the IVR system is attached as Exhibit C.

10. During the period June 17-18, 2013, Heffler coordinated and arranged the sending of the E-mail Notice to those known Class Members with an e-mail address. Of the 1,082,385 e-mails attempted, a total of 1,058,596 were successfully sent, and a total of 23,789 could not be sent because they were malformed (i.e., did not contain a "@" symbol, contained nothing after the ".", etc.), invalid, or duplicative e-mail addresses. Heffler continues to process these malformed e-mails. The E-mail Notice (Ex. B) advised Class Members of the settlement, directed them to the settlement website or to the Claims Administrator for more information, and told them that they could submit a written Request for Exclusion postmarked by August 1, 2013 or a completed Claim Form postmarked by December 3, 2013. As of August 29, 2013, a total of 115,386 E-mail Notices are confirmed as "bounced" (and considered undeliverable). Heffler continues to process these bounced e-mails.

4

11. For the 651,754 known Class Members without an e-mail address, Heffler removed 6,103 as exact duplicates, and 645,651 Class Members' mailing addresses were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service ("USPS"). The NCOA contains change of address notifications filed with the USPS. In the event that an individual had filed a USPS change of address notification, the address listed with NCOA was used in connection with the mailing of the Class Notice package.

12. On June 17, 2013, Postcard Notices were addressed and mailed to the 645,651 known Class Members described above via postage prepaid, first-class U.S. Mail. The Postcard Notice (Ex. B) advised Class Members of the settlement, directed them to the Settlement Website or to the Claims Administrator for more information, and told them that they could submit a written Request for Exclusion postmarked by August 1, 2013 or a completed Claim Form postmarked by December 3, 2013.

13. As of August 29, 2013, Heffler has received a total of 144,399 Postcard Notices returned by the USPS as undeliverable. Of these, 2,328 were returned by the USPS with forwarding addresses noted and were re-mailed to those Class Members via postage prepaid, first-class U.S. Mail.; and 142,071 Postcard Notices were returned by the USPS as undeliverable without a forwarding address, and were handled as follows: (i) Heffler performed address traces on 51,688 Notices. The address trace utilizes the Class Member's name and last known address for locating a current address. After the traces were performed, updated addresses were obtained and Postcard Notices were re-mailed to 35,596 Class Members via postage prepaid, first-class U.S. Mail; and (ii) a total of 90,383 continue to be processed.

14. The publication notice program, designed to reach unknown Class Members, is the subject of a separate affidavit from Mark Schey of Digital Settlement, LLC, which I understand is being submitted herewith.

15. In response to inquiries received from class members, and with the agreement of the Parties, Heffler made two changes to the Claim Form after preliminary approval:

   a. On or about July 16, 2013, the Claim Form was revised to note, with respect to Documented Purchases: "If you are a member of the Osteo Bi-Flex Ambassador's Club and have previously submitted Reward Points to Rexall, (a) current Ambassador's Club data will be reviewed as part of the consideration of your claim, and (b) you may be entitled to recovery based on proof of purchase previously submitted to Rexall." Consistent with this change, as part of the claims process, Heffler is checking claims made against Rexall's data to determine whether any claimant had previously submitted proof of purchase to Rexall as part of Rexall's Osteo Bi-Flex Ambassador's Club, which is a loyalty purchaser club through which Osteo Bi-Flex purchasers can submit proof of purchase to earn reward points and coupons.

   b. On or about August 7, 2013, the Claim Form was revised to allow class members to submit "hybrid" claims (*i.e.*, claims for both documented *and* undocumented purchases). The revised claim form included the following language: "You may claim up to ten (10) bottles of Documented Purchases. You may claim up to four (4) bottles of Undocumented Purchases. However, your entire claim cannot exceed a total of ten (10) bottles of Documented and Undocumented Purchases."

16. Heffler is responsible for receipt of all written Requests for Exclusion from the Settlement. Pursuant to paragraph 8 of the Preliminary Approval Order, Requests for Exclusion were to be

postmarked no later than August 1, 2013. As of August 29, 2013, Heffler has received a total of 1,620 communications from potential Class Members that it interpreted as Requests for Exclusion. Heffler has reviewed each Request for Exclusion and has noted that only 58 Requests for Exclusions have fully complied with the requirements for requesting exclusion specified in paragraph 19 of the Agreement (also paragraph 8 of the Preliminary Approval Order). Attached as Exhibit D is a listing of the 1,620 Requests for Exclusion received as of August 29, 2013, including the Requestor's assigned number, name and address, and an indicator noting compliance ("Y") or non-compliance ("N") with each specific requirements of paragraph 19 of the Agreement/paragraph 8 of the Preliminary Approval Order.

17. Heffler is responsible for receipt of all Claim Forms filed by Class Members. In addition to being able to submit an on-line Claim Form through the Settlement Website, a Class Member may obtain a paper copy of the Claim Form either through the Settlement Website or by requesting a Claim Form from Heffler, directly. The deadline to submit a Claim Form is December 3, 2013. As of August 29, 2013, Heffler has received a total of 19,593 Claim Forms, as follows: (i) 16,894 Claim Forms filed on-line through the Settlement Website; and (ii) 2,699 Claim Forms filed on paper and submitted through the U.S. Mail.

18. Heffler employs numerous methods to detect claims that are submitted fraudulently. In our experience, these methods are appropriate, as it is sometimes the case that in settlements where proof is not required to support a claim, there are non-class member consumers who will receive notice of the settlement and elect to file a claim for compensation. As a general proposition, it has been our experience that the higher the potential recovery amount available to an individual without proof of purchase, the more likely an attempt to submit a fraudulent claim may be. In order to protect against such fraudulent filings, Heffler runs

programmatic audits to identify duplicate claims, outliers, known fraudulent filers, and other situations. Also, this settlement attempts to avoid fraud by limiting the recovery of a consumer without proof of purchase to $12 (possibly doubled to $24).

19. In my experience, the process for making claims, requesting exclusion, and submitting objections that was used in this case is typical of the processes most frequently used in consumer class action settlements.

20. It is Heffler's experience that claims rate in consumer class actions like this one cannot be predicted with complete accuracy and can vary significantly from case to case.

I declare under the penalty of perjury under the laws of the Commonwealth of Pennsylvania and the United States that the above is true and correct to the best of my knowledge.

BY: _____

MICHAEL E. HAMER

Sworn to and subscribed before me
this      30th      day of August, 2013

_____
Notary Public

NOTARIAL SEAL
David J Guglielmo
NOTARY PUBLIC
Philadelphia City, Philadelphia County
My Commission Expires 01/15/2017

8

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, | Case No.:   11 CV 07972 |
|  | CLASS ACTION |
| Plaintiffs, | Judge James B. Zagel |
| v. |  |
| NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation, |  |
| Defendants. |  |

## NOTICE OF CLASS ACTION SETTLEMENT

**If you have purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates, you could get a payment from a class action settlement.**

(A federal court authorized this Notice. This is not a solicitation from a lawyer.)

Your legal rights are affected whether or not you act.  Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED OR COMPLETED ONLINE BY DECEMBER 3, 2013** | The only way to receive a payment. |
| **EXCLUDE YOURSELF FROM THE CLASS BY AUGUST 1, 2013** | Receive no payment. This is the only option that allows you to pursue claims by filing your own lawsuit at your own expense. |
| **COMMENT BY AUGUST 1, 2013** | Write to the Court about why you do, or do not, like the settlement. You must remain in the Settlement Class to comment in support of or in opposition to the settlement. |
| **ATTEND A HEARING ON SEPTEMBER 4, 2013** | Ask to speak to the Court about the fairness of the settlement. |
| **DO NOTHING** | Receive no payment, and give up rights to sue. |

- These rights and options, and the deadlines to exercise them, are explained in this Notice.

- The Court still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after any appeals are resolved.

## 1. Why should I read this notice?

This Notice is to inform you that on May 16, 2013, this Court preliminarily approved a settlement of this case (the "Litigation"), brought on behalf of the Settlement Class. This Notice describes the settlement. Please read this Notice carefully to determine whether you wish to participate in the settlement. Your rights and options — **and the deadlines to exercise them**—are explained in this Notice. Your legal rights are affected regardless of whether you act or not.

## 2. What is the Litigation about?

Rexall Sundown, Inc. and NBTY, Inc. (and their affiliated companies) (collectively, "Rexall") manufacture and sell joint health dietary supplements containing the ingredients glucosamine and chondroitin, among other ingredients ("the Glucosamine Products"). Since 2011, class actions have been filed in which the

plaintiffs, on behalf of themselves and other purchasers, allege that certain claims made on the labeling of certain Rexall Glucosamine Products are false, deceptive, and misleading. These claims have been brought under various state consumer protection acts. No allegations related to safety or physical injury have been made.

### 3. Why is there a settlement?

The Court has not decided in favor of either side in the case. Rexall denies all allegations of wrongdoing or liability against it and contends that its conduct was lawful. Rexall stands by the Glucosamine Products and their efficacy. Rexall is settling to avoid the expense, inconvenience, and inherent risk of litigation, as well as the concomitant disruption of its business operations. Plaintiffs and their attorneys assert that the settlement is in the best interests of the Settlement Class, because it provides a fair and reasonable recovery now while avoiding the risk, expense, and delay of pursuing the case through trial and any appeals.

### 4. Who is included in the settlement?

The Settlement Class is defined as all consumers who, during particular time periods and in certain U.S. locations, purchased for personal use and not resale or distribution certain joint health dietary supplements (a) sold by Rexall or any of its affiliates under the brand names of Rexall or its affiliates; or, (b) manufactured by Rexall or any of its affiliates but sold under another brand name by a company not affiliated with Rexall (collectively, "Covered Products"). The Covered Products and their geographic locations and time periods of sale covered by this Settlement are identified in Attachment A to this Notice.

