# EXHIBIT J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.: 11 CV 07972<br><br>CLASS ACTION<br><br>Judge James B. Zagel |

I, MICHAEL COLLINS, declare under the penalty of perjury as follows:

1. I, MICHAEL COLLINS, make this Declaration of behalf of NBTY, Inc., Rexall Sundown, Inc., and their subsidiaries ("Settling Defendants").

2. I am the Chief Financial Officer of NBTY, Inc. and have authority to make this Declaration on behalf of the Settling Defendants.

3. None of the Settling Defendants currently have, or in the knowable past have had, any relationship whatsoever with the Orthopaedic Research and Education Foundation.

4. None of the Settling Defendants currently are providing, or in the knowable past have provided, any monetary contributions or other support to the Orthopaedic Research and Education Foundation.

5. None of the Settling Defendants currently are receiving, or in the knowable past have received, any monetary contributions or other support from the Orthopaedic Research and Education Foundation.

6. As NBTY, Inc.'s Chief Financial Officer, I have knowledge regarding the sales of Osteo Bi-Flex.

7. [redacted]

8. [redacted]

9. I declare under penalty of perjury that the foregoing is true and correct.

_____       _8.30.13_____
MICHAEL COLLINS       DATE
CHIEF FINANCIAL OFFICER
NBTY, Inc.
Rexall Sundown, Inc.