# EXHIBIT Z

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.: 11 CV 07972<br><br>CLASS ACTION<br><br>Judge James B. Zagel |

I, Jorge Granja, declare under the penalty of perjury as follows:

1. I, Jorge Granja, make this Declaration of behalf of NBTY, Inc.; Rexall Sundown, Inc.; and their subsidiaries ("Settling Defendants").

2. I am Senior Manager, Market Measurement & Analytics, for NBTY, Inc. and have authority to make this Declaration on behalf of the Settling Defendants.

3. [REDACTED]

4. [REDACTED]

5. I declare under penalty of perjury that the foregoing is true and correct.

_____          _8/29/13_____
Sr. Manager, Market Measurement & Analytics, NBTY, Inc.          August 29, 2013