UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, | Case No.:  11 CV 07972 |
| | CLASS ACTION |
| Plaintiffs, | **Judge James B. Zagel** |
| **v.** | **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSE AND INCENTIVE AWARDS** |
| NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida Corporation; and TARGET CORPORATION, a Minnesota Corporation, | |
| Defendants. | |

TO:    All Parties and Their Attorneys of Record:

Pursuant to Fed. R. Civ. P. 23, Plaintiffs, Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, and Abel Gonzalez, by their counsel Bonnet, Fairbourn, Friedman & Balint, P.C. and Stewart M. Weltman, LLC (Of Counsel Levin Fishbein Sedran & Berman), and Richard Jennings, by his counsel Denlea & Carton LLP, (collectively, "Plaintiffs"), respectfully move the Court for Final Approval of the class-action settlement reached in this matter, more fully set forth and described in detail in the accompanying Memorandum in Support of Motion for Final Approval of Class Action Settlement, and the entry of a Final Judgment: (1) providing Final Approval of the Settlement Agreement as fair, reasonable, adequate, and in the best interests of the Class; (2) certifying, for all purposes, under Rule 23(b)(3), a class as defined in the Settlement Agreement, and appointing Plaintiffs' counsel as Class Counsel for the

Class; (3) awarding attorneys' fees and expenses to Class Counsel as provided for in

the Settlement Agreement; (4) awarding Plaintiffs incentive awards as provided for in

the Settlement Agreement; and (5) granting such other and further relief as is stated in

the proposed Final Judgment and Order submitted by Plaintiffs in connection with this

motion.

Dated:   September 4, 2013

By:   /s/ Stewart M. Weltman
STEWART M. WELTMAN, LLC
53 W. Jackson, Suite 364
Chicago, Illinois 60604
Telephone:  312-588-5033
(Of Counsel: Levin Fishbein Sedran & Berman)

*Of Counsel:*
Elaine A. Ryan (admitted *pro hac vice*)
Patricia N. Syverson (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100

*Attorneys for Plaintiffs Nick Pearson, Francisco
Padilla, Cecilia Linares, Augustina Blanco, and
Abel Gonzalez*


By:  /s/ Peter N. Freiberg
Peter N. Freiberg (admitted *pro hac vice*)
Jeffrey I. Carton  (admitted *pro hac vice*)
DENLEA & CARTON LLP
One North Broadway, Suite 509
White Plains, New York 10601
Telephone:   (914) 920-7400

*Attorneys for Plaintiff Richard Jennings*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Plaintiffs' Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fee and Expenses and Incentive Awards**.

I also certify that the foregoing document is being served by U.S. Mail this day on all counsel of record or *pro se* parties identified below who are not authorized to receive electronically Notices of Electronic Filing.

C. Jane Radlinski
309 E. Church Street
Jacksonville, FL 32202-2725
(904) 633-2699
*Pro se* Objector

Peggy Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311
(954) 761-1589
*Pro se* Objector

Rhonda L. Paulson
13383 E. Marie Creek Road
Couer d'Alene, ID 83814
*Pro se* Objector

Anthony Leardi
1813 Renwick Street
Bethlehem, PA 18017
(610) 865-7821
*Pro se* Objector

John Michael Buckley
370 Canyon Spring Dr.
Rio Vista, CA 94571
(707) 374-3853
*Pro se* Objector

Simone Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311
(305) 903-6935
*Pro se* Objector

Donald Charles Koneval
8314 Manorford Drive
Parma, OH 44129-5309
(440) 842-6232
*Pro se* Objector

Joseph Darrell Palmer
Law Office of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600
Attorney for Objectors Kathleen McNeal and Alison Paul

Melissa A. Holyoak
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
(573) 823-5377
Attorney for Objector Ted Frank

Jonathan E. Fortman #40319
250 Saint Catherine Street
Florissant, Missouri 63031
(314) 522-2312
Attorney for Objector Pamela Easton

Steve A. Miller
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO  80202
(303) 892-9933
Attorney for Objector Pamela Easton

Maureen Connors (0074094OH)
6625 Pearl Road
Parma Heights, OH 44130
(216) 640-9860
Attorney for Objector Pamela Easton

John C. Kress (53396MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd.
St. Louis, MO 63111
(314) 631-3883
Attorney for Objector Pamela Easton

/s/ Peter N. Freiberg
One of Plaintiffs' Attorneys