**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, on Behalf of Themselves and All Others Similarly Situated, | |
| Plaintiffs, | Case No.:    11 CV 07972 |
| | CLASS ACTION |
| v. | **Judge James B. Zagel** |
| NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation, | **Motion for Leave To File Plaintiffs' Response to Objections Thereto Under Seal** |
| Defendants. | |

Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, Abel Gonzalez, and Richard Jennings ("Plaintiffs"), through their counsel, hereby move for leave to file under seal Plaintiffs' Response to Objections.  In support hereof, Plaintiffs state as follows:

1.     Portions of Plaintiffs' Response to Objections have been redacted to preserve the confidentiality of sales data and marketing information that belongs to Defendants and/or their business associates.  Settling Defendants have represented to movants, that this information is, in some cases, subject to a confidentiality agreement with a third party and, in all cases, information that, if disclosed publicly, would detrimentally affect Defendants' competitive position in the market.

2.     To the extent that these documents were previously produced in litigation, they were produced pursuant to protective orders entered in the relevant cases.  *See Cardenas v.*

1

*NBTY, Inc.*, No. 2:11-cv-01615-TLN-CKD, Stipulation and Protective Order [D.E. 58] (E.D. Cal. Aug. 17, 2012); *Jennings v. Rexall Sundown, Inc.*, No. 1:11-cv-11488-WGY, Joint Confidentiality Stipulation and Protective Order [D.E. 37] (D. Mass. June 1, 2012).

3.      Plaintiffs have arranged for courtesy copies of both the public-record (redacted) and the sealed (unredacted) versions of Plaintiffs' Response to Objections to be provided to the Court immediately.

4.      The Parties will electronically file public-record (redacted) versions of Plaintiffs' Response to Objections, and will serve the same on the Objectors or their Counsel listed in the service list attached hereto.

5.      The Parties will serve unredacted versions of Plaintiffs Response to Objections and Exhibits B, S, and Z thereto on the Objectors or their counsel listed in the service list attached hereto, provided that the Objectors or their counsel comply with the Protective Order entered in a related case, *Cardenas v. NBTY, Inc.*, No. 2:11-cv-01615-TLN-CKD (E.D. Cal.), which requires persons to execute a Confidentiality Undertaking before reviewing any confidential materials subject to that Order.  A copy of the *Cardenas* Confidentiality Stipulation and Protective Order and the Undertaking will be enclosed with the public-record (redacted) version of the Plaintiffs' Response to Objections served upon the Objectors or their counsel.

6.      Wherefore, pursuant to Local Rule 26.2, the Parties respectfully request an order sealing the unredacted version of Plaintiffs' Response to Objections.  In the event this Motion is granted, the Parties will electronically file sealed versions of Plaintiffs' Response to Objections.


Dated:  September 4, 2013                    By:   */s/Stewart M. Weltman*

                                             Stewart M. Weltman
                                             STEWART M. WELTMAN, LLC

53 W. Jackson, Suite 364
Chicago, Illinois 60604
Telephone: 312-588-5033
(Of Counsel: Levin Fishbein Sedran & Berman)

Of Counsel:
Elaine A. Ryan
Patricia N. Syverson
Lindsey M. Gomez-Gray
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100
*Attorneys for Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, and Abel Gonzalez*

Peter N. Freiberg (admitted *pro hac vice*)
Jeffrey I. Carton (admitted *pro hac vice*)
DENLEA & CARTON LLP
One North Broadway, Suite 509
White Plains, New York 10601
Telephone: (914) 920-7400
*Attorneys for Plaintiff Richard Jennings*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Plaintiffs' Motion for Leave to File Plaintiffs' Response to Objections**.

I also certify that the foregoing document is being served by U.S. Mail this day on all counsel of record or *pro se* parties identified below who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| C. Jane Radlinski<br>309 E. Church Street<br>Jacksonville, FL 32202-2725<br>(904) 633-2699<br>*Pro se* Objector | John Michael Buckley<br>370 Canyon Spring Dr.<br>Rio Vista, CA 94571<br>(707) 374-3853<br>*Pro se* Objector |
| Peggy Thomas<br>2109 N.W. 12th Avenue<br>Ft. Lauderdale, FL 33311<br>(954) 761-1589<br>*Pro se* Objector | Simone Thomas<br>2109 N.W. 12th Avenue<br>Ft. Lauderdale, FL 33311<br>(305) 903-6935<br>*Pro se* Objector |
| Rhonda L. Paulson<br>13383 E. Marie Creek Road<br>Couer d'Alene, ID 83814<br>*Pro se* Objector | Donald Charles Koneval<br>8314 Manorford Drive<br>Parma, OH 44129-5309<br>(440) 842-6232<br>*Pro se* Objector |
| Anthony Leardi<br>1813 Renwick Street<br>Bethlehem, PA 18017<br>(610) 865-7821<br>*Pro se* Objector | Joseph Darrell Palmer<br>Law Office of Darrell Palmer PC<br>603 N. Highway 101, Suite A<br>Solana Beach, CA 92075<br>(858) 792-5600<br>Attorney for Objectors Kathleen McNeal<br>and Alison Paul |

| | |
|---|---|
| Melissa A. Holyoak<br>Center for Class Action Fairness<br>1718 M Street NW, No. 236<br>Washington, DC 20036<br>(573) 823-5377<br>Attorney for Objector Ted Frank | Jonathan E. Fortman #40319<br>250 Saint Catherine Street<br>Florissant, Missouri 63031<br>(314) 522-2312<br>Attorney for Objector Pamela Easton |
| Steve A. Miller<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>(303) 892-9933<br>Attorney for Objector Pamela Easton | Maureen Connors<br>6625 Pearl Road<br>Parma Heights, OH 44130<br>(216) 640-9860<br>Attorney for Objector Pamela Easton |
| John C. Kress (53396MO)<br>The Kress Law Firm, LLC<br>4247 S. Grand Blvd.<br>St. Louis, MO 63111<br>(314) 631-3883<br>Attorney for Objector Pamela Easton | |