UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida Corporation; and TARGET CORPORATION, a Minnesota Corporation,<br>Defendants. | Case No.: 11 CV 07972<br><br>CLASS ACTION<br><br>**Judge James B. Zagel**<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT UNDER SEAL** |

TO: All Parties and Their Attorneys of Record:

Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, Abel Gonzalez, and Richard Jennings ("Plaintiffs"), through their counsel, hereby move for leave to file under seal their Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses and Incentive Awards. In support hereof, Plaintiffs state as follows:

1. Plaintiffs have redacted portions of the Memorandum of Law to preserve the confidentiality of sales data and marketing information that belongs to Defendants and/or their business associates. Defendants have represented to Plaintiffs that this information is, in some cases, subject to a confidentiality agreement with a third party,

and is information that if publicly disclosed would detrimentally impact their competitive position in the market.

2. To the extent that certain documents referenced in Plaintiffs' Memorandum of Law were previously produced in litigation, they were produced pursuant to protective orders entered in the relevant cases. *See Cardenas v. NBTY, Inc.*, No. 2:11-cv-01615-TLN-CKD, Stipulation and Protective Order [D.E. 58] (E.D. Cal. Aug. 17, 2012); *Jennings v. Rexall Sundown, Inc.*, No. 1:11-cv-11488-WGY, Joint Confidentiality Stipulation and Protective Order [D.E. 37] (D. Mass. June 1, 2012).

3. Plaintiffs have arranged for courtesy copies of both the public-record (redacted) and the sealed (unredacted) versions of their Memorandum of Law to be provided to the Court immediately. Also, all Parties, including Defendants, have arranged for courtesy copies of all exhibits to the Joint Response to Objections (some of which are referenced in Plaintiffs' Memorandum of Law) to be provided to the Court immediately, in both the public-record (redacted) and the sealed (unredacted) versions.

4. Plaintiffs will electronically file public-record (redacted) versions of their Memorandum of Law, and will serve the same on the Objectors or their Counsel listed in the service list attached hereto.

5. Plaintiffs will serve unredacted versions of their Memorandum of Law on the Objectors or their counsel listed in the service list attached hereto, provided that the Objectors or their counsel comply with the Protective Order entered in a related case, *Cardenas v. NBTY, Inc.*, No. 2:11-cv-01615-TLN-CKD (E.D. Cal.), which requires persons to execute a Confidentiality Undertaking before reviewing any confidential materials subject to that Order. A copy of the *Cardenas* confidentiality Stipulation and

Protective Order and the Undertaking will be enclosed with the public-record (redacted) version of Plaintiffs' Memorandum of Law served upon the Objectors or their counsel.

6.    Wherefore, pursuant to Local Rule 26.2, Plaintiffs respectfully request an order sealing the unredacted version of their Memorandum of Law. In the event this Motion is granted, Plaintiffs will electronically file a sealed version of their Memorandum of Law.

Dated: September 4, 2013

By: /s/ Stewart M. Weltman
STEWART M. WELTMAN, LLC
53 W. Jackson, Suite 364
Chicago, Illinois 60604
Telephone: 312-588-5033
(Of Counsel: Levin Fishbein Sedran & Berman)

*Of Counsel:*
Elaine A. Ryan (admitted *pro hac vice*)
Patricia N. Syverson (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100

*Attorneys for Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, and Abel Gonzalez*

By: /s/ Peter N. Freiberg
Peter N. Freiberg (admitted *pro hac vice*)
Jeffrey I. Carton (admitted *pro hac vice*)
DENLEA & CARTON LLP
One North Broadway, Suite 509
White Plains, New York 10601
Telephone: (914) 920-7400

*Attorneys for Plaintiff Richard Jennings*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2013, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Plaintiffs' Motion for Leave to File Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement Under Seal.**

I also certify that the foregoing document is being served by U.S. Mail this day on all counsel of record or *pro se* parties identified below who are not authorized to receive electronically Notices of Electronic Filing.

C. Jane Radlinski
309 E. Church Street
Jacksonville, FL  32202-2725
(904) 633-2699
*Pro se* Objector

John Michael Buckley
370 Canyon Spring Dr.
Rio Vista, CA  94571
(707) 374-3853
*Pro se* Objector

Peggy Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL  33311
(954) 761-1589
*Pro se* Objector

Simone Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL  33311
(305) 903-6935
*Pro se* Objector

Rhonda L. Paulson
13383 E. Marie Creek Road
Couer d'Alene, ID 83814
*Pro se* Objector

Donald Charles Koneval
8314 Manorford Drive
Parma, OH  44129-5309
(440) 842-6232
*Pro se* Objector

Anthony Leardi
1813 Renwick Street
Bethlehem, PA  18017
(610) 865-7821
*Pro se* Objector

Joseph Darrell Palmer
Law Office of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA  92075
(858) 792-5600
Attorney for Objectors Kathleen McNeal and Alison Paul

4

| | |
|---|---|
| Melissa A. Holyoak<br>Center for Class Action Fairness<br>1718 M Street NW, No. 236<br>Washington, DC 20036<br>(573) 823-5377<br>Attorney for Objector Ted Frank | Jonathan E. Fortman #40319<br>250 Saint Catherine Street<br>Florissant, Missouri 63031<br>(314) 522-2312<br>Attorney for Objector Pamela Easton |
| Steve A. Miller<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO  80202<br>(303) 892-9933<br>Attorney for Objector Pamela Easton | Maureen Connors (0074094OH)<br>6625 Pearl Road<br>Parma Heights, OH 44130<br>(216) 640-9860<br>Attorney for Objector Pamela Easton |
| John C. Kress (53396MO)<br>The Kress Law Firm, LLC<br>4247 S. Grand Blvd.<br>St. Louis, MO 63111<br>(314) 631-3883<br>Attorney for Objector Pamela Easton | |

/s/ Peter N. Freiberg
One of Plaintiffs' Attorneys