# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Pearson v. Target Corporation            Case Number: 1:11-cv-07972

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Theodore H. Frank

| | |
|---|---|
| NAME (Type or print) Melissa Pavely | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Melissa Pavely | |
| FIRM  The Tucker Firm, LLC | |
| STREET ADDRESS  1723 North Halsted Street | |
| CITY/STATE/ZIP  Chicago, Illinois 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6292637 | TELEPHONE NUMBER  312.202.0222 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.   RETAINED COUNSEL            APPOINTED COUNSEL | |