UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation<br><br>  Defendants.<br><br>THEODORE H. FRANK,<br><br>  Objector. | Case No. 11-CV-07972<br><br><u>CLASS ACTION</u><br><br>Hon. James B. Zagel |

**NOTICE OF OBJECTOR THEODORE H. FRANK'S MOTION TO UNSEAL**

To: All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that on Friday, October 4, 2013 at 10:30 am or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable James B. Zagel, in courtroom 2503, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present Objector Frank's Motion to Unseal, a copy of which is attached hereto.

Dated: September 23, 2013.  /s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorneys for Theodore H. Frank*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing motion via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. Additionally she caused to be served via First-Class mail a copy of this Notice of Motion to Unseal upon the following:

| |
|---|
| Peggy Thomas<br>Simone Thomas<br>2109 N.W. 12th Avenue<br>Ft. Lauderdale, FL 33311 |
| Hon. James B. Zagel<br>United States District Court for the Northern District of Illinois<br>Everett McKinley Dirksen United States Courthouse<br>Chambers 2588<br>219 South Dearborn Street<br>Chicago, IL 60604 |

Dated: September 23, 2013

/s/ Melissa A. Holyoak