**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.:   11 CV 07972<br><br>CLASS ACTION<br><br>**Judge James B. Zagel** |

**INDEX OF EXHIBITS
TO RESPONSE TO OBJECTOR THEODORE FRANK'S MOTION TO UNSEAL**

| Ex. | Description |
|---|---|
| A | Aug. 27, 2013 Emails from Christopher Gaul to Objectors or Their Counsel |
| B | Sept. 13, 2013 Letter from Kara McCall to Objector John Michael Buckley |
| C | Sept. 4, 2013 Letters from Kara McCall to Objectors or Their Counsel |
| D | Confidentiality Undertaking Executed by Objector Anthony Leardi |
| E | Sept. 17, 2013 Letter from Kara McCall to Objector Anthony Leardi |

CH1 8163063v.1