**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, on Behalf of Themselves and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida Corporation; and TARGET CORPORATION, a Minnesota Corporation<br>Defendants. | No. 11 CV 07972<br>Judge James B. Zagel |

**ORDER**

Plaintiffs are ordered to produce to the court the number of claims filed by class members by the December 3, 2013 claims deadline and the total amount of relief dispersed or owed to class members.

ENTER:

James B. Zagel
United States District Judge

DATE: December 5, 2013