EXHIBIT A

| ALL CLAIMS | | | | |
|---|---|---|---|---|
| Date Received | Count | Documented Bottles @ $5 | Undocumented Bottles @ $3 | Total Claimed |
| 06/17/13 | 546 | $ 925.00 | $ 4,740.00 | $ 5,665.00 |
| 06/18/13 | 986 | 805.00 | 10,254.00 | 11,059.00 |
| 06/19/13 | 520 | 420.00 | 5,196.00 | 5,616.00 |
| 06/20/13 | 535 | 795.00 | 5,424.00 | 6,219.00 |
| 06/21/13 | 426 | 960.00 | 4,209.00 | 5,169.00 |
| 06/22/13 | 214 | 305.00 | 2,097.00 | 2,402.00 |
| 06/23/13 | 190 | 330.00 | 1,986.00 | 2,316.00 |
| 06/24/13 | 661 | 1,745.00 | 6,531.00 | 8,276.00 |
| 06/25/13 | 296 | 905.00 | 2,928.00 | 3,833.00 |
| 06/26/13 | 184 | 915.00 | 1,668.00 | 2,583.00 |
| 06/27/13 | 206 | 1,190.00 | 1,848.00 | 3,038.00 |
| 06/28/13 | 176 | 1,070.00 | 1,560.00 | 2,630.00 |
| 06/29/13 | 106 | 540.00 | 972.00 | 1,512.00 |
| 06/30/13 | 109 | 435.00 | 999.00 | 1,434.00 |
| 07/01/13 | 201 | 1,445.00 | 1,827.00 | 3,272.00 |
| 07/02/13 | 142 | 745.00 | 1,206.00 | 1,951.00 |
| 07/03/13 | 82 | 360.00 | 762.00 | 1,122.00 |
| 07/04/13 | 62 | 85.00 | 567.00 | 652.00 |
| 07/05/13 | 209 | 1,520.00 | 1,731.00 | 3,251.00 |
| 07/06/13 | 374 | 185.00 | 3,765.00 | 3,950.00 |
| 07/07/13 | 400 | 155.00 | 4,089.00 | 4,244.00 |
| 07/08/13 | 668 | 335.00 | 6,618.00 | 6,953.00 |
| 07/09/13 | 742 | 1,610.00 | 6,999.00 | 8,609.00 |
| 07/10/13 | 583 | 660.00 | 5,760.00 | 6,420.00 |
| 07/11/13 | 516 | 1,075.00 | 4,827.00 | 5,902.00 |
| 07/12/13 | 700 | 1,235.00 | 6,726.00 | 7,961.00 |
| 07/13/13 | 566 | 790.00 | 5,421.00 | 6,211.00 |
| 07/14/13 | 433 | 580.00 | 4,047.00 | 4,627.00 |
| 07/15/13 | 691 | 2,775.00 | 6,135.00 | 8,910.00 |
| 07/16/13 | 572 | 815.00 | 5,664.00 | 6,479.00 |
| 07/17/13 | 524 | 1,485.00 | 4,866.00 | 6,351.00 |
| 07/18/13 | 365 | 910.00 | 3,396.00 | 4,306.00 |
| 07/19/13 | 270 | 695.00 | 2,553.00 | 3,248.00 |
| 07/20/13 | 211 | 380.00 | 2,091.00 | 2,471.00 |
| 07/21/13 | 203 | 485.00 | 1,893.00 | 2,378.00 |
| 07/22/13 | 307 | 1,010.00 | 2,805.00 | 3,815.00 |
| 07/23/13 | 361 | 1,560.00 | 3,207.00 | 4,767.00 |
| 07/24/13 | 242 | 860.00 | 2,172.00 | 3,032.00 |
| 07/25/13 | 273 | 1,170.00 | 2,385.00 | 3,555.00 |
| 07/26/13 | 229 | 620.00 | 2,202.00 | 2,822.00 |
| 07/27/13 | 139 | 195.00 | 1,392.00 | 1,587.00 |
