UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Nick Pearson, et al.
                              Plaintiff,

v.                                               Case No.: 1:11−cv−07972
                                                     Honorable James B. Zagel

Target Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 3, 2014:

      MINUTE entry before the Honorable James B. Zagel: In accordance with the Court's Memorandum Opinion and Order, judgment on the final settlement is approved and attorneys' fees for the benefits of injunction and expenses are accepted as follows: $617,166.50 in fees and $57,398.04 in expenses to BFFB; $325,203.75 in fees to Weltman LLC; $52,432.50 in fees and $29,091.06 in expenses to LFSB; $938,790 in fees and $93,187.13 in expenses to D The Court further approves reasonable incentive awards in the amount of $5,000 for each of the six named Plaintiffs, for a total of $30,000. Enter Memorandum Opinion and Order. All pending motions are moot. Civil case terminated. Counsel shall submit a final judgment order in accordance with the Court's Memorandum Opinion and Order, to the Court's proposed orders inbox. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.