UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation <br><br> Defendants. <br><br>―――――――――――――――――――― <br><br> THEODORE H. FRANK, <br><br> Objector. | Case No. 11-CV-07972 <br><br> <u>CLASS ACTION</u> <br><br> Hon. James B. Zagel |

**THEODORE H. FRANK'S NOTICE OF APPEAL**

Notice is hereby given that objecting class member Theodore H. Frank appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Memorandum Opinion and Order (Docket No. 143), filed January 3, 2014, and from its Final Judgment (Docket No. 144), filed January 22, 2014, and all opinions and orders that merge therein.

Dated: January 29, 2014 /s/ Melissa A. Holyoak
Melissa A. Holyoak, (DC Bar No. 487759)
Center for Class Action Fairness
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (573) 823-5377
Email: melissaholyoak@gmail.com

*Attorney for Theodore H. Frank*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Northern District of Illinois, thus effecting service on all attorneys registered for electronic filing. She also caused for the foregoing to be mailed by First Class postage to the following recipients:

**Pamela M Easton**
250 St. Catherine St.
Florissant, MO 63031

**Peggy Thomas**
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311

**Simone Thomas**
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311

Dated: January 29, 2014

/s/ Melissa A. Holyoak