# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.:   11 CV 07972<br><br><br>CLASS ACTION<br><br>Judge James B. Zagel |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, and Abel Gonzalez, in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order (Docket No. 143), approving the final settlement and award for attorneys' fees entered on January 3, 2014 and the Final Judgment and Order (Docket No. 144), on the final settlement and award for attorneys' fees entered on January 22, 2014.

| | |
|---|---|
| Dated: February 3, 2014 | STEWART M. WELTMAN LLC<br><br>s/*Stewart M. Weltman*<br>Stewart M. Weltman<br>STEWART M. WELTMAN, LLC<br>53 W. Jackson, Suite 364<br>Chicago, Illinois 60604<br>Telephone:  312-588-5033<br>(Of Counsel: Levin Fishbein Sedran & Berman) |

1

2

Of Counsel:

Elaine A. Ryan
Patricia N. Syverson
Lindsey M. Gomez-Gray
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100

*Attorneys for Plaintiffs Nick Pearson, Francisco Padilla, Cecilia Linares, Augustina Blanco, and Abel Gonzalez*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, I caused a copy of the foregoing **NOTICE OF APPEAL** to be filed electronically with the Clerk of the Court and to be served by operation of the Court's electronic filing system to all counsel of record.

                                                   s/*Stewart M. Weltman*
                                                   Stewart M. Weltman