UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida Corporation; and TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.: 11 CV 07972<br><br><u>CLASS ACTION</u><br><br>**Judge James B. Zagel**<br><br><br><u>**NOTICE OF APPEAL**</u> |

TO:   All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE THAT Plaintiff, Richard Jennings, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Memorandum Opinion and Order dated and entered on January 3, 2014 (Docket Entry No. 143,) and the Court's Final Judgment and Order dated and entered on January 22, 2014 (Docket Entry No. 144).

Dated:   February 4, 2014

By: /s/ Peter N. Freiberg
Peter N. Freiberg (admitted *pro hac vice*)
Jeffrey I. Carton  (admitted *pro hac vice*)
DENLEA & CARTON LLP
One North Broadway, Suite 509
White Plains, New York 10601
Telephone:   (914) 920-7400

*Attorneys for Plaintiff Richard Jennings*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system:

**Notice of Appeal.**

I also certify that the foregoing document is being served by U.S. Mail this day on all counsel of record or *pro se* parties identified below who are not authorized to receive electronically Notices of Electronic Filing.

C. Jane Radlinski
309 E. Church Street
Jacksonville, FL 32202-2725
(904) 633-2699
*Pro se* Objector

John Michael Buckley
370 Canyon Spring Dr.
Rio Vista, CA 94571
(707) 374-3853
*Pro se* Objector

Peggy Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311
(954) 761-1589
*Pro se* Objector

Simone Thomas
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311
(305) 903-6935
*Pro se* Objector

Rhonda L. Paulson
13383 E. Marie Creek Road
Couer d'Alene, ID 83814
*Pro se* Objector

Donald Charles Koneval
8314 Manorford Drive
Parma, OH 44129-5309
(440) 842-6232
*Pro se* Objector

Anthony Leardi
1813 Renwick Street
Bethlehem, PA 18017
(610) 865-7821
*Pro se* Objector

Joseph Darrell Palmer
Law Office of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
(858) 792-5600
Attorney for Objectors Kathleen McNeal and Alison Paul

| | |
|---|---|
| John C. Kress (53396MO)<br>The Kress Law Firm, LLC<br>4247 S. Grand Blvd.<br>St. Louis, MO 63111<br>(314) 631-3883<br>Attorney for Objector Pamela Easton | Jonathan E. Fortman #40319<br>250 Saint Catherine Street<br>Florissant, Missouri 63031<br>(314) 522-2312<br>Attorney for Objector Pamela Easton |
| Steve A. Miller<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>(303) 892-9933<br>Attorney for Objector Pamela Easton | Maureen Connors (0074094OH)<br>6625 Pearl Road<br>Parma Heights, OH 44130<br>(216) 640-9860<br>Attorney for Objector Pamela Easton |

/s/ Peter N. Freiberg
One of Plaintiffs' Attorneys

3