**FILED**

FEB X 2 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ILLINOIS
Case No. 11-CV-07972



PEARSON, et al.

v.

NBTY, INC., et al.

_____/

## SIMONE THOMAS' NOTICE OF APPEAL

Notice is hereby given that objecting class member Simone Thomas appeals to the United States Court of Appeals for the Seventh Circuit from the Court's Memorandum Opinion and Order (Docket No. 143), filed January 3, 2014, and from its Final Judgment (Docket No. 144), filed January 22, 2014, and all opinions and orders that merge therein.

Signed this 1st day of February, 2014

SIMONE THOMAS
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311
(305) 903-6935
simonethomas3@yahoo.com

**PAID**
RECEIPT # 46244214

FEB X 2 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2014, the foregoing was furnished via U.S. Mail to: **Clerk of Court, United States District Court, Northern District of Illinois,** Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604; **Peter N. Freiberg, Esq.**, Stewart M. Weltman, LLC (Of Counsel Levin, Fishbein, Sedran & Berman), 53 W. Jackson, Suite 364, Chicago, Illinois 60604; **Kara L. McCall, Esq.**, Sidley Austin, LLP, One S. Dearborn Street, Chicago, Illinois, 60603; **Melissa A. Holyoak, Esq.**, Center for Class Action Fairness, 1718 M Street NW, No. 236, Washington, DC 20036.

*[signature]*
SIMONE THOMAS
2109 N.W. 12th Avenue
Ft. Lauderdale, FL 33311
(305) 903-6935
simonethomas3@yahoo.com