**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, individually and on behalf of all others similarly situated; | ) ) ) ) ) ) ) 11 CV 07972 Judge James Zagel |
| Plaintiffs, | ) **NOTICE OF APPEAL** |
| v. | |
| NBTY, INC., a Delaware Corporation; and REXALL SUNDOWN, INC., a Florida Corporation; TARGET CORPORATION, a Minnesota Corporation, | |
| Defendants. | |

Notice is hereby given that Objectors Kathleen McNeal and Alison Paul hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Final Judgment and Order (Docket No. 144) entered in this action on the January 22, 2014, and Memorandum Opinion and Order (Docket No. 143), entered in this action on January 3, 2014.

Dated: February 21, 2014    LAW OFFICES OF DARRELL PALMER PC

By: /s/ Joseph Darrell Palmer
    Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Phone: 858-215-4064
Fax: 866-583-8115
Email: Darrell.palmer@palmerlegalteam.com

Attorney for Objectors Kathleen McNeal and Alison Paul

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois by using the USDC CM/ECF system.

      I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


                                                  ___/s/ Joseph Darrell Palmer_____
                                                  Joseph Darrell Palmer
                                                  Attorney for Objectors