

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

March 20, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Nick Pearson v. Target Corporation

U.S.D.C. DOCKET NO. *: 11 CV 7972*

U.S.C.A. DOCKET NO. : 14-1244, 14-1245, 14-1247

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)     **6**

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)     **1**

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:                              **1 Flash Drive (Sealed Items)**

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ Sheila Moore, Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**6 Volumes of Pleadings**
**1 Flash Drive (Sealed Items)**
**1 Volume of E-Transcript**

In the cause entitled: Nick Pearson v. Target Corporation.

USDC NO.      : 11 CV 7972

USCA NO.      : 14-1244, 14-1245, 14-1247

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 20th day of March 2014.

THOMAS G. BRUTON, CLERK

By: /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

March 20, 2014

APPEAL,GILBERT,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-07972
## Internal Use Only

Pearson v. Target Corporation
Assigned to: Honorable James B. Zagel
Case in other court:

| | |
|---|---|
| | 14-01227 |
| | 14-01244 |
| | 14-01245 |
| | 14-01247 |
| | 14-01389 |

Cause: 28:1332 Diversity-Other Contract

Date Filed: 11/09/2011
Date Terminated: 01/03/2014
Jury Demand: Defendant
Nature of Suit: 110 Contract: Insurance
Jurisdiction: Diversity

**Plaintiff**

**Nick Pearson**                    represented by **Stewart M. Weltman**
Stewart M Weltman, LLC
53 W. Jackson
Suite 364
Chicago, IL 60604
(312) 588-5033
Fax: (312) 427-1850
Email:
sweltman@weltmanlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles C. Sweedler**
Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
Email: csweedler@lfsblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dana Marie Pesha**
Futterman Howard Ashley Watkins &
Weltman, P.C.
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603-6140
(312) 427-3600
Email: dpesha@futtermanhoward.com
*TERMINATED: 08/27/2012*
*ATTORNEY TO BE NOTICED*

**Elaine Ryan**
Bonnett Fairbourn Friedman & Balint,
PC
2325 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016
(602) 274-1100
Fax: (602) 274-1199
Email: eryan@bffb.com
*ATTORNEY TO BE NOTICED*

**Howard J. Sedran**
Levin, Fishbein, Sedran & Berman
510 Walnut Street
5th floor
Philadelphia, PA 19106
(215)592-1500
Email: hsedran@lfsblaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Jennings**                    represented by **Carol V Gilden**
Cohen Milstein Sellers & Toll PLLC
190 S. LaSalle Street
Suite 1705
Chicago, IL 60603
(312) 357-0370
Fax: (312) 357-0369
Email: cgilden@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Ian Carton**

Denlea & Carton Llp
One North Broadway
Suite 509
White Plains, NY 10601
(914) 920-7400
Email: jcarton@denleacarton.com
*ATTORNEY TO BE NOTICED*

**Peter Newton Freiberg**
Denlea & Carton Llp
One North Broadway
Suite 509
White Plains, NY 10601
(914) 920-7400
Email: pfreiberg@denleacarton.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Target Corporation** | represented by | **Bradley Joseph Andreozzi** |

Drinker Biddle & Reath LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
(312) 569-1173
Email: bradley.andreozzi@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Todd Vinson**
Drinker Biddle & Reath LLP
191 North Wacker Drive
#3700
Chicago, IL 60606
(312) 569-1496
Fax: (312) 569-3496
Email: todd.vinson@dbr.com
*ATTORNEY TO BE NOTICED*

**Christopher Matthew Gaul**
Sidley Austin LLP

One South Dearborn Street
Chicago, IL 60603
312 853 3451
Email: cgaul@sidley.com
*ATTORNEY TO BE NOTICED*

**David B. Sudzus**
Drinker Biddle & Reath LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
(312) 569-1000
Fax: (312) 569-3498
Email: david.sudzus@dbr.com
*ATTORNEY TO BE NOTICED*

**Justin O'Neill Kay**
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
312 569 1381
Email: justin.kay@dbr.com
*ATTORNEY TO BE NOTICED*

**Kara L McCall**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: kmccall@sidley.com
*ATTORNEY TO BE NOTICED*

**Michael W. Davis**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: mdavis@sidley.com
*ATTORNEY TO BE NOTICED*

**Shelby Kay Feuerbach**
Sidley Austin Llp
1 South Dearborn Street

Chicago, IL 60603
(312) 853-9802
Email: sfeuerbach@sidley.com
*ATTORNEY TO BE NOTICED*

**Theodore R. Scarborough , Jr.**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: tscarborough@sidley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**NBTY, Inc.**                          represented by **Christopher Matthew Gaul**
*a Delaware Corporation*                (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Kara L McCall**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Michael W. Davis**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Theodore R. Scarborough , Jr.**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Rexall Sundown, Inc.**                represented by **Christopher Matthew Gaul**
*a Florida corporation*                 (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Kara L McCall**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Michael W. Davis**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Theodore R. Scarborough , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2011 | 1 | COMPLAINT filed by Nick Pearson; Filing fee $ 350, receipt number 0752-6553359.(Weltman, Stewart) (Entered: 11/09/2011) |
| 11/09/2011 | 2 | CIVIL Cover Sheet (Weltman, Stewart) (Entered: 11/09/2011) |
| 11/09/2011 | 3 | ATTORNEY Appearance for Plaintiff Nick Pearson by Stewart M. Weltman (Weltman, Stewart) (Entered: 11/09/2011) |
| 11/09/2011 | | CASE ASSIGNED to the Honorable Robert W. Gettleman. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. (nsf, ) (Entered: 11/09/2011) |
| 11/17/2011 | 4 | ATTORNEY Appearance for Plaintiff Nick Pearson by Dana Marie Pesha (Pesha, Dana) (Entered: 11/17/2011) |
| 11/18/2011 | | SUMMONS Issued as to Defendant Target Corporation (nsf, ) (Entered: 11/18/2011) |
| 11/22/2011 | 5 | MOTION by Plaintiff Nick Pearson to certify class (Weltman, Stewart) (Entered: 11/22/2011) |
| 12/06/2011 | 6 | Entered in Error. Modified on 12/19/2011 (rp, ). (Entered: 12/07/2011) |
| 12/19/2011 | 7 | NOTICE of Correction regarding 6 (rp, ) (Entered: 12/19/2011) |
| 01/26/2012 | 8 | ATTORNEY Appearance for Defendant Target Corporation by Bradley Joseph Andreozzi (Andreozzi, Bradley) (Entered: 01/26/2012) |
| 01/26/2012 | 9 | ATTORNEY Appearance for Defendant Target Corporation by David B. Sudzus (Sudzus, David) (Entered: 01/26/2012) |
| 01/26/2012 | 10 | ATTORNEY Appearance for Defendant Target Corporation by Benjamin Todd Vinson (Vinson, Benjamin) (Entered: 01/26/2012) |
| 01/26/2012 | 11 | ATTORNEY Appearance for Defendant Target Corporation by Justin O'Neill Kay (Kay, Justin) (Entered: 01/26/2012) |
| 01/26/2012 | 12 | ATTORNEY Appearance for Defendant Target Corporation by Kara L McCall (McCall, Kara) (Entered: 01/26/2012) |
| 01/26/2012 | 13 | ATTORNEY Appearance for Defendant Target Corporation by Shelby Kay Feuerbach (Feuerbach, Shelby) (Entered: 01/26/2012) |
| 01/26/2012 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Target Corporation *(Rule 7.1 Corporate Disclosure Statement)* (Andreozzi, Bradley) |

