UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; and TARGET CORPORATION, a Minnesota Corporation, <br><br> Defendants. | Case No.: 11 CV 07972 <br><br> <u>CLASS ACTION</u> <br><br> **Judge James B. Zagel** |

**PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

**TO**:   All Parties and Their Attorneys of Record

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Augustina Blanco, Abel Gonzalez, Cecilia Linares, and Francisco Padilla, by their counsel Bonnett, Fairbourn, Friedman & Balint, P.C. and Boodell & Domanskis, LLC; and Plaintiff Richard Jennings, by his counsel Denlea & Carton LLP; respectfully request that the Court preliminarily approve a nationwide class settlement, as more fully set forth and described in detail in the accompanying Memorandum in Support of Motion for Preliminary Approval of Class Settlement, and the entry of an order: (1) preliminarily approving the Settlement Agreement as fair, reasonable, and adequate; (2) approving the Notice Plan attached as Exhibit B to the Settlement Agreement;

1

(3) setting the date and time of the Fairness Hearing; (4) provisionally certifying the Class under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only ("Settlement Class"); (5) provisionally appointing Plaintiffs as representatives of the Settlement Class; and (6) provisionally appointing Jeffrey I. Carton and Peter N. Freiberg (Denlea & Carton LLP), Elaine A. Ryan (Bonnett, Fairbourn, Friedman & Balint, P.C.), and Stewart M. Weltman (Boodell & Domanskis, LLC) as Class Counsel.

DATED: May14, 2015

By: /s/Stewart M. Weltman
Stewart M. Weltman
BOODELL & DOMAKSKIS, LLC
353 N. Clark Street
Suite 1800
Chicago, Illinois 60654
Telephone: 312-938-4070

By: /s/Elaine A. Ryan
Elaine A. Ryan
Patricia N. Syverson
Lindsey M. Gomez-Gray
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100

Attorneys for Plaintiffs Francisco Padilla, Cecilia Linares, Augustina Blanco, and Abel Gonzalez

By: /s/Peter N. Freiberg
Peter N. Freiberg
Jeffrey I. Carton
DENLEA & CARTON LLP
2 Westchester Park Drive
Suite 410
White Plains, New York 10604
Telephone: 914-331-0100

Attorneys for Plaintiff Richard Jennings

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Plaintiffs' Motion for Preliminary Approval of Class Action Settlement**.

By: /s/Peter N. Freiberg
Peter N. Freiberg
DENLEA & CARTON LLP
2 Westchester Park Drive
Suite 410
White Plains, New York 10604
Telephone: (914) 331-0100