# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida corporation; TARGET CORPORATION, a Minnesota Corporation,<br><br>    Defendants. | Case No.: 11 CV 07972<br><br><u>CLASS ACTION</u><br><br>**Judge James B. Zagel** |

## <u>NOTICE OF FILING</u>

Defendants NBTY, Inc.; Rexall Sundown, Inc.; and Target Corporation (collectively, "Defendants"), hereby give notice of filing the attached Declaration of Kara L. McCall regarding compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.


Dated: June 2, 2015       Respectfully submitted,

                 NBTY, Inc.; Rexall Sundown, Inc.; Target Corporation

                 By: /s/ *Kara L. McCall*

                 Kara L. McCall
                 SIDLEY AUSTIN LLP
                 One South Dearborn Street
                 Chicago, IL 60603

Telephone: (312) 853-7000

*Counsel for Defendants NBTY, Inc.; Rexall Sundown, Inc.; Target Corporation*

## CERTIFICATE OF SERVICE

       I, Kara L. McCall, one of the attorneys for Defendants Target Corporation; NBTY, Inc.; and Rexall Sundown, Inc., certify that on the 2nd of June, 2015, I caused a copy of the foregoing **NOTICE OF FILING** to be filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system to all counsel of record.

                                            /s/Kara L. McCall
                                            Kara L. McCall