UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICK PEARSON, FRANCISCO PADILLA, CECILIA LINARES, AUGUSTINA BLANCO, ABEL GONZALEZ, and RICHARD JENNINGS, On Behalf of Themselves and All Others Similarly Situated,<br><br><br><br>Plaintiffs,<br><br>v.<br><br>NBTY, INC., a Delaware corporation; and REXALL SUNDOWN, INC., a Florida Corporation; and TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendants. | Case No.: 11 CV 07972<br><br><br>CLASS ACTION<br><br>**Judge James B. Zagel**<br><br>**NOTICE OF PRESENTMENT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO**: All Parties and Their Attorneys of Record:

**PLEASE TAKE NOTICE** that on July 22, 2015 at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable James B. Zagel, in Courtroom 2503, 219 South Dearborn Street, Chicago, Illinois 60604, the courtroom usually occupied by him, and shall then and there present Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (D.E. 212), which was filed on May 14, 2015.

DATED: July 13 2015

By:   /s/Stewart M. Weltman
Stewart M. Weltman
BOODELL & DOMANSKIS, LLC
353 N. Clark Street
Suite 1800
Chicago, Illinois 60654
Telephone:  312-938-4070

By:   /s/Elaine A. Ryan
Elaine A. Ryan
Patricia N. Syverson
Lindsey M. Gomez-Gray
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2325 E. Camelback Rd., Suite 300
Phoenix, Arizona 85016
Telephone: 602-274-1100

Attorneys for Plaintiffs Francisco Padilla, Cecilia
Linares, Augustina Blanco, and Abel Gonzalez

By:   /s/Peter N. Freiberg
Peter N. Freiberg
Jeffrey I. Carton
DENLEA & CARTON LLP
2 Westchester Park Drive
Suite 410
White Plains, New York 10604
Telephone:   914- 331-0100

Attorneys for Plaintiff Richard Jennings

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2015, a true and correct copy of the following document was electronically filed and served on all counsel of record in this action who are deemed to have consented to electronic service via the Court's CM/ECF system: **Notice of Presentment of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement**.

By: /s/Peter N. Freiberg
Peter N. Freiberg
DENLEA & CARTON LLP
2 Westchester Park Drive
Suite 410
White Plains, New York 10604
Telephone: (914) 331-0100