## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| PEARSON, et al., | ) | |
| Plaintiff, | ) | Case No. 1:11-cv-07972 |
| v. | ) | Judge James B. Zagel |
| | ) | |
| NBTY, Inc., | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Objector Steven Buckley hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment and Order (Document 288) entered in this action on August 25, 2016.

Steven Buckley,
By his attorneys,

*/s/ John J Pentz*
John J. Pentz
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

Arthur J. Howe
Howe Law LLC
155 N Wacker Dr Ste 4250
Chicago, IL 60606
Phone: (312) 600-8336
howe@howe-llc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the ND IL on September 23, 2016, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ John J. Pentz*
John J. Pentz