Excluded from the Settlement Class are all persons who submit valid requests for exclusion from the Settlement Class (see Question #7).

### 5. What does the settlement provide?

a. **Monetary Recovery.** If you submit a claim postmarked or submitted online by December 3, 2013, you may be eligible to receive a check. If you submit a claim with Adequate Proof of Purchase of a Covered Product, you shall be entitled to receive $5.00 per bottle of Covered Product purchased, up to a maximum of ten (10) bottles of Covered Products purchased per household. "Adequate Proof of Purchase" shall mean (i) cash register receipts; (ii) an intact box or bottle for a Covered product that clearly displays a readable UPC code and readable lot number; or (iii) similar documentation that identifies the Covered Product and date and location of purchase. If you <u>cannot</u> provide Adequate Proof of Purchase, but submit a claim confirming certain facts regarding your purchase(s) of Covered Products, you may be entitled to

receive $3.00 per bottle of Covered Product purchased, up to a maximum of four (4) bottles of Covered Products purchased per household.

b. **Minimum Total Payment.** If the total dollar value of valid claims submitted is less than $2 million, then the payment to each Settlement Class member who submitted a valid claim with Adequate Proof of Purchase shall be increased *pro rata* up to a maximum of triple what he or she was otherwise entitled to until the total payments reach $2 million. If, after increasing the payment for valid claims with Adequate Proof of Purchase, the total payments is still less than $2 million, then the payment to each Settlement Class member who submitted a valid claim without Adequate Proof of Purchase shall be increased *pro rata* up to a maximum of double what he or she was otherwise entitled to until the total payments reach $2 million, with any residual amounts up to $2 million paid to the Orthopaedic Research and Education Foundation (OREF), subject to Court approval.

c. **Notice and Administration Costs.** A third-party, Heffler Claims Group, shall serve as the settlement administrator to administer the settlement (the "Settlement Administrator"). Rexall shall pay for all notice and administration costs. This payment is separate and apart from the $2 million minimum payment for claims and charitable donations.

d. **Labeling Changes.** Rexall has also agreed to make certain modifications to the labeling of Covered Products, which are described in Paragraph 7 and Exhibit B to the Settlement Agreement.

## 6. Who represents the Settlement Class?

a. **Class Representatives.** For purposes of the settlement, the Court has appointed the following plaintiffs named in the Litigation to serve as the class representatives: Richard Jennings, Francisco Padilla, Cecilia Linares, Abel Gonzalez, Nick Pearson, and Augustina Blanco. Settlement Class Counsel will request incentive awards up to the amount of $5,000 for each class representative, to be paid separately by Rexall, without diminishing or eroding the payments available to Settlement Class members.

b. **Settlement Class Counsel.** The Court has appointed the following attorneys and law firms to represent the Settlement Class as legal counsel: Jeffrey I. Carton and Peter N. Freiberg, DENLEA & CARTON, LLP, One North Broadway, Suite 509, White Plains, New York 10601; Elaine A. Ryan, BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016; and Stewart M. Weltman, STEWART M. WELTMAN, LLC (Of Counsel Levin Fishbein Sedran & Berman), 53 W. Jackson Suite 364, Chicago, Illinois 60604. From the inception of the litigation in 2011 to the present, Settlement Class Counsel have not

received any payment for their services in prosecuting the case or obtaining the settlement, nor have they been reimbursed for any out-of-pocket expenses they have incurred. When they ask the Court to approve the settlement, Settlement Class Counsel will also make motions to the Court for awards of attorneys' fees and reimbursement of expenses, in a total amount not to exceed $ 4.5 million. Rexall has agreed not to oppose these attorneys' fee requests. If the Court approves the attorneys' fee applications, they will be paid separately by Rexall, without diminishing or eroding the payments available to Settlement Class members. The Settlement Class members will not have to pay anything toward the fees or expenses of Settlement Class Counsel. Settlement Class Counsel will seek final approval of the settlement on behalf of all Settlement Class members.

### 7. How can I exclude myself from the Settlement Class?

To exclude yourself from the Settlement Class, you must send a letter saying that you want to be excluded from the class in the Glucosamine Products Litigation. Your written exclusion request must include your name, address, telephone number, and signature, and a statement to the effect that: "I/We hereby request to be excluded from the proposed Settlement Class in the Glucosamine Products Litigation." Your exclusion request must be postmarked and sent to the following address no later than August 1, 2013:

> Glucosamine Settlement
> c/o Claims Administrator
> P.O. Box 170
> Philadelphia, PA 19105-0170

If you elect to opt-out, you will (i) not be able to submit a claim to receive any monetary payment, (ii) not be bound by any further orders or judgments in this case, and (iii) remain able to pursue claims alleged in the Litigation against Rexall by filing your own lawsuit at your own expense. If you proceed on an individual basis, you may receive nothing at all, or more, or less, of a benefit than you would otherwise receive under this settlement.

### 8. How can I tell the Court what I think about the settlement?

If you do not exclude yourself from the Settlement Class, you can comment in support of or in opposition to the settlement. Your objection or comment must be submitted in writing to all four (4) of the following addresses below and must be postmarked by August 1, 2013:

Court:

Clerk of Court, United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604

Settlement Class Counsel:

Peter N. Freiberg, DENLEA & CARTON, LLP, One North Broadway, Suite 509, White Plains, New York 10601

Stewart M. Weltman, STEWART M. WELTMAN, LLC (Of Counsel Levin Fishbein Sedran & Berman), 53 W. Jackson Suite 364, Chicago, Illinois 60604

Rexall's Counsel:

Kara L. McCall, SIDLEY AUSTIN LLP, One S. Dearborn Street, Chicago, Illinois 60603

The objection or comment must include the case name and number *Pearson, et al. v. NBTY, Inc., et al.,* No. 1:11-cv-07972, and also include: (a) your full name, address, and telephone number; (b) a signed declaration that states that you are a member of the Settlement Class and that identifies the Covered Product(s) purchased as well as the approximate date and location of the purchase(s); (c) the specific grounds for the objection; (d) all documents, writings, or testimony of witnesses that you desire the Court to consider; and (e) notice of your intention to appear at the Fairness Hearing, if any, that lists the name, address, and telephone number of the attorney, if any, who will appear.

The Court will consider all comments from Settlement Class members. If you intend to appear at the Fairness Hearing through counsel, your comment must also state the identity of all attorneys representing you who will appear at the Fairness Hearing. To appeal from any provision of the order approving the Settlement as fair, reasonable, and adequate, the award of incentive payments, or the award of reasonable attorneys' fees and expenses paid by Rexall and awarded to Settlement Class Counsel, you must appear in person or through your counsel, or as otherwise may be permitted by the Court at the Fairness Hearing. (You may, however, ask the Court in your objection to excuse such appearance prior to the Fairness Hearing.)

## 9. What is the effect of final settlement approval?

If the Court grants final approval to the settlement, all members of the Settlement Class will release all claims or causes of action arising from or relating to (i) claims that were or could have been asserted in the Litigation; (ii) the Covered Products, including

their efficacy or performance and any and all advertising, labeling, packaging, marketing, claims, or representations of any type whatsoever regarding the Covered Products; and (iii) all labels or packaging for the Covered Products that conform to the terms of the Settlement. The Released Claims do not include claims for personal injury. All members of the Settlement Class who do not exclude themselves from the Settlement Class will release any claims they may have against Rexall or other persons and entities that are described in and covered by the release. Please refer to Paragraphs 11 and 12 of the Settlement Agreement for a full description of the claims and persons that will be released upon final approval of the settlement. You can obtain a copy of the Settlement Agreement (i) from the Clerk of the Court, (ii) online at www.GlucosamineSettlement.com, (iii) by writing to the Settlement Administrator at Glucosamine Settlement, c/o Claims Administrator, P.O. Box 170, Philadelphia, PA 19105-0170, or (iv) calling the toll-free number ((888) 972-6583). If you do not wish to be a Settlement Class member, you must exclude yourself from the Settlement Class (see Question #7 above).

**If the settlement is not approved, the case will proceed as if no settlement had been attempted. There can be no assurance that if the settlement is not approved and litigation resumes, the Settlement Class will recover more than is provided for under the settlement, or will recover anything.**

**10. When and where will the Court hold a hearing on the fairness of the settlement?**

A Fairness Hearing has been set for September 4, 2013, at 11:00 a.m., before Judge Zagel in the Northern District of Illinois. At the hearing, the Court will hear any comments, objections, and arguments concerning the fairness of the proposed settlement, including the amount requested by Settlement Class Counsel for attorneys' fees and expenses, and incentive awards for the Plaintiffs. You do not need to attend the Fairness Hearing to remain a Class member or obtain a settlement payment.

**11. How do I receive my share of the settlement?**

If you do not exclude yourself from the Settlement Class, and would like to receive money, you must submit a timely and valid claim form as set forth in Question #5 above. Claim forms must be submitted online or postmarked by December 3, 2013. You can download a copy of the appropriate claim form online at www.GlucosamineSettlement.com, or obtain a copy by writing to the Settlement Administrator at Glucosamine Settlement, c/o Claims Administrator, P.O. Box 170, Philadelphia, PA 19105-0170, or obtain a copy by calling the toll-free number ((888) 972-6583).

## 12. What happens if I do nothing at all?

If you do nothing, you will receive no payment from the settlement. You will still be part of the Settlement Class, however, and, subject to the release described in Paragraphs 11 and 12 of the Settlement Agreement. Please refer to Paragraphs 11 and 12 of the Settlement Agreement for a full description of the claims and persons that will be released upon final approval of the settlement.