| 07/28/13 | 119 | 360.00 | 1,131.00 | 1,491.00 |
| 07/29/13 | 192 | 640.00 | 1,719.00 | 2,359.00 |
| 07/30/13 | 178 | 1,010.00 | 1,485.00 | 2,495.00 |

| Date | | | | |
|---|---|---|---|---|
| 07/31/13 | 226 | 1,450.00 | 1,914.00 | 3,364.00 |
| 08/01/13 | 164 | 370.00 | 1,569.00 | 1,939.00 |
| 08/02/13 | 163 | 1,020.00 | 1,368.00 | 2,388.00 |
| 08/03/13 | 102 | 250.00 | 1,005.00 | 1,255.00 |
| 08/04/13 | 97 | 250.00 | 978.00 | 1,228.00 |
| 08/05/13 | 249 | 1,730.00 | 2,022.00 | 3,752.00 |
| 08/06/13 | 146 | 490.00 | 1,269.00 | 1,759.00 |
| 08/07/13 | 402 | 3,610.00 | 3,060.00 | 6,670.00 |
| 08/08/13 | 128 | 750.00 | 1,125.00 | 1,875.00 |
| 08/09/13 | 156 | 775.00 | 1,407.00 | 2,182.00 |
| 08/10/13 | 82 | 140.00 | 801.00 | 941.00 |
| 08/11/13 | 85 | 210.00 | 909.00 | 1,119.00 |
| 08/12/13 | 106 | 290.00 | 1,101.00 | 1,391.00 |
| 08/13/13 | 128 | 660.00 | 1,248.00 | 1,908.00 |
| 08/14/13 | 147 | 1,110.00 | 1,245.00 | 2,355.00 |
| 08/15/13 | 73 | 310.00 | 738.00 | 1,048.00 |
| 08/16/13 | 110 | 735.00 | 954.00 | 1,689.00 |
| 08/17/13 | 45 | 70.00 | 474.00 | 544.00 |
| 08/18/13 | 71 | 160.00 | 729.00 | 889.00 |
| 08/19/13 | 109 | 435.00 | 1,065.00 | 1,500.00 |
| 08/20/13 | 163 | 825.00 | 1,470.00 | 2,295.00 |
| 08/21/13 | 124 | 530.00 | 1,311.00 | 1,841.00 |
| 08/22/13 | 116 | 650.00 | 1,098.00 | 1,748.00 |
| 08/23/13 | 156 | 655.00 | 1,539.00 | 2,194.00 |
| 08/24/13 | 89 | 80.00 | 957.00 | 1,037.00 |
| 08/25/13 | 72 | 105.00 | 762.00 | 867.00 |
| 08/26/13 | 129 | 380.00 | 1,347.00 | 1,727.00 |
| 08/27/13 | 121 | 270.00 | 1,263.00 | 1,533.00 |
| 08/28/13 | 125 | 750.00 | 1,116.00 | 1,866.00 |
| 08/29/13 | 84 | 170.00 | 849.00 | 1,019.00 |
| 08/30/13 | 141 | 655.00 | 1,302.00 | 1,957.00 |
| 08/31/13 | 61 | 10.00 | 699.00 | 709.00 |
| 09/01/13 | 76 | 235.00 | 783.00 | 1,018.00 |
| 09/02/13 | 90 | 185.00 | 987.00 | 1,172.00 |
| 09/03/13 | 104 | 225.00 | 1,074.00 | 1,299.00 |
| 09/04/13 | 102 | 585.00 | 963.00 | 1,548.00 |
| 09/05/13 | 66 | 155.00 | 702.00 | 857.00 |
| 09/06/13 | 73 | 200.00 | 801.00 | 1,001.00 |
| 09/07/13 | 38 | 15.00 | 381.00 | 396.00 |
| 09/08/13 | 51 | 20.00 | 564.00 | 584.00 |
| 09/09/13 | 113 | 855.00 | 981.00 | 1,836.00 |