| | | |
|---|---|---|
| | | (Entered: 01/26/2012) |
| 01/26/2012 | 15 | MOTION by Defendant Target Corporation to dismiss (Andreozzi, Bradley) (Entered: 01/26/2012) |
| 01/26/2012 | 16 | ~~NOTICE of Motion by Bradley Joseph Andreozzi for presentment of motion to dismiss 15 before Honorable Robert W. Gettleman on 2/9/2012 at 09:15 AM. (Andreozzi, Bradley) (Entered: 01/26/2012)~~ |
| 01/26/2012 | 17 | MEMORANDUM by Target Corporation in support of motion to dismiss 15 (Attachments: # 1 Exhibit No. 1, # 2 Exhibit No. 2)(Andreozzi, Bradley) (Entered: 01/26/2012) |
| 02/09/2012 | 18 | MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 2/9/2012 regarding motion to dismiss 15 . That motion is continued to 2/15/2012 at 10:45 am.. Mailed notice (gds, ) (Entered: 02/10/2012) |
| 02/15/2012 | 19 | MINUTE entry before Honorable Robert W. Gettleman: Motion hearing date of 2/15/2012 is stricken. Mailed notice (gds, ) (Entered: 03/21/2012) |
| 04/03/2012 | 20 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable James B. Zagel for all further proceedings.. Entered by Executive Committee on 4/3/12.(gcy, ) (Entered: 04/05/2012) |
| 06/14/2012 | 21 | *First* AMENDED complaint by Nick Pearson against Target Corporation (Weltman, Stewart) (Entered: 06/14/2012) |
| 06/14/2012 | 22 | ~~NOTICE by Stewart M. Weltman of Change of Address *Notice of Change of Firm* (Weltman, Stewart) (Entered: 06/14/2012)~~ |
| 06/14/2012 | "TYPE=PICT;ALT=LOCK" | ~~(Court only) ***Motions terminated: MOTION by Plaintiff Nick Pearson to certify class 5 is stricken. (drw, ) (Entered: 09/26/2012)~~ |
| 06/14/2012 | "TYPE=PICT;ALT=LOCK" | ~~(Court only) ***Motions terminated: MOTION by Defendant Target Corporation to dismiss 15 is stricken. (drw, ) (Entered: 09/26/2012)~~ |
| 06/18/2012 | 23 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-7266283. (Attachments: # 1 Supplement Sweedler Pro Hac Application)(Sweedler, Charles) (Entered: 06/18/2012) |
| 06/18/2012 | 24 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-7266379. (Attachments: # 1 Supplement H. Sedran Pro Hac Application)(Sedran, Howard) (Entered: 06/18/2012) |
| 06/19/2012 | 25 | MOTION by Defendant Target Corporation to set a briefing schedule *For Responding to Plaintiff's First Amended Class Action Complaint (JOINT* |

| | | |
|---|---|---|
| | | *MOTION)* (Andreozzi, Bradley) (Entered: 06/19/2012) |
| 06/19/2012 | 26 | ~~NOTICE of Motion by Bradley Joseph Andreozzi for presentment of motion by filer to set a briefing schedule 25 before Honorable James B. Zagel on 6/26/2012 at 10:15 AM. (Andreozzi, Bradley) (Entered: 06/19/2012)~~ |
| 06/25/2012 | 27 | MINUTE entry before Honorable James B. Zagel:Application to appear pro hac vice 23 is granted. Application to appear pro hac vice 24 is granted. Motion to set a briefing schedule 25 is granted. Defendant to answer or otherwise plead by 7/20/2012. Responsive pleading due 8/24/2012. Reply brief due 9/14/2012. Status hearing set for 10/25/2012 at 10:00 AM. Notice of motion hearing 6/26/2012 is stricken. Mailed notice (drw, ) (Entered: 06/25/2012) |
| 07/20/2012 | 28 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Andreozzi, Bradley) (Entered: 07/20/2012) |
| 07/20/2012 | 29 | ~~NOTICE of Motion by Bradley Joseph Andreozzi for presentment of Motion to Dismiss for Failure to State a Claim 28 before Honorable James B. Zagel on 8/2/2012 at 10:15 AM. (Andreozzi, Bradley) (Entered: 07/20/2012)~~ |
| 07/20/2012 | 30 | MEMORANDUM by Target Corporation in support of Motion to Dismiss for Failure to State a Claim 28 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Andreozzi, Bradley) (Entered: 07/20/2012) |
| 07/20/2012 | 31 | MOTION by Defendant Target Corporation for leave to file excess pages (Andreozzi, Bradley) (Entered: 07/20/2012) |
| 07/20/2012 | 32 | ~~NOTICE of Motion by Bradley Joseph Andreozzi for presentment of motion for leave to file excess pages 31 before Honorable James B. Zagel on 8/2/2012 at 10:15 AM. (Andreozzi, Bradley) (Entered: 07/20/2012)~~ |
| 08/01/2012 | 33 | MINUTE entry before Honorable James B. Zagel:Motion for leave to file excess pages in support of the motion to dismiss 31 is granted.Mailed notice (drw, ) (Entered: 08/01/2012) |
| 08/01/2012 | 34 | MINUTE entry before Honorable James B. Zagel:Notice of motion hearing as to the motion to dismiss 28 is stricken. Motion to Dismiss for Failure to State a Claim 28 response is due by 8/24/2012. Reply is due by 9/14/2012.Mailed notice (drw, ) (Entered: 08/01/2012) |
| 08/10/2012 | 35 | MOTION by Plaintiff Nick Pearson for extension of time to file (Weltman, Stewart) (Entered: 08/10/2012) |
| 08/10/2012 | 36 | ~~NOTICE of Motion by Stewart M. Weltman for presentment of motion for extension of time to file 35 before Honorable James B. Zagel on 8/16/2012 at 10:15 AM. (Weltman, Stewart) (Entered: 08/10/2012)~~ |
| 08/15/2012 | 37 | MINUTE entry before Honorable James B. Zagel:Motion for extension of time to file briefs on motion to dismiss 28 35 is granted. MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 28 response now due by |