## 13. Where do I get additional information?

This Notice provides only a summary of the matters relating to the settlement. For more detailed information, you may wish to review the Settlement Agreement dated April 15, 2013. You can view the Settlement Agreement and get more information at www.GlucosamineSettlement.com. You can also get more information by writing to Settlement Class Counsel at the addresses listed in Question #8 or calling toll-free ((888) 972-6583). The Settlement Agreement and all other pleadings and papers filed in connection with the Settlement are available for inspection and copying during regular business hours at the office of the Clerk of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

**PLEASE DO NOT CONTACT THE COURT OR REXALL WITH QUESTIONS ABOUT THE SETTLEMENT.**

| Brand | Product | Dates of Sale | Geographic Location |
|---|---|---|---|
| **EXHIBIT A - COVERED PRODUCTS** | | | |
| American Health | All Glucosamine Products | 2005-5/16/13 | U.S. |
| CVS | Double Strength Glucosamine Chondroitin | 2005-2006 | U.S. |
| CVS | Regular Strength Glucosamine Chondroitin | 2005-5/16/13 | U.S. |
| CVS | Cosaflex | 2007 | U.S. |
| CVS | Double Strength Glucosamine Chondroitin with MSM | 2008-5/16/13 | U.S. |
| CVS | Triple Strength Glucosamine Chondroitin with MSM | 2008-5/16/13 | U.S. |
| CVS | Advanced Formula Triple Strength Glucosamine Chondroitin with Univestin | 2010-5/16/13 | U.S. |
| CVS | Advanced Formula Double Strength Glucosamine Chondroitin with Univestin and MSM | 2010-5/16/13 | U.S. |
| CVS | Triple Strength Glucosamine Chondroitin | 2005-5/16/13 | U.S. |
| CVS | Glucosamine Chondroitin Plus MSM and Hyaluronic Acid | 2008-5/16/13 | U.S. |
| CVS | Glucosamine HCl plus Boswellia Serrata and Vitamin D3 | 2012-5/16/13 | U.S. |
| CVS | Glucosamine Sulfate MSM | 2007-5/16/13 | U.S. |
| CVS | Triple Strength Glucosamine Chondroitin and Vitamin D3 | 2010-5/16/13 | U.S. |
| CVS | Glucosamine Chondroitin MSM | 2005-5/16/13 | U.S. |
| CVS | Glucosamine 2KC1 (sulfate) | 2005-5/16/13 | U.S. |
| Duane Reade | Double Strength Glucosamine Chondroitin | 2005-2009 | U.S. |
| Duane Reade | Double Strength Glucosamine Chondroitin with MSM | 2009-2011 | U.S. |
| Duane Reade | Triple Strength Glucosamine Chondroitin | 2007-2009 | U.S. |
| Duane Reade | Triple Strength Glucosamine Chondroitin with MSM | 2009-2011 | U.S. |
| Duane Reade | Glucosamine Chondroitin plus MSM and Hyaluronic Acid | 2009-2011 | U.S. |
| Duane Reade | Glucosamine Chondroitin plus MSM | 2007-2009 | U.S. |
| Equate | Advanced Triple Strength Glucosamine Chondroitin MSM (160-count) | 2008-1/31/13 | U.S. |
| Equate | Advanced Triple Strength Glucosamine Chondroitin MSM (80-count) | 2008-2010 | U.S. |
| Equaline | Glucosamine Chondroitin With Hyaluronic Acid | 2007-5/16/13 | U.S. |
| Finest Naturals | Double Strength Glucosamine Chondroitin | 2011-5/16/13 | U.S. |
| Finest Naturals | Triple Strength Glucosamine Chondroitin | 2010-5/16/13 | U.S. |
| Finest Naturals | Glucosamine Sulfate | 2011-5/16/13 | U.S. |
| Finest/Finest Naturals | Double Strength Glucosamine MSM | 2011-5/16/13 | U.S. |
| Flex-a-Min | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Good N Natural | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Hannaford | Glucosamine Chondroitin MSM | 2008-2011 | U.S. |
| Hannaford | Double Strength Glucosamine Chondroitin | 2008-5/16/13 | U.S. |
| Hannaford | Triple Strength Glucosamine Chondroitin | 2008-2011 | U.S. |
| Healthy Accents | Glucosamine Chondroitin MSM | 2011-5/16/13 | U.S. |
| Healthy Accents | Double Strength Glucosamine Chondroitin with MSM | 2012-5/16/13 | U.S. |
| Healthy Accents | Triple Strength Glucosamine Chondroitin with MSM | 2012-5/16/13 | U.S. |
| Kirkland | Glucosamine HCl 500 mg Chondroitin Sulfate 400 mg | 2005-2006 | U.S. |
| Kirkland | Extra Strength Glucosamine HCl 1500 mg Chondroitin Sulfate 1200 mg | 2006-2010 | US, EXCEPT for NE region |
| Kirkland | Extra Strength Glucosamine HCl 1500 mg with MSM 1500 mg | 2006-2010 | U.S. |
| Kirkland | Extra Strength Glucosamine HCl 1500 mg with MSM 1500 mg | 2011-5/16/13 | San Diego, Texas, Midwest, Southeast, and Northeast regions of U.S. |
| Knox | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Kroger | Glucosamine HCl 1500 mg Chondroitin Sulfate 1200 mg | 2009-5/16/13 | U.S. |
| Kroger | Glucosamine Chondroitin MSM Complex | 2009-5/16/13 | U.S. |
| Kroger | Extra Strength Glucosamine HCl 1500 mg Chondroitin Sulfate 1200 mg | 2009-5/16/13 | U.S. |
| Kroger | Glucosamine Chondroitin and Joint Lubricant Two-Per-Day | 2008-2011 | U.S. |
| Kroger | Glucosamine Chondroitin with MSM | 2008-5/16/13 | U.S. |
| Kroger | Glucosamine Chondroitin with MSM and Vitamin D | 2005-5/16/13 | U.S. |
| Kroger | Joint Support Glucosamine Chondroitin with MSM and Univestin | 2010-2011 | U.S. |
| Kroger | Joint Support Glucosamine Chondroitin B88 with Univestin | 2010-2011 | U.S. |
| Kroger | Glucosamine Chondroitin Plus MSM with Vitamin D and Univestin | 2010-2011 | U.S. |
| Kroger | Glucosamine HCl | 2008-5/16/13 | U.S. |
| Kroger | Glucosamine HCl with MSM | 2009-5/16/13 | U.S. |
| Life Fitness | Double Strength Glucosamine Chondroitin | 2005-5/16/13 | U.S. |
| Life Fitness | Glucosamine Sulfate | 2005-5/16/13 | U.S. |
| Life Fitness | Triple Strength Glucosamine Chondroitin | 2005-5/16/13 | U.S. |
| Life Fitness | Glucosamine Chondroitin MSM | 2005-5/16/13 | U.S. |
| MET-Rx | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Member's Mark | Triple Strength Glucosamine Chondroitin | 2008-5/16/13 | U.S. |

| Brand | Product | Dates of Sale | Geographic Location |
|---|---|---|---|
| Member's Mark | Glucosamine | 2008-5/16/13 | U.S. |
| Member's Mark | Glucosamine and MSM | 2008-5/16/13 | U.S. |
| Member's Mark | Triple Strength Glucosamine and MSM | 2008-5/16/13 | U.S. |
| Natural Wealth | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Nature's Bounty | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Origin | Triple Strength Glucosamine | 2007-2009 | U.S. |
| Origin | Glucosamine Sulfate | 2009-5/16/13 | U.S. |
| Osteo Bi-Flex | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Physiologics | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Rexall | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Safeway | Triple Strength Glucosamine HCl and Chondroitin Sulfate | 2008-5/16/13 | U.S. |
| Safeway | Glucosamine HCl | 2008-5/16/13 | U.S. |
| Safeway | Glucosamine Chondroitin MSM | 2008-5/16/13 | U.S. |
| Safeway | Triple Strength Glucosamine HCl MSM | 2010-5/16/13 | U.S. |
| Safeway | Advanced Triple Strength Glucosamine Chondroitin MSM | 2008-5/16/13 | U.S. |
| Safeway | Double Strength Glucosamine Chondroitin MSM | 2008-5/16/13 | U.S. |
| Safeway | Triple Strength Glucosamine HCl Chondroitin Sulfate | 2008-5/16/13 | U.S. |
| Safeway | Glucosamine Chondroitin MSM with Hyaluronic Acid | 2008-5/16/13 | U.S. |
| Safeway | Triple Strength Glucosamine MSM | 2008-2010 | U.S. |
| Safeway | Advanced Double Strength Glucosamine Chondroitin MSM | 2008-5/16/13 | U.S. |
| ShopRite | Double Strength Glucosamine Chondroitin | 2006-5/16/13 | U.S. |
| ShopRite | Triple Strength Glucosamine Chondroitin | 2009-5/16/13 | U.S. |
| ShopRite | Triple Strength Glucosamine Chondroitin with MSM | 2012-5/16/13 | U.S. |
| Solgar | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Spring Valley | Double Strength Glucosamine Chondroitin | 2005-5/16/13 | U.S. |
| Spring Valley | Triple Strength Glucosamine Chondroitin | 2011-5/16/13 | U.S. |
| Spring Valley | Glucosamine Chondroitin | 2008-5/16/13 | U.S. |
| Spring Valley | Glucosamine Chondroitin Plus MSM | 2005-5/16/13 | U.S. |
| Sundown/Sundown Naturals | All Glucosamine Products | 2005-5/16/13 | U.S. |
| SunMark | Glucosamine Chondroitin MSM Advanced Double Strength | 2008-5/16/13 | U.S. |
| SunMark | Glucosamine Chondroitin MSM with Joint Lubricant | 2008-5/16/13 | U.S. |
| SunMark | Glucosamine HCl | 2007-2011 | U.S. |
| SunMark | Triple Strength Glucosamine HCl and MSM | 2007-5/16/13 | U.S. |
| SunMark | Glucosamine with Calcium and D | 2007-2010 | U.S. |
| SunMark | Triple Strength Glucosamine Chondroitin  MSM | 2008-2011 | U.S. |
| Target | Triple Strength Glucosamine Chondroitin with MSM | 2009-5/16/13 | U.S. |
| Target | Glucosamine Chondroitin plus MSM and Hyaluronic Acid | 2009-5/16/13 | U.S. |
| Up and Up | Triple Strength Glucosamine Chondroitin plus MSM | 2009-5/16/13 | U.S. |
| Vitamin World | All Glucosamine Products | 2005-5/16/13 | U.S. |
| Walgreens | Glucosamine Chondroitiin | 2007 | U.S. |
| Walgreens | Glucosamine Chondroitin MSM | 2007 | U.S. |

**If You Purchased Certain Joint Health Dietary Supplements,**
**You May Be Part of a Class Action Settlement**

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. <u>This notice is only a summary</u>. For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website www.GlucosamineSettlement.com, by writing to the address at the bottom of the notice, or by calling toll-free (888) 972-6583.