| 09/10/13 | 80 | 445.00 | 732.00 | 1,177.00 |
| 09/11/13 | 68 | 235.00 | 663.00 | 898.00 |
| 09/12/13 | 91 | 330.00 | 930.00 | 1,260.00 |
| 09/13/13 | 97 | 385.00 | 957.00 | 1,342.00 |
| 09/14/13 | 51 | 10.00 | 576.00 | 586.00 |
| 09/15/13 | 68 | 70.00 | 807.00 | 877.00 |

| Date | | | | |
|---|---:|---:|---:|---:|
| 09/16/13 | 142 | 280.00 | 1,431.00 | 1,711.00 |
| 09/17/13 | 245 | 365.00 | 2,676.00 | 3,041.00 |
| 09/18/13 | 145 | 50.00 | 1,641.00 | 1,691.00 |
| 09/19/13 | 111 | 410.00 | 1,095.00 | 1,505.00 |
| 09/20/13 | 94 | 280.00 | 939.00 | 1,219.00 |
| 09/21/13 | 68 | 155.00 | 729.00 | 884.00 |
| 09/22/13 | 80 | 100.00 | 855.00 | 955.00 |
| 09/23/13 | 112 | 595.00 | 1,023.00 | 1,618.00 |
| 09/24/13 | 100 | 275.00 | 1,020.00 | 1,295.00 |
| 09/25/13 | 83 | 115.00 | 894.00 | 1,009.00 |
| 09/26/13 | 71 | 215.00 | 753.00 | 968.00 |
| 09/27/13 | 46 | 160.00 | 480.00 | 640.00 |
| 09/28/13 | 49 | 175.00 | 495.00 | 670.00 |
| 09/29/13 | 75 | 180.00 | 819.00 | 999.00 |
| 09/30/13 | 103 | 490.00 | 984.00 | 1,474.00 |
| 10/01/13 | 106 | 325.00 | 1,116.00 | 1,441.00 |
| 10/02/13 | 71 | 155.00 | 771.00 | 926.00 |
| 10/03/13 | 86 | 515.00 | 786.00 | 1,301.00 |
| 10/04/13 | 65 | 510.00 | 561.00 | 1,071.00 |
| 10/05/13 | 45 | 55.00 | 507.00 | 562.00 |
| 10/06/13 | 49 | 135.00 | 531.00 | 666.00 |
| 10/07/13 | 77 | 405.00 | 744.00 | 1,149.00 |
| 10/08/13 | 93 | 525.00 | 882.00 | 1,407.00 |
| 10/09/13 | 70 | 165.00 | 729.00 | 894.00 |
| 10/10/13 | 48 | 110.00 | 486.00 | 596.00 |
| 10/11/13 | 70 | 70.00 | 753.00 | 823.00 |
| 10/12/13 | 68 | 185.00 | 789.00 | 974.00 |
| 10/13/13 | 61 | 50.00 | 693.00 | 743.00 |
| 10/14/13 | 91 | 65.00 | 1,011.00 | 1,076.00 |
| 10/15/13 | 84 | 160.00 | 954.00 | 1,114.00 |
| 10/16/13 | 108 | 680.00 | 1,026.00 | 1,706.00 |
| 10/17/13 | 78 | 80.00 | 840.00 | 920.00 |
| 10/18/13 | 46 | 135.00 | 480.00 | 615.00 |
| 10/19/13 | 53 | 125.00 | 552.00 | 677.00 |
| 10/20/13 | 39 | 100.00 | 432.00 | 532.00 |
| 10/21/13 | 80 | 490.00 | 771.00 | 1,261.00 |
| 10/22/13 | 70 | 285.00 | 768.00 | 1,053.00 |
| 10/23/13 | 93 | 235.00 | 1,047.00 | 1,282.00 |
| 10/24/13 | 53 | 330.00 | 513.00 | 843.00 |
| 10/25/13 | 43 | 235.00 | 381.00 | 616.00 |
| 10/26/13 | 26 | 140.00 | 258.00 | 398.00 |