| | | |
|---|---|---|
| | | 8/31/2012. Reply now due by 9/21/2012.Mailed notice (drw, ) (Entered: 08/15/2012) |
| 08/23/2012 | 38 | MOTION by counsel for Plaintiff Nick Pearson to withdraw as attorney (Pesha, Dana) (Entered: 08/23/2012) |
| 08/23/2012 | 39 | NOTICE of Motion by Dana Marie Pesha for presentment of motion to withdraw as attorney 38 before Honorable James B. Zagel on 9/4/2012 at 10:15 AM. (Pesha, Dana) (Entered: 08/23/2012) |
| 08/23/2012 | 40 | NOTICE of Motion by Dana Marie Pesha for presentment of (Pesha, Dana) (Entered: 08/23/2012) |
| 08/27/2012 | 41 | MINUTE entry before Honorable James B. Zagel:Motion to withdraw as attorney 38 is granted. The appearance of attorney Dana Marie Pesha is withdrawn. Notice of motion hearing 9/4/2012 is stricken.Mailed notice (drw, ) (Entered: 08/27/2012) |
| 08/31/2012 | 42 | RESPONSE by Nick Pearson to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 28 (Attachments: # 1 Exhibit)(Weltman, Stewart) (Entered: 08/31/2012) |
| 08/31/2012 | 43 | MOTION by Plaintiff Nick Pearson for leave to file excess pages (Weltman, Stewart) (Entered: 08/31/2012) |
| 08/31/2012 | 44 | NOTICE of Motion by Stewart M. Weltman for presentment of motion for leave to file excess pages 43 before Honorable James B. Zagel on 9/6/2012 at 10:15 AM. (Weltman, Stewart) (Entered: 08/31/2012) |
| 09/05/2012 | 45 | MINUTE entry before Honorable James B. Zagel:Motion for leave to file briefs in excess pages 43 is granted. Notice of motion hearing 9/6/2012 is stricken. Mailed notice (drw, ) (Entered: 09/05/2012) |
| 09/17/2012 | 46 | MOTION by Defendant Target Corporation for extension of time to file response/reply as to response to motion 42 *(Unopposed Motion)* (Andreozzi, Bradley) (Entered: 09/17/2012) |
| 09/17/2012 | 47 | NOTICE of Motion by Bradley Joseph Andreozzi for presentment of motion for extension of time to file response/reply, motion for relief 46 before Honorable James B. Zagel on 9/20/2012 at 10:15 AM. (Andreozzi, Bradley) (Entered: 09/17/2012) |
| 09/19/2012 | 48 | MINUTE entry before Honorable James B. Zagel:Notice of motion hearing 9/20/2012 is stricken. Motion for extension of time to file response/reply 28 is granted. MOTION by Defendant Target Corporation to dismiss 15 46 replies now due by 10/18/2012.Mailed notice (drw, ) (Entered: 09/19/2012) |
| 10/18/2012 | 49 | REPLY by Target Corporation to response to motion 42 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 28 , memorandum in support of motion 30 (Attachments: # 1 Exhibit G)(Andreozzi, Bradley) (Entered: 10/18/2012) |

| | | |
|---|---|---|
| 10/18/2012 | 50 | MOTION by Defendant Target Corporation for leave to file excess pages *[Unopposed Motion]* (Andreozzi, Bradley) (Entered: 10/18/2012) |
| 10/18/2012 | 51 | ~~NOTICE of Motion by Bradley Joseph Andreozzi for presentment of motion for leave to file excess pages 50 before Honorable James B. Zagel on 10/25/2012 at 10:15 AM. (Andreozzi, Bradley) (Entered: 10/18/2012)~~ |
| 10/18/2012 | 52 | CORRECTED (page-numbered) Reply by Target Corporation *(in place of Docket Entry No. 49)* (Attachments: # 1 Exhibit G)(Andreozzi, Bradley) (Entered: 10/18/2012) |
| 10/24/2012 | 53 | MINUTE entry before Honorable James B. Zagel:Notice of motion hearing 10/25/2012 is stricken. Motion for leave to file excess pages 50 is granted. Motion to dismiss is taken under advisement. Status hearing (10-25-2012) is reset for 11/29/2012 at 10:00 AM.Mailed notice (drw, ) (Entered: 10/24/2012) |
| 11/02/2012 | 54 | Notice of Supplemental Authority In Support of Its Motion to Dismiss The First Amended Class Action Complaint by Target Corporation (Attachments: # 1 Exhibit A)(Andreozzi, Bradley) (Entered: 11/02/2012) |
| 11/06/2012 | 55 | RESPONSE by Plaintiff Nick Pearson to other 54 *Plaintiff's Response to Defendant's Notice of Supplemental Authority* (Ryan, Elaine) (Entered: 11/06/2012) |
| 11/09/2012 | 56 | MINUTE entry before Honorable James B. Zagel:Defendant's motion to dismiss 28 is granted in part and denied in part.Mailed notice (drw, ) (Entered: 11/09/2012) |
| 11/29/2012 | 58 | MINUTE entry before Honorable James B. Zagel:Status hearing held on 11/29/2012. Scheduling order to come. Status hearing set for 2/11/2013 at 10:00 AM.Mailed notice (drw, ) (Entered: 12/28/2012) |
| 12/07/2012 | 57 | ANSWER to amended complaint *and Separate or Affirmative Defenses* by Target Corporation(McCall, Kara) (Entered: 12/07/2012) |
| 02/06/2013 | 59 | ~~NOTICE by Stewart M. Weltman of Change of Address (Weltman, Stewart) (Entered: 02/06/2013)~~ |
| 02/08/2013 | 60 | Joint Proposed Discovery Schedule by Target Corporation (McCall, Kara) (Entered: 02/08/2013) |
| 02/12/2013 | 61 | MINUTE entry before Honorable James B. Zagel: Status hearing held on 2/11/13. The Court enters the following discovery schedule: Rule 26 initial disclosures shall be exchanged on or before 3/31/13. Class discovery shall be completed by 7/1/13. The opening class certification motion shall be filed on or before 7/26/13. Plaintiff shall produce and Defendant shall depose class certification experts, if any, on or before 8/23/13. Opposition to the opening class certification motion shall be filed on or before 9/20/13. Defendant shall produce and Plaintiff shall depose class certification experts, if any, on or before 10/18/13. Plaintiff's reply to class certification opposition shall be |