**What Are My Legal Rights?**

- **If you wish to remain a member of the settlement class**, you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

- **If you wish to submit a claim, visit** www.GlucosamineSettlement.com, and follow the instructions, or call toll-free (888) 972-6583 to obtain a claim form. All claims must be submitted or postmarked by December 3, 2013.

- **If you do not wish to be a member of the settlement class**, you must submit a letter to the Settlement Administrator at the address below postmarked by August 1, 2013. If you request to be excluded from the settlement class you cannot submit a claim form.

Glucosamine Settlement
c/o Claims Administrator
P.O. Box 170
Philadelphia, PA 19105-0170
(888) 972-6583

Glucosamine Settlement
c/o Claims Administrator
P.O. Box 170
Philadelphia, PA 19105-0170

PRSRT FIRST CLASS
U.S. POSTAGE
**PAID**
PHILADELPHIA, PA
PERMIT NO. 2323

Mike Hamer

| | |
|---|---|
| From: | Glucosamine Settlement Administrator <rexall@del2.com> |
| Sent: | Friday, June 14, 2013 11:25 AM |
| To: | Mike Hamer |
| Subject: | Class Action Settlement Notification Ordered by the U.S. District Court for the Northern District of Illinois, Eastern Division |

## If You Purchased Certain Joint Health Dietary Supplements, You May Be Part of a Class Action Settlement

If you purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates ("Rexall"), during certain periods of time and in certain geographic locations, you may be part of a class action settlement. As part of the settlement, you may be able to file a claim for cash. This notice is only a summary.

For more complete information, and a list of all products covered by this settlement, please read the full notice by visiting the website www.GlucosamineSettlement.com, by writing to the address at the bottom of the notice, or by calling toll-free (888) 972-6583.

## What Are My Legal Rights?

**If you wish to remain a member of the settlement class**, you do not have to do anything. To receive money, you must file a claim. If the Court approves the proposed settlement, you will be bound by all of the Court's orders. This means you will not be able to make any claims against Rexall or its customers that are covered by the settlement.

**If you wish to submit a claim**, visit www.GlucosamineSettlement.com, and follow the instructions, or call toll-free (888) 972-6583 to obtain a claim form. All claims must be submitted or postmarked by December 3, 2013.

**If you do not wish to be a member of the settlement class**, you must submit a letter to the Settlement Administrator at the address below postmarked by August 1, 2013. If you request to be excluded from the settlement class you cannot submit a claim form.

Glucosamine Settlement

c/o Claims Administrator

P.O. Box 170

Philadelphia, PA 19105-0170

(888) 972-6583

1

# GLUCOSAMINE SETTLEMENT CLAIM FORM

Use this claim form only if you purchased for personal use, and not resale or distribution, certain joint health dietary supplements listed in Exhibit A, during the identified time frames and in the identified geographical locations ("Covered Products"). You may claim up to ten (10) bottles of Documented Purchases. You may claim up to four (4) bottles of Undocumented Purchases. **However**, your entire claim cannot exceed a total of ten (10) bottles of Documented and Undocumented Purchases.

### YOU MUST SUBMIT YOUR CLAIM FORM NO LATER THAN DECEMBER 3, 2013

**CLAIM INFORMATION (Please type or print the following information):**

Name:_____

Name of Legal Representative (if applicable): _____

Mailing Address:_____

City: _____ State: _____ Zip Code: _____

Daytime Telephone (_____) _____ Evening Telephone _____

Email Address: _____

** If you move or your name changes, please send your new contact information to the Claims Administrator via the settlement website or First-Class U.S. Mail, at the address listed below.

## CLAIM OF COVERED PRODUCTS PURCHASED

☐ **Documented purchases** (You should attach (i) cash register receipts; (ii) an intact box or bottle for a Covered Product that displays a readable UPC code and readable lot number; <u>or</u> (iii) similar documentation that identifies the Covered Product(s) and date(s) and location(s) of purchase. If you choose to file online, you will need to submit your Adequate Proof of Purchase as a .pdf file online. Instructions can be found at the website.) If you are a member of the Osteo Bi-Flex Ambassador's Club and have previously submitted Reward Points to Rexall, (a) current Ambassador's Club data will be reviewed as part of the consideration of your claim, and (b) you may be entitled to recovery based on proof of purchase previously submitted to Rexall.

☐ **Undocumented Purchases**

**DOCUMENTED PURCHASES ($5 PER BOTTLE, MAXIMUM OF 10 BOTTLES PER HOUSEHOLD):**

I purchased _____ (number) bottles of the products listed in Table 1 during the time periods and in the geographic locations identified in Table 1, for which I have Adequate Proof of Purchase as defined in the Claim Form Instructions. **Proof of purchase should be attached for each bottle of the product for which you are making a claim.**

**UNDOCUMENTED PURCHASES ($3 PER BOTTLE, MAXIMUM OF 4 BOTTLES PER HOUSEHOLD):**

| 1 | Approx. Date of Purchase: _____ | Product Name: _____ | Store Name: _____ | Store Location (City/State): _____ |
|---|---|---|---|---|
| 2 | Approx. Date of Purchase: _____ | Product Name: _____ | Store Name: _____ | Store Location (City/State): _____ |
| 3 | Approx. Date of Purchase: _____ | Product Name: _____ | Store Name: _____ | Store Location (City/State): _____ |
| 4 | Approx. Date of Purchase: _____ | Product Name: _____ | Store Name: _____ | Store Location (City/State): _____ |

**DISCLOSURE:**

The Settlement Administrator and the Parties have the right to audit all claims for completeness, waste, fraud, and abuse. Filing a false claim may violate certain criminal or civil laws.

**CERTIFICATION:**

I have read and am familiar with the contents of the Instructions accompanying this Claim Form and I certify that the information I have set forth in the foregoing Claim Form and in any documents attached by me are true, correct, and complete to the best of my knowledge. I am not an officer, director, agent, servant, or employee of Rexall Sundown, Inc. or any related entity thereof; a judge in this lawsuit; or an immediate family member of such persons; and I have not requested exclusion from the Settlement. **I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Claim Form was executed this _____ day of _____, 2013.**

_____    _____    _____
Signature                          Type/Print Name             Date

If the Claimant is not the person completing this form, the following must be provided:

_____    _____    _____
Name of person signing      Capacity of person signing      Date
                                   (Executor, President, Trustee, etc.)

Upon completion, please mail this form to: Glucosamine Settlement; c/o Claims Administrator; P.O. Box 170; Philadelphia, PA 19105-0170. Or, submit the form electronically at www.GlucosamineSettlement.com.

Failure to provide all the requested information may result in the denial of your Claim and you will receive no cash payment from this Settlement. Pursuant to the terms of the Settlement Agreement, the Settlement Administrator's determination is final and cannot be appealed by anyone. **CLAIM PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

# Exhibit B

**Home** | About | Documents | Contact Us | Submit Claim

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION
The Court authorized this notice. This is <u>not</u> a solicitation from a lawyer.

**If you have purchased certain joint health dietary supplements containing glucosamine that were manufactured or sold by Rexall Sundown, Inc. or NBTY, Inc. or their affiliates, you could get a payment from this class action settlement.**

The Notice is to inform you that on May 16, 2013, the Court preliminarily approved a settlement of this case (the "Litigation"), brought on behalf of the Settlement Class. The Notice describes the settlement. Please read the Notice carefully to determine whether you wish to participate in the settlement. Your rights and options—**and the deadlines to exercise them**—are explained in the Notice. Your legal rights are affected regardless of whether you act or not.

Rexall Sundown, Inc. and NBTY, Inc. (and their affiliated companies) (collectively, "Rexall") manufacture and sell joint health dietary supplements containing the ingredients glucosamine and chondroitin, among other ingredients ("the Glucosamine Products"). Since 2011, class actions have been filed in which the plaintiffs, on behalf of themselves and other purchasers, allege that certain claims made on the labeling of certain Glucosamine Products are false, deceptive, and misleading. These claims have been brought under various state consumer protection acts. No allegations related to safety or physical injury have been made.