| 10/27/13 | 31 | 90.00 | 348.00 | 438.00 |
| 10/28/13 | 107 | 525.00 | 1,044.00 | 1,569.00 |
| 10/29/13 | 59 | 205.00 | 651.00 | 856.00 |
| 10/30/13 | 56 | 150.00 | 639.00 | 789.00 |
| 10/31/13 | 51 | 135.00 | 537.00 | 672.00 |
| 11/01/13 | 63 | 390.00 | 558.00 | 948.00 |

| Date | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| 11/02/13 | 36 | 80.00 | 402.00 | 482.00 |
| 11/03/13 | 27 | 110.00 | 267.00 | 377.00 |
| 11/04/13 | 93 | 710.00 | 852.00 | 1,562.00 |
| 11/05/13 | 71 | 100.00 | 798.00 | 898.00 |
| 11/06/13 | 62 | 445.00 | 588.00 | 1,033.00 |
| 11/07/13 | 58 | 160.00 | 627.00 | 787.00 |
| 11/08/13 | 76 | 590.00 | 696.00 | 1,286.00 |
| 11/09/13 | 48 | 100.00 | 543.00 | 643.00 |
| 11/10/13 | 72 | 180.00 | 723.00 | 903.00 |
| 11/11/13 | 63 | 190.00 | 627.00 | 817.00 |
| 11/12/13 | 89 | 285.00 | 921.00 | 1,206.00 |
| 11/13/13 | 65 | 210.00 | 675.00 | 885.00 |
| 11/14/13 | 89 | 545.00 | 840.00 | 1,385.00 |
| 11/15/13 | 46 | - | 612.00 | 612.00 |
| 11/16/13 | 35 | 140.00 | 360.00 | 500.00 |
| 11/17/13 | 40 | 110.00 | 402.00 | 512.00 |
| 11/18/13 | 113 | 825.00 | 1,023.00 | 1,848.00 |
| 11/19/13 | 96 | 630.00 | 891.00 | 1,521.00 |
| 11/20/13 | 55 | 220.00 | 573.00 | 793.00 |
| 11/21/13 | 84 | 640.00 | 816.00 | 1,456.00 |
| 11/22/13 | 69 | 540.00 | 579.00 | 1,119.00 |
| 11/23/13 | 52 | 305.00 | 495.00 | 800.00 |
| 11/24/13 | 58 | 235.00 | 576.00 | 811.00 |
| 11/25/13 | 93 | 450.00 | 990.00 | 1,440.00 |
| 11/26/13 | 461 | 1,270.00 | 5,097.00 | 6,367.00 |
| 11/27/13 | 270 | 570.00 | 2,913.00 | 3,483.00 |
| 11/28/13 | 108 | 130.00 | 1,239.00 | 1,369.00 |
| 11/29/13 | 128 | 205.00 | 1,446.00 | 1,651.00 |
| 11/30/13 | 128 | 230.00 | 1,452.00 | 1,682.00 |
| 12/01/13 | 189 | 345.00 | 2,085.00 | 2,430.00 |
| 12/02/13 | 422 | 2,945.00 | 4,119.00 | 7,064.00 |
| 12/03/13 | 1,974 | 2,700.00 | 22,299.00 | 24,999.00 |
| 12/04/13 | 247 | 1,000.00 | 2,634.00 | 3,634.00 |
| 12/05/13 | 17 | 225.00 | 102.00 | 327.00 |
| | 30,245 | $ 89,960.00 | $ 297,702.00 | $ 387,662.00 |

| | | | |
|---|---|---|---|
| Paragraph 17(d)(i): | $ 269,880.00 | $ 297,702.00 | $ 567,582.00 |
| Paragraph 17(d)(ii): | $ 269,880.00 | $ 595,404.00 | $ 865,284.00 |
| Make Up to $2MM: | | | $ 1,134,716.00 |