| | | |
|---|---|---|
| | | filed on or before 11/1/13. Class certification hearing set for 11/12/13 at 10:15 a.m. Status hearing set for 7/18/13 at 10:00 a.m. Mailed notice (ep, ) (Entered: 02/12/2013) |
| 03/18/2013 | 62 | MINUTE entry before Honorable James B. Zagel: Hearing set for 3/22/13 at 12:30 p.m. Mailed notice (ep, ) (Entered: 03/18/2013) |
| 03/22/2013 | 63 | MINUTE entry before Honorable James B. Zagel: Status hearing held regarding global settlement. The parties intend to submit preliminary approval papers to the Court in the near future. Status hearing set for 7/18/13 at 10:00 a.m. will stand. Mailed notice (ep, ) (Entered: 03/22/2013) |
| 04/22/2013 | 64 | *Second* AMENDED complaint by Nick Pearson against Target Corporation (Weltman, Stewart) (Entered: 04/22/2013) |
| 05/02/2013 | 65 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8304468. (Freiberg, Peter) (Entered: 05/02/2013) |
| 05/02/2013 | 66 | ~~ATTORNEY Appearance for Plaintiff Richard Jennings by Peter Newton Freiberg (Freiberg, Peter) (Entered: 05/02/2013)~~ |
| 05/02/2013 | 67 | Designation of Local Counsel by Richard Jennings (Freiberg, Peter) (Entered: 05/02/2013) |
| 05/02/2013 | 68 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-8304693. (Carton, Jeffrey) (Entered: 05/02/2013) |
| 05/02/2013 | 69 | ~~ATTORNEY Appearance for Plaintiff Richard Jennings by Jeffrey Ian Carton (Carton, Jeffrey) (Entered: 05/02/2013)~~ |
| 05/02/2013 | 70 | Designation of Local Counsel by Richard Jennings (Carton, Jeffrey) (Entered: 05/02/2013) |
| 05/02/2013 | 71 | ~~ATTORNEY Appearance for Plaintiff Richard Jennings by Carol V Gilden (Gilden, Carol) (Entered: 05/02/2013)~~ |
| 05/06/2013 | 72 | MINUTE entry before Honorable James B. Zagel: Plaintiff's Motions for Leave to Appear Pro Hac Vice 65 and 68 are granted. Mailed notice (ep, ) (Entered: 05/06/2013) |
| 05/07/2013 | 73 | MEMORANDUM by Plaintiffs Richard Jennings, Nick Pearson in Support of Motion for Preliminary Approval of Settlement 74 Responses due by 5/16/2013 (Attachments: # 1 Exhibit No. 1, # 2 Exhibit No. 2, # 3 Exhibit No. 3, # 4 Exhibit No. 4, # 5 Exhibit No. 5)(Weltman, Stewart) Modified on 5/7/2013 (ep, ). (Entered: 05/07/2013) |
| 05/07/2013 | "TYPE=PICT;ALT=LOCK" | ~~(Court only) ***Motions terminated: MOTION by Plaintiffs Richard Jennings, Nick Pearson to certify class 73 . (ep, ) (Entered: 05/07/2013)~~ |
| 05/07/2013 | 74 | MOTION by Plaintiffs Richard Jennings, Nick Pearson to approve consent |

| | | |
|---|---|---|
| | | judgment , MOTION by Plaintiffs Richard Jennings, Nick Pearson to certify class Responses due by 5/16/2013 (Weltman, Stewart) (Entered: 05/07/2013) |
| 05/07/2013 | 75 | MOTION by Plaintiffs Richard Jennings, Nick Pearson for leave to file excess pages (Weltman, Stewart) (Entered: 05/07/2013) |
| 05/07/2013 | 76 | NOTICE of Motion by Stewart M. Weltman for presentment of motion to approve consent judgment, motion to certify class 74 before Honorable James B. Zagel on 5/16/2013 at 09:30 AM. (Weltman, Stewart) (Entered: 05/07/2013) |
| 05/07/2013 | 77 | NOTICE of Motion by Stewart M. Weltman for presentment of motion for leave to file excess pages 75 before Honorable James B. Zagel on 5/16/2013 at 09:30 AM. (Weltman, Stewart) (Entered: 05/07/2013) |
| 05/09/2013 | 78 | ATTORNEY Appearance for Defendants NBTY, Inc., Rexall Sundown, Inc., Target Corporation by Michael W. Davis (Davis, Michael) (Entered: 05/09/2013) |
| 05/09/2013 | 79 | ATTORNEY Appearance for Defendants NBTY, Inc., Rexall Sundown, Inc., Target Corporation by Theodore R. Scarborough, Jr (Scarborough, Theodore) (Entered: 05/09/2013) |
| 05/10/2013 | 80 | MINUTE entry before Honorable James B. Zagel: Plaintiff's Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages 75 is granted. Hearing set for 5/16/13 at 9:30 a.m. is stricken. Hearing on Plaintiffs' Motion for Preliminary Approval of the Settlement 74 will still be heard on 5/16/13 at 9:30 a.m. Mailed notice (ep, ) (Entered: 05/10/2013) |
| 05/10/2013 | 81 | ATTORNEY Appearance for Plaintiff Nick Pearson by Elaine Ryan (Ryan, Elaine) (Entered: 05/10/2013) |
| 05/16/2013 | 82 | AMENDED motion to approve consent judgment, motion to certify class 74 *Amended Notice Plan - Exhibit C/Settlement Agreement* (Weltman, Stewart) (Entered: 05/16/2013) |
| 05/16/2013 | 83 | MINUTE entry before Honorable James B. Zagel: Motion hearing held. Plaintiffs' Motion for Preliminary Approval of Settlement 74 is granted. The Court provisionally certifies the Settlement Class. Leave is granted to answer the second amended complaint. Fairness hearing set for 9/4/13 at 11:00 a.m. Mailed notice (ep, ) (Entered: 05/17/2013) |
| 05/20/2013 | 84 | ANSWER to amended complaint by NBTY, Inc., Rexall Sundown, Inc.(McCall, Kara) (Entered: 05/20/2013) |
| 05/20/2013 | 85 | ANSWER to amended complaint by Target Corporation(McCall, Kara) (Entered: 05/20/2013) |
| 05/24/2013 | 86 | MINUTE entry before Honorable James B. Zagel: Enter Preliminary Approval Order. Mailed notice (ep, ) (Entered: 05/24/2013) |
| 05/24/2013 | 87 | PRELIMINARY Approval Order. Signed by the Honorable James B. Zagel |