The Court has not decided in favor of either side in the case. Rexall denies all allegations of wrongdoing or liability against it and contends that its conduct was lawful. Rexall stands by the Glucosamine Products and their efficacy. Rexall is settling to avoid the expense, inconvenience, and inherent risk of litigation, as well as the disruption of its business operations. Plaintiffs and their attorneys assert that the settlement is in the best interests of the Settlement Class, because it provides a fair and reasonable recovery now while avoiding the risk, expense, and delay of pursuing the case through trial and any appeals.

The Settlement Class is defined as all consumers who, during particular time periods and in certain U.S. locations, purchased for personal use and not resale or distribution certain joint health dietary supplements (a) sold by Rexall or any of its affiliates under the brand names of Rexall or its affiliates; or, (b) manufactured by Rexall or any of its affiliates but sold under another brand name by a company not affiliated with Rexall (collectively, "Covered Products"). The Covered Products and their geographic locations and time periods of sale covered by this Settlement are identified in Attachment A to the Notice. Excluded from the Settlement Class are all persons who submit valid requests for exclusion from the Settlement Class.

**Your rights and options, and the deadlines to exercise them, are explained in the Notice.**

Contact us for more information about this page.

## Submit Claim
Easily and securely submit your claim electronically.

## Documents
Please read for a full explanation of the settlement and your options and all applicable timelines.

## Contact Us
Contact us with any inquiries, comments, and/or requests.

# Important Documents

- Preliminary Approval Order (PDF: 2.7 MB)
- Settlement Agreement (PDF: 3.6 MB)
- Full Class Notice (PDF: 168.2 KB)
- Postcard Notice (PDF: 24.3 KB)
- Claim Form (PDF: 113.2 KB)
- Exhibit A - Covered Products (PDF: 83.3 KB)

# Important Dates

- **August 1, 2013**
  *Exclude yourself from the Class.*
  You must mail your exclusion request so that it is postmarked no later than August 1, 2013.

- **August 1, 2013**
  *Comments and/or Objections.*
  You must mail your comments, objections, and/or notice of intent to appear at the Fairness Hearing so that it/they are postmarked no later than August 1, 2013.

- **September 4, 2013**
  *Fairness Hearing Date.*
  The Fairness Hearing is scheduled for September 4, 2013. Please check this website for updates.

- **December 3, 2013**
  *Claim Form Deadline.*
  You must submit your Claim Form on-line on or before December 3, 2013, or mail your completed paper Claim Form so that it is postmarked no later than December 3, 2013.


Heffler Claims Group

Glucosamine Settlement c/o Claims Administrator
P.O. Box 170 · Philadelphia, PA 19105-0170 USA · (888) 972-6583

Copyright © 2013 Heffler Claims Group - All Rights Reserved.
This site designed and developed by Heffler Claims Group.

Home | **About** | Documents | Contact Us | Submit Claim

## Your Legal Rights and Options in this Settlement

**Submit a Claim Form Postmarked or Completed Online by December 3, 2013**: The only way to receive a payment.

**Exclude Yourself from the Class by August 1, 2013**: Receive no payment. This is the only option that allows you to pursue claims by filing your own lawsuit at your own expense.

**Comment by August 1, 2013**: Write to the Court about why you do, or do not, like the settlement. You must remain in the Settlement Class to comment in support of or in opposition to the settlement.

**Attend the Hearing on September 4, 2013**: Ask to speak to the Court about the fairness of the settlement. You must remain in the Settlement Class to comment at the hearing.

**Do Nothing**: Receive no payment, and give up rights to sue.

- Your rights and options—and the deadlines to exercise them—are explained in the Class Notice (PDF: 168.2 KB).
- The Court still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlement and after any appeals are resolved. Please be patient.

**Contact us for more information about this page.**

---

### Submit Claim
Easily and securely submit your claim electronically.

### Documents
Please read for a full explanation of the settlement and your options and all applicable timelines.

### Contact Us
Contact us with any inquiries, comments, and/or requests.

---

## Important Documents

- Preliminary Approval Order (PDF: 2.7 MB)
- Settlement Agreement (PDF: 3.6 MB)
- Full Class Notice (PDF: 168.2 KB)
- Postcard Notice (PDF: 24.3 KB)
- Claim Form (PDF: 113.2 KB)
- Exhibit A – Covered Products (PDF: 83.3 KB)

---



Glucosamine Settlement c/o Claims Administrator
P.O. Box 170 · Philadelphia, PA 19105-0170 USA · (888) 972-6583

Copyright © 2013 Heffler Claims Group – All Rights Reserved.
This site designed and developed by Heffler Claims Group.

Home   |   About   |   **Documents**   |   Contact Us   |   Submit Claim

## Documents

### Having Trouble?

Having trouble opening .pdf files? You can download Acrobat Reader for free from www.adobe.com.

- Preliminary Approval Order (PDF: 2.7 MB)
- Settlement Agreement (PDF: 3.6 MB)
- Full Class Notice (PDF: 168.2 KB)
- Postcard Notice (PDF: 24.3 KB)
- Claim Form (PDF: 113.2 KB)
- Exhibit A - Covered Products (PDF: 83.3 KB)

**Contact us for more information about this page.**

Home
About
**Documents**

Contact Us
Submit Claim


Heffler Claims
Group

Glucosamine Settlement c/o Claims Administrator
P.O. Box 170 · Philadelphia, PA 19105-0170 USA · (888) 972-6583

Copyright © 2013 Heffler Claims Group – All Rights Reserved.
This site designed and developed by Heffler Claims Group.

Home | About | Documents | **Contact Us** | Submit Claim

## Contact Us

**Glucosamine Settlement**
**c/o Claims Administrator**
P.O. Box 170
Philadelphia, PA 19105-0170
(888) 972-6583

Fields marked with an asterisk (*) are required.

**First Name ***

**Last Name ***

**Address 1**

**Address 2**

**City**

**State**

**Zip Code**

**Country**

**Email Address ***

**Confirm Email Address ***

**Day Phone ***

**Night Phone ***

**Fax**

**Subject ***

**Message** (Limited to 5000 characters) *     (5000 characters left)

---

**Submit Claim**
Easily and securely submit your claim electronically.

**Documents**
Please read for a full explanation of the settlement and your options and all applicable timelines.

## Important Documents

- Preliminary Approval Order (PDF: 2.7 MB)
- Settlement Agreement (PDF: 3.6 MB)
- Full Class Notice (PDF: 168.2 KB)
- Postcard Notice (PDF: 24.3 KB)
- Claim Form (PDF: 113.2 KB)
- Exhibit A - Covered Products (PDF: 83.3 KB)

## Important Dates

- **August 1, 2013**
  *Exclude yourself from the Class.*
  You must mail your exclusion request so that it is postmarked no later than August 1, 2013.

- **August 1, 2013**
  *Comments and/or Objections.*
  You must mail your comments, objections, and/or notice of intent to appear at the Fairness Hearing so that it/they are postmarked no later than August 1, 2013.

- **September 4, 2013**
  *Fairness Hearing Date.*
  The Fairness Hearing is scheduled for September 4, 2013. Please check this website for updates.

- **December 3, 2013**
  *Claim Form Deadline.*
  You must submit your Claim Form on-line on or before December 3, 2013, or mail your completed paper Claim Form so that it is postmarked no later than December 3, 2013.

## Having Trouble?

Having trouble opening .pdf files? You can download Acrobat Reader for free from www.adobe.com.



**PLEASE NOTE:** We will take every measure appropriate to ensure your comment/request
and contact information is kept confidential.

---

Home
About
Documents

**Contact Us**
Submit Claim



Glucosamine Settlement c/o Claims Administrator
P.O. Box 170 · Philadelphia, PA 19105-0170 USA · (888) 972-6583

Copyright © 2013 Heffler Claims Group - All Rights Reserved.
This site designed and developed by Heffler Claims Group.

Home  |  About  |  Documents  |  Contact Us  |  **Submit Claim**

# Claim Form

Use this claim form only if you purchased for personal use, and not resale or distribution, certain joint health dietary supplements listed in Exhibit A, during the identified time frames and in the identified geographical locations ("Covered Products"). You may claim up to ten (10) bottles of Documented Purchases. You may claim up to four (4) bottles of Undocumented Purchases. However, your entire claim cannot exceed a total of ten (10) bottles of Documented and Undocumented Purchases.

**YOU MUST SUBMIT YOUR CLAIM FORM NO LATER THAN DECEMBER 3, 2013**
Your Claim Form is **NOT** considered submitted and received until you receive a message that it has been received that also contains the assigned Claim Number.

Fields marked with an asterisk (*) are required.

## CLAIM INFORMATION:

**First Name ***

**Last Name ***

**Legal Representative First Name**
(if applicable)

**Legal Representative Last Name**
(if applicable)

**Mailing Address 1 ***

**Mailing Address 2**

**Mailing City ***

**Mailing State ***

**Mailing Zip Code ***

**Email Address ***

**Confirm Email Address ***

**Daytime Telephone ***

**Evening Telephone ***

** If you move or your name changes, please send your new contact information to the Claims Administrator via the settlement website or First Class U.S. Mail, at the address listed below.

## CLAIM OF COVERED PRODUCTS PURCHASED *

☐  **Documented Purchases** – You should attach photocopies of (i) cash register receipts; (ii) an intact box or bottle for a Covered Product that displays a readable UPC code and readable lot number; or (iii) similar documentation that identifies the Covered Product(s) and date(s) and location(s) of purchase. If you choose to file online, you should submit your Adequate Proof of Purchase as a .pdf file. If you are a member of the Osteo Bi-Flex Ambassador's Club and

have previously submitted Reward Points to Rexall, (a) current Ambassador's Club data will be reviewed as part of the consideration of your claim, and (b) you may be entitled to recovery based on proof of purchase previously submitted to Rexall.