| | | on 5/24/2013. (ep, ) (Entered: 05/24/2013) |
|---|---|---|
| 05/30/2013 | 88 | MINUTE entry before Honorable James B. Zagel: Enter Preliminary Approval Order (Corrected version) dated 5/30/13. Mailed notice (ep, ) (Entered: 06/04/2013) |
| 05/30/2013 | 89 | PRELIMINARY Approval Order (Corrected version). Signed by the Honorable James B. Zagel on 5/30/2013. (ep, ) (Entered: 06/04/2013) |
| 07/01/2013 | 90 | LETTER from C. Jane Radlinski dated 6/24/13. (mb, ) (Entered: 07/03/2013) |
| 07/12/2013 | 91 | LETTER from Anthony Leardi # 1 Attachment) (mb, ). (Entered: 07/16/2013) |
| 07/19/2013 | 92 | LETTER from Kara McCall dated 7/18/13. (mb, ) (Entered: 07/23/2013) |
| 07/24/2013 | 93 | LETTER from John Michael Buckley dated 7/20/13. (mb, ) (Entered: 07/29/2013) |
| 08/01/2013 | 94 | ~~ATTORNEY Appearance for Objector Theodore H. Frank by Melissa A Holyoak (Holyoak, Melissa) (Entered: 08/01/2013)~~ |
| 08/01/2013 | 95 | Objection by Theodore H. Frank (Attachments: # 1 Declaration Theodore H. Frank)(Holyoak, Melissa) (Entered: 08/01/2013) |
| 08/01/2013 | 96 | MOTION by Objector Theodore H. Frank for leave to file excess pages (Attachments: # 1 Objection by Theodore H. Frank)(Holyoak, Melissa) (Entered: 08/01/2013) |
| 08/01/2013 | 97 | ~~NOTICE of Motion by Melissa A Holyoak for presentment of motion for leave to file excess pages 96 before Honorable James B. Zagel on 8/15/2013 at 09:30 AM. (Attachments: # 1 Motion to Exceed Page Limit)(Holyoak, Melissa) (Entered: 08/01/2013)~~ |
| 08/01/2013 | 98 | OBJECTIONS *to Class Action Settlement* (Attachments: # 1 Declaration Declaration of Pamela Easton, # 2 Exhibit Web Page)(Fortman, Jonathan) (Entered: 08/01/2013) |
| 08/01/2013 | 99 | OBJECTION to Settlement and Award of Attorneys' Fees by Class Member Peggy Thomas. (mb, ) (Entered: 08/06/2013) |
| 08/01/2013 | 100 | OBJECTION to Settlement and Award of Attorneys' Fees by Class Member Simone Thomas. (mb, ) (Entered: 08/06/2013) |
| 08/01/2013 | 101 | LETTER from Charles Koneval. (mb, ) (Entered: 08/06/2013) |
| 08/08/2013 | 102 | MINUTE entry before Honorable James B. Zagel: At the parties' request, the fairness hearing set for 9/4/13 at 11:00 a.m. is stricken and reset to 10/4/13 at 10:30 a.m. Documents in support of the settlement and responses to objections shall be filed on or before 9/4/13. Objector's Motion for Leave to File Excess Pages 96 is granted. Hearing set for 8/15/13 at 9:30 a.m. is stricken. Mailed notice (ep, ) (Entered: 08/08/2013) |
| 08/08/2013 | 103 | OBJECTION to Settlement by Theodore H. Frank. (mb, ) (Entered: |