☐ **Undocumented Purchases**

## DOCUMENTED PURCHASES ($5 PER BOTTLE, MAXIMUM OF 10 BOTTLES PER HOUSEHOLD) *

I purchased _____ (number) bottles of the products listed in Table 1 during the time periods and in the geographic locations identified in Table 1, for which I have Adequate Proof of Purchase as defined in the Claim Form Instructions. **Proof of purchase should be attached for each bottle of the product for which you are making a claim.**

| | Approximate Date of Purchase | Product Name | Store Name | Store Location (City, State) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

### Upload Proof of Purchase

**Click here** to upload your proof of purchase which should be attached for each bottle of the product for which you are making a claim.

## UNDOCUMENTED PURCHASES ($3 PER BOTTLE, MAXIMUM OF 4 BOTTLES PER HOUSEHOLD): *

| | Approximate Date of Purchase | Product Name | Store Name | Store Location (City, State) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

## DISCLOSURE:

The Claims Administrator and the Parties have the right to audit all claims for completeness, waste, fraud, and abuse. Filing a false claim may violate certain criminal or civil laws.

## CERTIFICATION

 * I have read and am familiar with the contents of the Instructions accompanying this Claim Form and I certify that the information I have set forth in the foregoing Claim Form and in any documents attached by me are true, correct, and complete to the best of my knowledge. I am not an officer, director, agent, servant, or employee of Rexall Sundown, Inc. or any related entity thereof; a judge in this lawsuit; or an immediate family member of such persons; and I have not requested exclusion from the Settlement. **I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Claim Form was executed this 7 day of August, 2013.**

If the Claimant is not the person completing this form, the following must be provided:

**First Name**

**Last Name**

**Capacity of person signing**
(Executor, President, Trustee, etc.)

Failure to provide all the requested information may result in the denial of your Claim and you will receive no cash payment from this Settlement. Pursuant to the terms of the Settlement Agreement, the Claims Administrator's determination is final and cannot be appealed by anyone.

**CLAIM PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

Your Claim Form is **NOT** considered submitted and received until you receive a message that it has been received that also contains the assigned Claim Number.

Submit    Clear

Home
About
Documents

Contact Us
**Submit Claim**


Heffler Claims
Group

Glucosamine Settlement c/o Claims Administrator
P.O. Box 170 · Philadelphia, PA 19105-0170 USA · (888) 972-6583

Copyright © 2013 Heffler Claims Group – All Rights Reserved.
This site designed and developed by Heffler Claims Group.

# Exhibit C

**1-888-972-6583**

Welcome to the 'Rexall Glucosamine Products Settlement' Voice Information System. This system uses a "Frequently Asked Questions" format to briefly describe the proposed class action settlement involving all consumers who, during particular time periods and in certain U.S. locations, purchased for personal use and not resale or distribution certain joint health dietary supplements either (a) sold by Rexall or any of its affiliates under the brand names of Rexall or its affiliates; or, (b) manufactured by Rexall or any of its affiliates but sold under another brand name by a company not affiliated with Rexall. If you fit the description of the settlement class, your rights and options under the Settlement — and the deadlines to exercise them — are explained here, and in more detail at *www.GlucosamineSettlement.com*. That's: "G-L-U-C-O-S-A-M-I-N-E Settlement.com." This Voice Information System is only a summary of the settlement and your rights. To obtain the full class notice, the claim form, the Settlement Agreement or for more information, go to *www.GlucosamineSettlement.com* or write to the Settlement Administrator at: Glucosamine Settlement Administrator, P.O. Box 170, Philadelphia, PA 19102-0170. Note that a live operator is <u>not</u> available with this service. Please do not contact the court with any questions.

**Main Menu (Voiced)**

For "How can I file a claim or request a claim form, full notice or Settlement Agreement be sent to me?" Press '1'

For "Why should I read the Notice?" Press '2'

For "What is the Litigation about?" Press '3'

For "Why is there a settlement?" Press '4'

For "Who is included in the settlement?" Press '5'

For "What recovery is available under the settlement?" Press '6'

For "Who represents the Settlement Class?" Press '7'

For "How can I exclude myself from the Settlement Class?" Press '8'

For "How can I tell the Court what I think about the settlement?" Press '9'

For Additional Frequently Asked Questions Press '0'

**Additional FAQ's (Voiced)**

For "What is the effect of final settlement approval?" Press '1'

For "When and where will the Court hold a hearing on the fairness of the settlement?" Press '2'

For "How and when do I receive my share of the settlement?" Press '3'

For "What happens if I do nothing at all?" Press '4'

For "Where do I get additional information?" Press '5'

**1.  How can I file a claim or request a claim form, full notice or copy of the Settlement Agreement be sent to me? (Voiced)**

To file a claim electronically, please visit *www.GlucosamineSettlement.com* and select "Claim Form" from the homepage. To view, download or print a claim form, full Notice or copy of the Settlement Agreement, please visit *www.GlucosamineSettlement.com* and select "Important Documents" from the homepage. To have a claim form, full notice or copy of the Settlement Agreement mailed to you, please visit *www.GlucosamineSettlement.com* and select "Contact Us" from the homepage. In the body of your request, please identify to whom the requested documents should be addressed and where you would like the form sent; OR you may write to the Settlement Administrator at: Glucosamine Settlement Administrator, P.O. Box 170, Philadelphia, PA 19102-0170 and request which document or documents you would like sent to you.

You may hang up or press "*" to return to the main menu.

**2.  Why should I read the notice? (Voiced)**

The notice is to inform you that on May 16, 2013, the Court preliminarily approved a settlement of the case, brought on behalf of the Settlement Class. The notice describes the settlement. Please read the notice carefully to determine whether you wish to participate in the settlement. Your rights and options—**and the deadlines to exercise them**—are explained in the notice. Your legal rights are affected regardless of whether you act or not.

You may hang up or press "*" to return to the main menu.

**3.  What is the Litigation about? (Voiced)**

Rexall Sundown, Inc. and NBTY, Inc. and their affiliated companies - collectively, "Rexall" - manufacture and sell joint health dietary supplements containing the ingredients glucosamine and chondroitin, among other ingredients - "the Glucosamine Products." Since 2011, class actions have been filed in which the plaintiffs, on behalf of themselves and other purchasers, allege that certain claims made on the labeling of certain Rexall Glucosamine Products are false, deceptive, and misleading. These claims have been brought under various state consumer protection acts. Rexall denies all allegations of wrongdoing or liability against it and contends that its conduct was lawful. No allegations related to safety or physical injury have been made.

You may hang up or press "*" to return to the main menu.

**4.  Why is there a settlement? (Voiced)**

The Court has not decided in favor of either side in the case. Rexall denies all allegations of wrongdoing or liability against it and contends that its conduct was lawful. Rexall stands by the Glucosamine Products and their efficacy. Rexall is settling to avoid the expense, inconvenience, and inherent risk of litigation, as well as the disruption of its business operations. Plaintiffs and their attorneys assert that the settlement is in the best interests of the Settlement Class, because it provides a fair and reasonable recovery now while avoiding the risk, expense, and delay of pursuing the case through trial and any appeals.

You may hang up or press "*" to return to the main menu.

**5. Who is included in the settlement? (Voiced)**

The Settlement Class is defined as all consumers who, during particular time periods and in certain U.S. locations, purchased for personal use and not resale or distribution certain joint health dietary supplements either (a) sold by Rexall or any of its affiliates under the brand names of Rexall or its affiliates; or, (b) manufactured by Rexall or any of its affiliates but sold under another brand name by a company not affiliated with Rexall collectively, the "Covered Products". The Covered Products and their geographic locations and time periods of sale covered by this Settlement are identified in Attachment A to the Notice. Excluded from the Settlement Class are all persons who submit valid requests for exclusion from the Settlement Class. For questions or information related to excluding yourself from the Settlement please select question 8 from the main menu.

You may hang up or press "*" to return to the main menu.

**6. What recovery is available under the settlement? (Voiced)**

a. **Monetary Recovery.** If you submit a claim postmarked or submitted online by December 3, 2013, you may be eligible to receive a check. If you submit a claim with Adequate Proof of Purchase of a Covered Product, you shall be entitled to receive $5.00 per bottle of Covered Product purchased, up to a maximum of ten bottles of Covered Products purchased per household. "Adequate Proof of Purchase" shall mean (i) cash register receipts; (ii) an intact box or bottle for a Covered product that clearly displays a readable UPC code and readable lot number; or (iii) similar documentation that identifies the Covered Product and date and location of purchase. If you <u>cannot</u> provide Adequate Proof of Purchase, but submit a claim confirming certain facts regarding your purchase or purchases of Covered Products, you may be entitled to receive $3.00 per bottle of Covered Product purchased, up to a maximum of four bottles of Covered Products purchased per household.

b. **Minimum Total Payment.** If the total dollar value of valid claims submitted is less than $2 million, then the payment to each Settlement Class member who submitted a valid claim with Adequate Proof of Purchase shall be increased *pro rata* up to a maximum of triple what he or she was otherwise entitled to until the total payments reach $2 million. If, after increasing the payment for valid claims with Adequate Proof of Purchase, the total payments is still less than $2 million, then the payment to each Settlement Class member who submitted a valid claim without Adequate Proof of Purchase shall be increased *pro rata* up to a maximum of double what he or she was otherwise entitled to until the total payments reach $2 million, with any residual amounts up to $2 million paid to the Orthopaedic Research and Education Foundation, subject to Court approval.

c. **Notice and Administration Costs.** A third-party, Heffler Claims Group, shall serve as the settlement administrator to administer the settlement. Rexall shall pay for all notice and administration costs. This payment is separate and apart from the $2 million minimum payment for claims and charitable donations.

d. **Labeling Changes.** Rexall has also agreed to make certain modifications to the labeling of Covered Products, which are described in Paragraph 7 and Exhibit B to the Settlement Agreement.