| | | |
|---|---|---|
| | | 08/09/2013) |
| 08/09/2013 | 104 | OBJECTIONS of Kathleen McNel and Alison Paul to Settlement and Notice of Intent to Appear (Exhibits). (et, ) (Entered: 08/13/2013) |
| 08/14/2013 | 106 | ~~NOTICE of Class Action Settlement. (mb, ) (Entered: 08/16/2013)~~ |
| 08/14/2013 | 107 | LETTER from Inez Velez dated 7/29/13. (mb, ) (Entered: 08/16/2013) |
| 08/15/2013 | 105 | Notice of Pertinent Authority by Theodore H. Frank (Attachments: # 1 Exhibit In re Dry Max Pampers Litigation, -- F.3d --, No. 11-4156 (6th Cir. Aug. 2, 2013))(Holyoak, Melissa) (Entered: 08/15/2013) |
| 08/29/2013 | 108 | ~~NOTICE by All Defendants *of filing the Declaration of Kara L. McCall* (Attachments: # 1 Declaration of Kara L. McCall, # 2 Exhibit A (Part 1 of 8), # 3 Exhibit A (Part 2 of 8), # 4 Exhibit A (Part 3 of 8), # 5 Exhibit A (Part 4 of 8), # 6 Exhibit A (Part 5 of 8), # 7 Exhibit A (Part 6 of 8), # 8 Exhibit A (Part 7 of 8), # 9 Exhibit A (Part 8 of 8))(McCall, Kara) (Entered: 08/29/2013)~~ |
| 09/04/2013 | 109 | MOTION by Plaintiffs Richard Jennings, Nick Pearson, Defendants NBTY, Inc., Rexall Sundown, Inc., Target Corporation for leave to file *Joint Response to Objections and Exhibits Thereto Under Seal* (McCall, Kara) (Entered: 09/04/2013) |
| 09/04/2013 | 110 | ~~NOTICE of Motion by Kara L McCall for presentment of motion for leave to file 109 before Honorable James B. Zagel on 9/12/2013 at 09:30 AM. (McCall, Kara) (Entered: 09/04/2013)~~ |
| 09/04/2013 | 111 | MOTION by Plaintiffs Richard Jennings, Nick Pearson, Defendants NBTY, Inc., Rexall Sundown, Inc., Target Corporation for leave to file excess pages (McCall, Kara) (Entered: 09/04/2013) |
| 09/04/2013 | 112 | ~~NOTICE of Motion by Kara L McCall for presentment of motion for leave to file excess pages 111 before Honorable James B. Zagel on 9/12/2013 at 09:30 AM. (McCall, Kara) (Entered: 09/04/2013)~~ |
| 09/04/2013 | 113 | RESPONSE by Plaintiffs Richard Jennings, Nick Pearson, Defendants NBTY, Inc., Rexall Sundown, Inc., Target Corporation to objections 99 , objections 100 , letter 93 , other 95 , objections 98 , letter 90 , objections 104 *Parties Joint Response To Objections* (Attachments: # 1 Exhibit A, # 2 Exhibit B B (Part 1 of 2 (Redacted)), # 3 Exhibit B (Part 2 of 2 (Redacted)), # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J (Redacted), # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S (Redacted), # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z (Redacted))(McCall, Kara) (Entered: 09/04/2013) |
| 09/04/2013 | 114 | MOTION by Plaintiffs Richard Jennings, Nick Pearsonfor Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses and |

| | | |
|---|---|---|
| | | Incentive Awards (Freiberg, Peter) (Entered: 09/04/2013) |
| 09/04/2013 | 115 | ~~NOTICE of Motion by Peter Newton Freiberg for presentment of motion for miscellaneous relief 114 before Honorable James B. Zagel on 10/4/2013 at 10:30 AM. (Freiberg, Peter) (Entered: 09/04/2013)~~ |
| 09/04/2013 | 116 | MOTION by Plaintiffs Richard Jennings, Nick Pearson for leave to file excess pages *for their Memorandum in Support of their Motion for Final Approval of Class Action Settlement* (Freiberg, Peter) (Entered: 09/04/2013) |
| 09/04/2013 | 117 | ~~NOTICE of Motion by Peter Newton Freiberg for presentment of motion for leave to file excess pages 116 before Honorable James B. Zagel on 9/12/2013 at 09:30 AM. (Freiberg, Peter) (Entered: 09/04/2013)~~ |
| 09/04/2013 | 118 | MOTION by Plaintiffs Richard Jennings, Nick Pearson for leave to file *Motion for Leave to File Plaintiffs' Response to Objections Thereto Under Seal* (Weltman, Stewart) (Entered: 09/04/2013) |
| 09/04/2013 | 119 | ~~NOTICE of Motion by Stewart M. Weltman for presentment of motion for leave to file 118 before Honorable James B. Zagel on 9/12/2013 at 09:30 AM. (Weltman, Stewart) (Entered: 09/04/2013)~~ |
| 09/04/2013 | 120 | RESPONSE by Plaintiffs Richard Jennings, Nick Pearson to objections 104 , objections 99 , objections 100 , letter 93 , other 95 , objections 98 , letter 90 *Plaintiffs' Response to Objections* (Weltman, Stewart) (Entered: 09/04/2013) |
| 09/04/2013 | 121 | MEMORANDUM by Richard Jennings, Nick Pearson in support of motion for miscellaneous relief 114 *of Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses and Incentive Awards* (Freiberg, Peter) (Entered: 09/04/2013) |
| 09/04/2013 | 122 | MOTION by Plaintiffs Richard Jennings, Nick Pearson to seal document *Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses and Incentive Awards* (Freiberg, Peter) (Entered: 09/04/2013) |
| 09/04/2013 | 123 | ~~NOTICE of Motion by Peter Newton Freiberg for presentment of motion to seal document, 122 before Honorable James B. Zagel on 9/12/2013 at 09:30 AM. (Freiberg, Peter) (Entered: 09/04/2013)~~ |
| 09/04/2013 | 124 | DECLARATION of Jeffrey I. Carton *in Suport of Final Approval of Settlement, Attorneys' Fees and Expenses and Incentive Awards* (Attachments: # 1 Exhibit A - Firm Biography, # 2 Exhibit B - Time Records)(Freiberg, Peter) (Entered: 09/04/2013) |
| 09/04/2013 | 125 | DECLARATION of Elaine Ryan, Stewart M. Weltman and Howard J. Sedran *in Support of Motion for Attorneys' Fees and Expenses and Incentive Awards* (Attachments: # 1 Exhibit A-BFFB Bio, # 2 Exhibit B-Weltman Bio, # 3 Exhibit C-Levin Fishbein Bio)(Weltman, Stewart) (Entered: 09/04/2013) |
| 09/06/2013 | 126 | ~~ATTORNEY Appearance for Objectors Theodore H. Frank, Theodore H.~~ |