You may hang up or press "*" to return to the main menu.

**7. Who represents the Settlement Class? (Voiced)**

The Class Representatives and Settlement Class Counsel represent the Settlement Class:

**Who are the Class Representatives**? For purposes of the settlement, the Court has appointed the following plaintiffs named in the Litigation to serve as the class representatives: Richard Jennings, Francisco Padilla, Cecilia Linares, Abel Gonzalez, Nick Pearson, and Augustina Blanco. Settlement Class Counsel will request incentive

awards up to the amount of $5,000 for each class representative, to be paid separately by Rexall, without diminishing or eroding the payments available to Settlement Class members.

**Who are Settlement Class Counsel?** The Court has appointed the following attorneys and law firms to represent the Settlement Class as legal counsel: Jeffrey I. Carton and Peter N. Freiberg, DENLEA & CARTON, LLP, One North Broadway, Suite 509, White Plains, New York 10601; Elaine A. Ryan, BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C., 2325 E. Camelback Road, Suite 300, Phoenix, Arizona 85016; and Stewart M. Weltman, STEWART M. WELTMAN, LLC (Of Counsel Levin Fishbein Sedran & Berman), 53 W. Jackson Suite 364, Chicago, Illinois 60604. From the inception of the litigation in 2011 to the present, Settlement Class Counsel have not received any payment for their services in prosecuting the case or obtaining the settlement, nor have they been reimbursed for any out-of-pocket expenses they have incurred. When they ask the Court to approve the settlement, Settlement Class Counsel will also make motions to the Court for awards of attorneys' fees and reimbursement of expenses, in a total amount not to exceed $ 4.5 million. Rexall has agreed not to oppose these attorneys' fee requests. If the Court approves the attorneys' fee applications, they will be paid separately by Rexall, without diminishing or eroding the payments available to Settlement Class members. The Settlement Class members will not have to pay anything toward the fees or expenses of Settlement Class Counsel. Settlement Class Counsel will seek final approval of the settlement on behalf of all Settlement Class members.

You may hang up or press "*" to return to the main menu.

**8. How can I exclude myself from the Settlement Class? (Voiced)**

To exclude yourself from the Settlement Class, you must send a letter saying that you want to be excluded from the class in the Glucosamine Products Litigation. Your written exclusion request must include your name, address, telephone number, and signature, and a statement to the effect that: "I or We hereby request to be excluded from the proposed Settlement Class in the Glucosamine Products Litigation." Your exclusion request must be postmarked and sent to the following address no later than August 1, 2013:

> Glucosamine Settlement
> c/o Claims Administrator
> P.O. Box 170
> Philadelphia, PA 19105-0170

If you elect to opt-out, you will (i) <u>not</u> be able to submit a claim to receive any monetary payment, (ii) <u>not</u> be bound by any further orders or judgments in this case, and (iii) remain able to pursue claims alleged in the Litigation against Rexall by filing your own lawsuit at your own expense. If you proceed on an individual basis, you may receive nothing at all, or more, or less, of a benefit than you would otherwise receive under this settlement.

You may hang up or press "*" to return to the main menu.

**9. How can I tell the Court what I think about the settlement? (Voiced)**

If you do not exclude yourself from the Settlement Class, you can comment in support of or in opposition to the settlement. Your objection or comment must be submitted in writing to all four of the following addresses below and must be postmarked by August 1, 2013:

**The Court:** Clerk of Court, United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604;

**Settlement Class Counsel:** Peter N. Freiberg, DENLEA & CARTON, LLP, One North Broadway, Suite 509, White Plains, New York 10601; and Stewart M. Weltman, STEWART M. WELTMAN, LLC (Of Counsel Levin Fishbein Sedran & Berman), 53 W. Jackson Suite 364, Chicago, Illinois 60604;

**Rexall's Counsel:** Kara L. McCall, SIDLEY AUSTIN LLP, One S. Dearborn Street, Chicago, Illinois 60603.

The objection or comment must include the case name and number *Pearson, et al. v. NBTY, Inc., et al.*, No. 1:11-cv-07972, and also include: (a) your full name, address, and telephone number; (b) a signed declaration that states that you are a member of the Settlement Class and that identifies the Covered Product or products purchased as well as the approximate date and location of the purchase or purchases; (c) the specific grounds for the objection; (d) all documents, writings, or testimony of witnesses that you desire the Court to consider; and (e) notice of your intention to appear at the Fairness Hearing, if any, that lists the name, address, and telephone number of the attorney, if any, who will appear.

The Court will consider all comments from Settlement Class members. If you intend to appear at the Fairness Hearing through counsel, your comment must also state the identity of all attorneys representing you who will appear at the Fairness Hearing. To appeal from any provision of the order approving the Settlement as fair, reasonable, and adequate, the award of incentive payments, or the award of reasonable attorneys' fees and expenses paid by Rexall and awarded to Settlement Class Counsel, you must appear in person or through your counsel, or as otherwise may be permitted by the Court at the Fairness Hearing. You may, however, ask the Court in your objection to excuse such appearance prior to the Fairness Hearing.

You may hang up or press "*" to return to the main menu.

**1. What is the effect of final settlement approval? (Voiced)**

If the Court grants final approval to the settlement, all members of the Settlement Class will release all claims or causes of action arising from or relating to (i) claims that were or could have been asserted in the Litigation; (ii) the Covered Products, including their efficacy or performance and any and all advertising, labeling, packaging, marketing, claims, or representations of any type whatsoever regarding the Covered Products; and (iii) all labels or packaging for the Covered Products that conform to the terms of the Settlement. The Released Claims do not include claims for personal injury. All members of the Settlement Class who do not exclude themselves from the Settlement Class will release any claims they may have against Rexall or other persons and entities that are described in and covered by the release. Please refer to Paragraphs 11 and 12 of the Settlement Agreement for a full description of the claims and persons that will be released upon final approval of the settlement. You can obtain a copy of the Settlement Agreement (i) from the Clerk of the Court, (ii) online at *www.GlucosamineSettlement.com*, (iii) by writing to the Settlement Administrator at Glucosamine Settlement, c/o Claims Administrator, P.O. Box 170, Philadelphia, PA 19105-0170. If you do not wish to be a Settlement Class member, you must exclude yourself from the Settlement Class. For questions or information related to excluding yourself from the Settlement, please select question 8 from the main menu.

If the settlement is not approved, the case will proceed as if no settlement had been attempted. There can be no assurance that if the settlement is not approved and litigation resumes, the Settlement Class will recover more than is provided for under the settlement, or will recover anything.

You may hang up or press "*" to return to the main menu.

**2. When and where will the Court hold a hearing on the fairness of the settlement? (Voiced)**

A Fairness Hearing has been set for September 4, 2013, at 11:00 a.m., before Judge Zagel in the Northern District of Illinois. At the hearing, the Court will hear any comments, objections, and arguments concerning the

fairness of the proposed settlement, including the amount requested by Settlement Class Counsel for attorneys' fees and expenses, and incentive awards for the Plaintiffs. You do not need to attend the Fairness Hearing to remain a class member or obtain a settlement payment.

You may hang up or press "*" to return to the main menu.

### 3. How and when do I receive my share of the settlement? (Voiced)

If you do not exclude yourself from the Settlement Class, and would like to receive money, you must submit a timely and valid claim form as set forth in Question 6 from the main menu. Claim forms must be submitted online, or postmarked, by December 3, 2013. You can download a copy of the appropriate claim form online at *www.GlucosamineSettlement.com*, or obtain a copy by writing to the Settlement Administrator at Glucosamine Settlement, c/o Claims Administrator, P.O. Box 170, Philadelphia, PA 19105-0170. Payments to persons who file timely, valid claim forms cannot be made until after the Fairness Hearing scheduled for September 4, 2013, and after the Court has issued an order finally approving the settlement that is no longer subject to appeal. Please be patient.

You may hang up or press "*" to return to the main menu.

### 4. What happens if I do nothing at all? (Voiced)

If you do nothing, you will receive no payment from the settlement. You will still be part of the Settlement Class, however, and, subject to the release described in Paragraphs 11 and 12 of the Settlement Agreement. Please refer to Paragraphs 11 and 12 of the Settlement Agreement for a full description of the claims and persons that will be released upon final approval of the settlement.

You may hang up or press "*" to return to the main menu.

### 5. Where do I get additional information? (Voiced)

The notice provides only a summary of the matters relating to the settlement. For more detailed information, you may wish to review the Settlement Agreement dated April 15, 2013. You can view the Settlement Agreement and get more information at *www.GlucosamineSettlement.com*. You can also get more information by writing to Settlement Class Counsel at the addresses from Question 9 in the main menu. The Settlement Agreement and all other pleadings and papers filed in connection with the Settlement are available for inspection and copying during regular business hours at the office of the Clerk of the United States District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

**PLEASE DO NOT CONTACT THE COURT OR REXALL WITH QUESTIONS ABOUT THE SETTLEMENT.**

You may hang up or press "*" to return to the main menu.