| | | |
|---|---|---|
| | | Frank by Debra Jeannine Tucker (Tucker, Debra) (Entered: 09/06/2013) |
| 09/09/2013 | 127 | ATTORNEY Appearance for Objectors Theodore H. Frank, Theodore H. Frank by Melissa Rachel Pavely (Pavely, Melissa) (Entered: 09/09/2013) |
| 09/10/2013 | 128 | ATTORNEY Appearance for Defendants NBTY, Inc., Rexall Sundown, Inc., Target Corporation by Christopher Matthew Gaul (Gaul, Christopher) (Entered: 09/10/2013) |
| 09/11/2013 | 129 | MINUTE entry before Honorable James B. Zagel: The parties' Motion for Leave to File a Joint Response to Objections and Exhibits Therto Under Seal 109 is granted. The parties shall electronically file sealed versions of their Joint Response to Objections and Exhibit B, J, S, and Z. The parties' Motion for Leave to File a Joint Response to Objections in Excess of Fifteen Pages 111 is granted. Plaintiffs' Motion for Leave to File a Brief in Excess of Fifteen Pages in Support of its Motion for Final Approval 116 is granted. Plaintiffs' motion for Leave to File their Response to Objections Thereto Under Seal 118 is granted. The parties shall electronically file sealed versions of Plaintiffs' Response to Objections. Plaintiffs' Motion for Leave to File a Memorandum of Law in Support of their Motion for Final Approval of Class Action Settlement Under Seal 122 is granted. Plaintiffs shall electronically file a sealed version of their Memorandum of Law. Hearing set for 9/12/13 at 9:30 a.m. is stricken and no appearance is necessary. Mailed notice (ep, ) (Entered: 09/11/2013) |
| 09/11/2013 Flash Drive | 130 | SEALED RESPONSE by Richard Jennings, NBTY, Inc., Nick Pearson, Rexall Sundown, Inc., Target Corporation to objections 99 , objections 100 , letter 93 , other 95 , objections 98 , letter 90 , objections 104 *Parties Joint Response To Objections* (Attachments: # 1 Exhibit B, # 2 Exhibit J, # 3 Exhibit S (Part 1 of 2), # 4 Exhibit S (Part 2 of 2), # 5 Exhibit Z)(McCall, Kara) (Entered: 09/11/2013) |
| 09/11/2013 Flash Drive | 131 | SEALED DOCUMENT by Plaintiffs Richard Jennings, Nick Pearson *Plaintiffs' Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses and Incentive Awards* (Freiberg, Peter) (Entered: 09/11/2013) |
| 09/12/2013 Flash Drive | 132 | SEALED RESPONSE *Plaintiffs' Response to Objections* (Weltman, Stewart) (Entered: 09/12/2013) |
| 09/23/2013 | 133 | MOTION by Objector Theodore H. Frank to unseal document Response 120 , Response,,, 113 , memorandum in support of motion 121 *and Memorandum in Support* (Holyoak, Melissa) (Entered: 09/23/2013) |
| 09/23/2013 | 134 | NOTICE of Motion by Melissa A Holyoak for presentment of motion to unseal document, motion for relief,, 133 before Honorable James B. Zagel on 10/4/2013 at 10:30 AM. (Attachments: # 1 Motion to Unseal and Memorandum of Law in Support)(Holyoak, Melissa) (Entered: 09/23/2013) |

| | | |
|---|---|---|
| 09/30/2013 | 135 | RESPONSE by Richard Jennings, NBTY, Inc., Nick Pearson, Rexall Sundown, Inc., Target Corporationin Opposition to MOTION by Objector Theodore H. Frank to unseal document Response 120 , Response,,, 113 , memorandum in support of motion 121 *and Memorandum in Support* 133 (Attachments: # 1 Exhibit List, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(McCall, Kara) (Entered: 09/30/2013) |
| 10/04/2013 | 136 | MINUTE entry before Honorable James B. Zagel: In court hearing and motion hearing held. Further hearing set for 11/20/13 at 9:30 a.m. Mailed notice (ep, ) (Entered: 10/09/2013) |
| 11/06/2013 | 137 | SUPPLEMENT to sealed document 131 *Plaintiffs' Supplemental Memorandum of Law ISO Motion for Final Approval of Class Action Settlement, Attorneys' Fees and Expenses, and Incentive Awards* (Attachments: # 1 Exhibit A)(Weltman, Stewart) (Entered: 11/06/2013) |
| 11/15/2013 | 138 | RESPONSE by Objector Theodore H. Frank to supplement, 137 (Holyoak, Melissa) (Entered: 11/15/2013) |
| 11/20/2013 | 139 | MINUTE entry before the Honorable James B. Zagel: The Court will issue a ruling in early December. Mailed notice (ep, ) (Entered: 11/22/2013) |
| 12/05/2013 | 140 | ORDER: Plaintiffs are ordered to produce to the court the number of claims filed by class members by the December 3, 2013 claims deadline and the total amount of relief dispersed or owed to class members. Signed by the Honorable James B. Zagel on 12/5/2013. Mailed notice(ep, ) (Entered: 12/05/2013) |
| 12/06/2013 | 141 | SUPPLEMENT to order, 140 *Plaintiffs' Supplemental Submission Regarding Total Payments To Be Made To Class Members* (Attachments: # 1 Exhibit A)(Weltman, Stewart) (Entered: 12/06/2013) |
| 01/03/2014 | 142 | MINUTE entry before the Honorable James B. Zagel: In accordance with the Court's Memorandum Opinion and Order, judgment on the final settlement is approved and attorneys' fees for the benefits of injunction and expenses are accepted as follows: $617,166.50 in fees and $57,398.04 in expenses to BFFB; $325,203.75 in fees to Weltman LLC; $52,432.50 in fees and $29,091.06 in expenses to LFSB; $938,790 in fees and $93,187.13 in expenses to D&C. The Court further approves reasonable incentive awards in the amount of $5,000 for each of the six named Plaintiffs, for a total of $30,000. Enter Memorandum Opinion and Order. All pending motions are moot. Civil case terminated. Counsel shall submit a final judgment order in accordance with the Court's Memorandum Opinion and Order, to the Court's proposed orders inbox. Mailed notice (ep, ) (Entered: 01/03/2014) |
| 01/03/2014 | 143 | MEMORANDUM Opinion and Order. Signed by the Honorable James B. Zagel on 1/3/2014. (ep, ) (Entered: 01/03/2014) |
| 01/22/2014 | 144 | FINAL Judgment and Order. Signed by the Honorable James B. Zagel on |