# Exhibit D

Exhibit B

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | COMPLIANCE WITH REQUIREMENTS OF PARAGRAPH 19: | | | | | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | (a) | (b) | (c) | (d) | (e) | |
| 1 | 06/17/2013 | 06/21/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 2 | 06/17/2013 | 06/21/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 3 | 06/17/2013 | 06/21/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 4 | 06/17/2013 | 06/21/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 5 | 06/17/2013 | 06/21/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 6 | 06/19/2013 | 06/21/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 7 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 8 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 9 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 10 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 11 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 12 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 13 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 14 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 15 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 16 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 17 | 02/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 18 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 19 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 20 | 08/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 21 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 22 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 23 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 24 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 25 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 26 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 27 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 28 | 06/21/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 29 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 30 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 31 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 32 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 33 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 34 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 35 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 36 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 37 | 08/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 38 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 39 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 40 | 06/17/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 41 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 42 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 43 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 44 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 45 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 46 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 47 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 48 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 49 | 06/17/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 50 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 51 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 52 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 53 | 06/19/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 54 | 06/18/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 55 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 56 | 06/22/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 57 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 58 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 59 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 60 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 61 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 62 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 63 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | (a) | (b) | (c) | (d) | (e) | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | COMPLIANCE WITH REQUIREMENTS OF PARAGRAPH 19: | | | | | |
| 64 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 65 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 66 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 67 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 68 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 69 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 70 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 71 | 06/18/2013 | 06/25/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 72 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 73 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 74 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 75 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 76 | 06/22/2013 | 06/25/2013 | | | | | | | | | | Y | N | Y | Y | Y | |
| 77 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 78 | 06/22/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 79 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 80 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 81 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 82 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 83 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 84 | 06/21/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 85 | 06/19/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 86 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 87 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 88 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 89 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 90 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 91 | 06/20/2013 | 06/25/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 92 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 93 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 94 | 06/20/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 95 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 96 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 97 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 98 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 99 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 100 | 05/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 101 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 102 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 103 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 104 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 105 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 106 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 107 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 108 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 109 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 110 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 111 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 112 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 113 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 114 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 115 | 06/20/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 116 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 117 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 118 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 119 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 120 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 121 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 122 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 123 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 124 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 125 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 126 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |

EXHIBIT

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | COMPLIANCE WITH REQUIREMENTS OF PARAGRAPH 19: | | | | | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | (a) | (b) | (c) | (d) | (e) | |
| 127 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 128 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 129 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 130 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 131 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 132 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 133 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 134 | 05/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 135 | 06/20/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 136 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 137 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 138 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 139 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 140 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 141 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 142 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 143 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 144 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 145 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 146 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 147 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 148 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 149 | 06/24/2108 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 150 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 151 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 152 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 153 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 154 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 155 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 156 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 157 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 158 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 159 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 160 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 161 | 06/21/2013 | 06/27/2018 | | | | | | | | | | Y | N | N | Y | Y | |
| 162 | 06/24/2013 | 06/27/2018 | | | | | | | | | | Y | N | N | Y | Y | |
| 163 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 164 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 165 | 06/22/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 166 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 167 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 168 | 05/22/2109 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 169 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 170 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 171 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 172 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 173 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 174 | 05/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 175 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 176 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 177 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 178 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 179 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 180 | 05/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 181 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 182 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 183 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 184 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 185 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 186 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 187 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 188 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 189 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | (a) | (b) | (c) | (d) | (e) | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 191 | 06/21/2013 | 06/27/2103 | | | | | | | | | | Y | N | N | Y | Y | |
| 192 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 193 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 194 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 195 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 196 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 197 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 198 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 199 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 200 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 201 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 202 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 203 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 204 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 205 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 206 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 207 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 208 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 209 | 06/18/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 210 | 06/24/2103 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 211 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 212 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 213 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 214 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 215 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 216 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 217 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 218 | 06/20/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 219 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 220 | 06/24/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 221 | 06/20/2013 | 06/27/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 222 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 223 | 06/20/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 224 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 225 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 226 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 227 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 228 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 229 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 230 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 231 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 232 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | Y | Y | Y | Y | |
| 233 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 234 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 235 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 236 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 237 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 238 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 239 | 06/20/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 240 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 241 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 242 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 243 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 244 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 245 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 246 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 247 | 06/21/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 248 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 249 | 06/22/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 250 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 251 | 06/22/2013 | 06/27/2013 | | | | | | | | | | N | N | N | Y | Y | |
| 252 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |

EXHIBIT

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | COMPLIANCE WITH REQUIREMENTS OF PARAGRAPH 19: | | | | | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | (a) | (b) | (c) | (d) | (e) | |
| 253 | 06/21/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 254 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 255 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 256 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 257 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 258 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 259 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 260 | 06/22/2013 | 06/28/2013 | | | | | | | | | | N | N | N | Y | Y | |
| 261 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 262 | 06/21/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 263 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 264 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 265 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 266 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 267 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 268 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 269 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 270 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 271 | 05/21/2013 | 06/28/2013 | | | | | | | | | | N | N | N | Y | Y | |
| 272 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 273 | 06/22/2013 | 06/28/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 274 | 06/22/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 275 | 06/24/2013 | 06/28/2013 | | | | | | | | | | N | N | N | Y | Y | |
| 276 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 277 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 278 | 06/22/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 279 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 280 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 281 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 282 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 283 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 284 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 285 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 286 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 287 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 288 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 289 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 290 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 291 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 292 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 293 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 294 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 295 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 296 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 297 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 298 | 02/04/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 299 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 300 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 301 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 302 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 303 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 304 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 305 | 06/24/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 306 | 06/25/2013 | 06/28/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 307 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 308 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 309 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 310 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 311 | 06/22/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 312 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 313 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 314 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 315 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |

Exhibit F

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | COMPLIANCE WITH REQUIREMENTS OF PARAGRAPH 19: | | | | | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | (a) | (b) | (c) | (d) | (e) | |
| 316 | 06/20/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 317 | 06/24/2013 | 06/24/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 318 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 319 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 320 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 321 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 322 | 06/21/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 323 | 06/21/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 324 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 325 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 326 | 06/25/2108 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 327 | 06/23/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 328 | 06/25/2013 | 07/01/2013 | | | | | | | | | | N | N | N | Y | Y | |
| 329 | 06/27/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 330 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 331 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 332 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 333 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 334 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 335 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 336 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 337 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 338 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 339 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 340 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 341 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 342 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 343 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 344 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 345 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 346 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 347 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 348 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 349 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 350 | 06/24/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 351 | 05/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 352 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 353 | 06/26/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 354 | 06/27/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 355 | 06/22/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 356 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 357 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 358 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 359 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 360 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 361 | 06/29/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 362 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 363 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 364 | 06/28/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 365 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 366 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 367 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 368 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 369 | 06/20/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 370 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 371 | 06/25/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 372 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 373 | 06/25/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 374 | 06/25/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 375 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 376 | 06/28/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 377 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 378 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |

EXHIBIT
GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | (a) | (b) | (c) | (d) | (e) | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 379 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 380 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 381 | 06/25/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 382 | 06/29/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 383 | 06/28/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 384 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 385 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 386 | 06/25/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 387 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 388 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 389 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 390 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 391 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 392 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 393 | 06/26/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 394 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 395 | 06/28/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 396 | 06/28/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 397 | 06/27/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 398 | 06/27/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 399 | 06/27/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 400 | 06/24/2013 | 07/02/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 401 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 402 | 06/27/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 403 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 404 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 405 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 406 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 407 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 408 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 409 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 410 | 06/25/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 411 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 412 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 413 | 06/26/2013 | 07/03/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 414 | 06/26/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 415 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 416 | 06/20/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 417 | 06/21/2013 | 06/26/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 418 | 06/22/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 419 | 06/26/2013 | 06/27/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 420 | 06/25/2013 | 07/01/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 421 | 06/26/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 422 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 423 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 424 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 425 | 02/07/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 426 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 427 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 428 | 07/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 429 | 07/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 430 | 07/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 431 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 432 | 07/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 433 | 07/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | Y | Y | Y | |
| 434 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 435 | 06/26/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 436 | 06/22/2013 | 07/08/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 437 | 07/02/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 438 | 07/02/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 439 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 440 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 441 | 07/02/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |

GLUCOSAMINE SETTLEMENT
REQUESTS FOR EXCLUSION
RECEIVED AS OF 08/29/2013

| REQUEST NUMBER | POSTMARKED | RECEIVED | FNAME | MI | LNAME | NAME2 | CITY | STATE | ZIP5 | ZIP4 | COUNTRY | COMPLIANCE WITH REQUIREMENTS OF PARAGRAPH 19: | | | | | FULLY COMPLIANT? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | (a) | (b) | (c) | (d) | (e) | |
| 442 | 07/02/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 443 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 444 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 445 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 446 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 447 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 448 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 449 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 450 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 451 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 452 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 453 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 454 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 455 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 456 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 457 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 458 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 459 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 460 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 461 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 462 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 463 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 464 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 465 | 06/29/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 466 | 06/26/2013 | 07/08/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 467 | 07/02/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 468 | 07/02/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 469 | 06/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 470 | 07/03/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 471 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 472 | 06/26/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 473 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | Y | N | Y | Y | |
| 474 | 06/22/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 475 | 06/24/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 476 | 06/24/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 477 | 06/24/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 478 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 479 | 06/24/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 480 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 481 | 07/01/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 482 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 483 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 484 | 06/25/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 485 | 06/27/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 486 | 06/28/2013 | 07/08/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 487 | 06/20/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 488 | 06/20/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 489 | 06/01/2013 | 07/09/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 490 | 07/01/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 491 | 07/01/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 492 | 07/01/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 493 | 07/02/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 494 | 07/01/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 495 | 07/02/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 496 | 07/01/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 497 | 07/01/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 498 | 01/11/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 499 | 07/03/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 500 | 07/20/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 501 | 06/20/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 502 | 06/20/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |
| 503 | 06/19/2013 | 07/09/2013 | | | | | | | | | | Y | Y | Y | Y | Y | Y |
| 504 | 06/20/2013 | 07/09/2013 | | | | | | | | | | Y | N | N | Y | Y | |