| | | |
|---|---|---|
| | | l/22/2014. (ep, ) (Entered: 01/24/2014) |
| 01/29/2014 | 145 | NOTICE of appeal by Theodore H. Frank, Theodore H. Frank regarding orders 143 , 144 Filing fee $ 505, receipt number 0752-9148624. (Holyoak, Melissa) (Entered: 01/29/2014) |
| 01/30/2014 | 146 | NOTICE of Appeal Due letter sent to counsel of record. (smm) (Entered: 01/30/2014) |
| 01/30/2014 | 147 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 145 . Notified counsel (smm) (Entered: 01/30/2014) |
| 02/02/2014 | 154 | NOTICE of appeal by Simone Thomas regarding orders 143 , 144 , 142 Filing fee $ 505, receipt number 4624114216. (smm) (Entered: 02/04/2014) |
| 02/02/2014 | 160 | NOTICE of appeal by Peggy Thomas regarding orders 143 , 144 , 142 . Filing fee $ 505, receipt number 4624114215. (smm) (Entered: 02/05/2014) |
| 02/03/2014 | 148 | NOTICE of appeal by Nick Pearson regarding orders 143 , 144 Filing fee $ 505, receipt number 0752-9161906. (Weltman, Stewart) (Entered: 02/03/2014) |
| 02/03/2014 | 149 | DOCKETING Statement by Nick Pearson regarding notice of appeal 148 (Weltman, Stewart) (Entered: 02/03/2014) |
| 02/04/2014 | 150 | NOTICE of Appeal Due letter sent to counsel of record. (smm) (Entered: 02/04/2014) |
| 02/04/2014 | 151 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 148 . Notified counsel (smm) (Entered: 02/04/2014) |
| 02/04/2014 | 152 | NOTICE of appeal by Richard Jennings regarding orders 143 , 144 Filing fee $ 505, receipt number 0752-9166138. (Freiberg, Peter) (Entered: 02/04/2014) |
| 02/04/2014 | 153 | DOCKETING Statement by Richard Jennings regarding notice of appeal 152 (Freiberg, Peter) (Entered: 02/04/2014) |
| 02/04/2014 | 155 | NOTICE of Appeal Due letter sent to counsel of record. (smm) (Entered: 02/04/2014) |
| 02/04/2014 | 156 | NOTICE of Appeal Due letter sent to counsel of record. (smm) (Entered: 02/04/2014) |
| 02/04/2014 | 157 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 154 . Notified counsel (smm) (Entered: 02/05/2014) |
| 02/04/2014 | 158 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 148 , USCA Case No. 14-1227. (nf, ) (Entered: 02/05/2014) |
| 02/04/2014 | 159 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 152 . Notified counsel (smm) (Entered: 02/05/2014) |
| 02/05/2014 | 161 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 160 . (smm) (Entered: 02/05/2014) |

| 02/05/2014 | 162 | NOTICE of Correction regarding notice of appeal due letter 156 . (smm) (Entered: 02/05/2014) |
| 02/05/2014 | 163 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 152 (smm) (Entered: 02/05/2014) |
| 02/05/2014 | 164 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 160 . Notified counsel (smm) (Entered: 02/05/2014) |
| 02/05/2014 | 165 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 160 ; USCA Case No. 14-1244. (nf, ) (Entered: 02/06/2014) |
| 02/05/2014 | 166 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 152 ; USCA Case No. 14-1245. (nf, ) (Entered: 02/06/2014) |
| 02/05/2014 | 167 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 154 ; USCA Case No. 14-1247. (nf, ) (Entered: 02/06/2014) |
| 02/10/2014 | 168 | SEVENTH CIRCUIT transcript information sheet by Richard Jennings (Freiberg, Peter) (Entered: 02/10/2014) |
| 02/10/2014 | 169 | SEVENTH CIRCUIT transcript information sheet by Theodore H. Frank, Theodore H. Frank (Attachments: # 1 Certificate of Service Certificate of Service)(Holyoak, Melissa) (Entered: 02/10/2014) |
| 02/12/2014 | 170 | SEVENTH CIRCUIT transcript information sheet by Nick Pearson (Weltman, Stewart) (Entered: 02/12/2014) |
| 02/13/2014 | 171 | DESIGNATION by Richard Jennings, Nick Pearson of record on appeal (Freiberg, Peter) (Entered: 02/13/2014) |
| 02/19/2014 | 172 | RULE to Show Cause Circuit Rule 3(c) Docketing Statement for 14-1244. (nf, ) (Entered: 02/20/2014) |
| 02/19/2014 | 173 | RULE to Show Cause Circuit Rule 3(c) Docketing Statement for 14-1247. (nf, ) (Entered: 02/20/2014) |
| 02/21/2014 | 174 | ATTORNEY Appearance for Objectors Alison Paul, Kathleen McNeal by Joseph Darrell Palmer (Palmer, Joseph) (Entered: 02/21/2014) |
| 02/21/2014 | 175 | NOTICE of appeal by Kathleen McNeal, Alison Paul regarding orders 143 , 144 (Palmer, Joseph) (Entered: 02/21/2014) |
| 02/24/2014 | 176 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 175 . (smm) (Entered: 02/24/2014) |
| 02/24/2014 | 177 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 175 . Notified counsel (smm) (Entered: 02/24/2014) |
| 02/24/2014 | 178 | CIRCUIT Rule 3(b) Notice. (gcy, ) (Entered: 02/25/2014) |
| 02/24/2014 | 179 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 175 ; USCA Case No. 14-1389. (gcy, ) (Entered: 02/25/2014) |
| 02/26/2014 | "TYP | TRANSCRIPT OF PROCEEDINGS held on October 4, 2013 before the Honorable James B. Zagel. Court Reporter Contact Information: Blanca I. |

| | | |
|---|---|---|
| Flash Drive | E=PIC T;AL T=LO CK"18 0 | Lara, 219 South Dearborn Street, Room 2504, Chicago, Illinois 60604, 312 - 435-5895, blanca_lara@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/19/2014. Redacted Transcript Deadline set for 3/31/2014. Release of Transcript Restriction set for 5/27/2014. (Lara, Blanca) (Entered: 02/26/2014) |
| 03/11/2014 | "TYP E=PIC T;AL T=LO CK"18 1 | ~~(Court only) RECEIPT regarding payment of notice of appeal filing fee paid on 3/11/2014 in the amount of $505.00, receipt number 4624116599. (ym, ) (Entered: 03/14/2014)~~ |

---

**KEY**

**Majority of the items are included in this record.**
**All crossed out items are not included in the record.**